SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
**DENTONS US LLP**
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile:  (213) 623-9924

JOSEPH R. LAMAGNA (Bar No. 246850)
jlamagna@health-law.com
DEVIN M. SENELICK (Bar No. 221478)
dsenelick@health-law.com
JORDAN KEARNEY (Bar No. 305483)
jkearney@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
101 W. Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 744-7300
Facsimile: (619) 230-0987

*Proposed Attorneys for the Chapter 11 Debtor and Debtor In Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Debtor and Debtor in Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>Defendant. | Adv. Pro. No. 22-90056<br><br>**SUPPLEMENTAL DECLARATION OF ROSE MACISAAC, IN SUPPORT OF EMERGENCY MOTION: (I) TO ENFORCE THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362; OR, ALTERNATIVELY (II) FOR TEMPORARY RESTRAINING ORDER** |

7260422.1

**SUPPLEMENTAL DECLARATION OF ROSE MACISAAC**

I, Rose MacIsaac, declare as follows:

1. I am the Chief Executive Officer ("CEO") of Borrego Community Health Foundation ("Borrego Health"). The facts stated herein are personally known to me, and if called as a witness I could and would competently testify to them.

2. I make this supplemental declaration in support of the *Emergency Motion: (I) To Enforce The Automatic Stay Pursuant To 11 U.S.C. § 362; Or, Alternatively (II) For Temporary Restraining Order* (the "Motion"), which requests the entry of an order enforcing the automatic stay to prevent the California Department of Health Care Services (collectively, "DHCS") from implementing a suspension of Medi-Cal payments to Borrego Health for services rendered to Medi-Cal patients, or, alternatively, for a temporary restraining order enjoining DHCS from taking such action.

3. Borrego Health is a California nonprofit public benefit corporation operating a Federally Qualified Health Center ("FQHC"). Borrego Health provides primary and related healthcare services to historically underserved areas of San Diego, Riverside, and—until recently—San Bernadino counties. The area Borrego Health serves consist of HRSA-designated medically underserved areas.

4. In response to the recent potential suspension, a number of stakeholders in the community have sent us letters of support. These letters illustrate how vital Borrego Health is in the community, and the harm that will result if Borrego Health is forced to cease operations. These letters are attached herein as **Exhibit A**.

5. In November 2020, DHCS implemented a partial Medi-Cal payment suspension applicable to Borrego Health's contract dental program. While I was not employed at Borrego Health at the time, I have been informed that Borrego Health received significant community support during that time. I have since been provided copies of the applicable support letters from the community which sought to compel DHCS to halt their efforts to suspend Borrego Health. Copies of the letters are attached herein as **Exhibit B**.

6. Several of the above-described responses included protected health information

("PHI") or other potentially sensitive information. To preserve privacy, the names and contact information have been redacted from the relevant documents. Unredacted copies are available to be sent to counsel and the Court if necessary.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of September, 2022, at __San Diego__, California.

_____
ROSE MACISAAC