# EXHIBIT A

**PATIENT LETTERS**

September 25, 2022

To Whom It Concern:

My name is ████████ and I have lived in Borrego Springs since 1989.  Borrego Springs is a rural and isolated community in Northeastern San Diego County.  I was a small business owner here until the past few years. I am writing to urge you to allow the local clinic to remain open while other plans are being made to secure the viability of health care in our community.

I have relied on having a primary care doctor in Borrego Springs for many decades.  The local medical clinic here is critically important to this community, and having it shut down for even a few weeks sends a sense of panic through the community leaving us to wonder what will happen without access to medical care.

I am almost 82 years old and have a number of chronic health conditions that require routine monitoring. This takes place at the local Clinic where I can see my doctor and have lab work done when necessary. I can also use the local pharmacy.

When I have had to travel outside of the community to see specialists, I usually travel the direction of Palm Desert because the drive is less windy than going through the narrow windy roads heading toward San Diego.  The drive to Palm Dessert takes about 90 minutes (each way) and still requires travel over Highway S22 which is still windy and the parts of the road are in bad condition.

Because I can no longer drive long distances alone, I must depend on my friends to drive me. Each trip takes about five hours (travel to and from and the appointment itself), is expensive with the raising gas prices, and is, quite frankly, exhausting. There are other Clinics that are about an hour away (Ramona, CA and El Centro), but the travel time there takes from 45 minutes to an hour, with fewer options for care. Because of all these factors, my visits to medical specialist are few and far between. Finding friends who are able to drive me is becoming more difficult, as my friends are also aging.

Many of my friends and neighbors also rely on the local Clinic. Some of my friends are elderly, living on fixed incomes, and are simply unable to make long drives out of town.

I have looked into finding another primary care doctor in the event that the Clinic here is closed. There simply are no feasible nearby options.

I urge you keep our local Clinic open. Without it, many in our community will be left without any access to healthcare.

Sincerely,



Borrego Springs, CA 92004

09 23 2022,  To whom it may concern.

In care of Borrego Health, centro medico of escondido.

My name  is ███████████ and my family and many others from my circle has been with this establishment for many years, their had been others that we have been with but did not provide the care and love in which this establishment has done and can provide in so many different ways / situations that others cant or wont provide. The folks here are and will continue to overwhelm us with the simple truth is they care absolutely 100 percent. All the folks that I have had the pleasure of getting to know are remarkable and that's a fact, it is very impressive in all that they do. and that is the best care that we have had and do get day in and day out. This place has so many great people that truly care about others and genuinely care for what and how they provide the love that they do for all.you see the Doors are open to everyone not just the rich or super rich, This place provides  medical needs. And the doctors that I have had the great pleasure or opportunity to get to know are truly remarkable doctors and more importantly they are remarkable human beings. You need to hear and listen to the words that come out of my mouth. This incredible institution with so many great attributes is remarkable.  if it is not broken  then no need to fix it. These remarkable people day in and day out provide great

second to none in the exceptional care for everyone, and so if this place stops allowing folks to come in because they can only provide medical or medicaid insurance. then the care that is needed for them will not get provided. What is wrong with you folks, why don't you want to help others? Be different then the other medical clinics and say yes we will accept your insurance. you close the doors to us and so many others as well, well then you will be hurting so many hundreds of thousands of humans for sure.  well Then  the writing is on the wall, you don't care for the care that humans need only about who has the better health care insurance. Remember this, why do folks come in here, to get help that is needed. This is a medical clinic and yes it is a business but a business that helps others and not to hurt them based on what insurance they have. look i get it, medical is not an insurance company that pays well to the establishment for services , they pay later then most and not as much. I get it, but is that what you're about ?  How much money can you get ? i say no and in fact you are different then other clinics. We are in some difficult times now and so many folks have not recovered from this hardship of the covid 19. So many people are truly in need of some great and remarkable doctors, nurses and medical assistants and all the other staff  that are behind the scenes that do not get the respect or applause and apperications that they deserve for what they do. Please do your very best in keeping this

place here and allow all that comes in to get the support form Borrego health associates, even the folks that only have medical insurance. And please remember why you're here and that is to help. look you dont discriminate in sex religion, orgin,color, race or creed.  Please don't discriminate Based on what their insurance is.

Thank you so much.

escondido ca, 92027

September 26, 2022

To Whom it May Concern:

My name is ██████████ and I am a long time resident of Borrego Springs. I have four children ranging in ages from 8 years old to 26. I work at the local school and in a local restaurant. My husband also works at a local resort. When one of my children recently tested positive for COVID our entire family had to be quarantined, which meant no work.

I have been a patient at the local Clinic in Borrego Springs for 20 years and my mom has been using the Clinic since 1992. My family uses the Clinic for vaccinations, physicals, and of course when anyone in the family is sick. I recently benefited from depression screening at the Clinic and I am doing much better now.

If it weren't for the Clinic in Borrego, I would probably be getting care in Ramona--- which is a difficult drive almost one hour each way. Every appointment there requires that I take a full day off of work because of the long drive, and I also have to take my younger children out of school for the day. Appointments there are also hard to get, and gas for the drive is expensive.

The Borrego Medical Clinic has been a lifeline to me and many other families in Borrego Springs. Please keep the Clinic open.

Regards,

██████████

Borrego Springs, CA

September 23, 2022

To Whom It May Concern:

I can assure the closure of Centro Medico El Cajon would impact the community, my family and I. My family and I have been patients of Borrego Health since my daughter was 3 months old, she is now 25 years old. The relationships that have been built with CSRs', nurses, medical assistants, doctors over the years have made it the reason why my family and I continue to be loyal patients at Centro Medico El Cajon. Over the years we have seen staff come and go, but the clinic still remains to have the same core values of patient care. Continuing to be a patient at this clinic is very significant for my family and I, by that I have personally driven an hour just to see specific doctors at the clinic.

In regards to my children, it would cause a tremendous impact within their health if the clinic were to cease operations. It would undeniably be harmful for my autistic, sensory disorder son to have to begin with a distinct provider. He would not be capable of understanding why he has to switch the doctor he has been seeing from a very young age and who he has his full trust on. It would cause a great hardship on my son since he will be scared and anxious to start all over with a provider he can potentially feel misunderstood.

Over the years, we have been through childbirth, mental health and other major health issues with Centro Medico El Cajon. Recently, my niece had wonderful care throughout her pregnancy. My oldest daughter who is 27 years old is currently going through pregnancy care in the facility. Nonetheless, two of my children are patients getting treatment for their mental health. Having these services available at the clinic is exceptionally efficient for patients. By that, the importance of having Centro Medico El Cajon available for the community is very significant and would be extremely overwhelming on the impact it would cause to families if it were to shut down.

Please contact me at ███████████ if you have additional questions.


Sincerely,

**CLINIC MANAGERS AND CLINICIANS**

September 8, 2022

To Whom It May Concern:

I write this letter today in hopes that the person reading receives it with true intentions to hear the words.

Eight years ago, I was approached to become part of the Borrego family to help ensure the community that (desperately) needs healthcare receives it with dignity and respect. 17 years prior, I was an administrator for a large special hospital district. I never dreamt or thought of leaving my position that I worked so hard to achieve. After many conversations and visiting a few sites of Borrego's clinics I felt my talents and knowledge were/are needed to push forward more and enhance services to the community's I am part of.

I grew up like most of our patients, in rural neighborhoods that witness and at times was victim of crime. I was taught not to seek help and to say nothing to anyone about our family dynamics because some of my ancestors were not in this country legally. I eventually grew up and witnessed a different life which gave me the passion to help my family and others to seek the help that they deserve.

Fast forward 8 years, the past 8 years have changed my life significantly; not only have I formed a work family, I have watched patients transform their lives both in personal health and in social determinants. I want to share two particular stories (short version) that have always stayed with me and from time to time I see throughout our clinics.

1.  A patient showed on the doorsteps of one of our Dental sites with no insurance, no teeth and living amongst different family members. He would always cover his mouth when speaking because he was embarrassed of how he looked with no teeth. Our dentist developed a treatment plan that included dentures at the end of treating his current gum disease. Our care coordinator helped him apply for Medi-Cal which then he started with our medical services. One and half years later (he came to every appointment) his treatment was complete and he received full dentures. Six months later he came to our office for a visit and smiled for the first time and told us if it wasn't for us he would not have been able to get a job at Wal-Mart as a greeter. I will never forget his face!
2.  During the pandemic, a local private practice was going out of business and brought us all his medical supplies. He knew we were actively on the front line and continuing to see the homeless patients in the area. In this donation were several disposal blankets and pillows. I asked our shuttle driver to take me to the homeless camp two blocks away from our clinic so that I could hand out the pillows and blankets. (we had no use for these). As I was handing out the supplies, a woman came from her tent and asked if she could have two more pillows for her children. I glanced at her tent and saw two children peeking from the tent. I asked her if she was aware that she could receive emergency housing and if her or her children were in need of healthcare. The county department of public assistance building was one block from the homeless camp. We took her and her two children to the office and introduced her to a social worker for assistance. One month later the woman came to our clinic with her two children and received full physicals.

These are only a couple of examples of how our clinics help the communities it serves. We are their safe space for health care and social services, they trust us.

Understanding the issues of past leadership of Borrego has positioned us, I ask that you give our new leadership a chance to enhance our systems. Now moved into an administrative role, we are working nonstop to improve the patient experience. Working on the ground with our doctors and nurses I see their dedication, compassion and strong will to give the patients the healthcare they deserve.

Our clinics are strategically placed; most within walking distance or within shopping center to allow for one stop shop. Example, if a patient needs an RX, groceries or has a WIC appointment, some of our clinics are within the shopping center. For the more rural areas are clinics are placed in their neighborhoods.

My last plea is to please think about these patients. There are over 80,000 patients that will need to be re-assigned to other providers. The other providers are already over worked. Adding more patients to an already burden system is not the solution. This will cause patients to lose trust in the healthcare system. Yes, we can all find other jobs but the patients' healthcare team that they have trusted for years will be split. It takes time to build trust with a healthcare provider and to suddenly change providers in the middle of care (for most) is not easy. Please think about your own family, would you want your elderly parents change clinics and providers while battling a chronic health condition. Each health provider has its own way of practice. Not all treatment plans are the same. What if your parent is assigned to a provider that already has thousands of patients on its panel and you call and you can't get an appointment for 3 months. What do you do if they need medication refills? Do you really think a new provider will just call in a prescription without seeing your parent?

In closing, please think about the patients when rendering your decision. Think about the negative impact this will have on many lives because of your decision. There is always a compromise to every problem. Moving patients to new providers is not the compromise. If the decision is upheld to not reimburse Borrego for services you must also think about owners who own the buildings our clinics are housed. They lose a large amount of rent. Anchor tenants are not easy to find. This decision affects more than patients it charges a ripple effect of losses.

Should you feel the need to reach out personally, please do so. My contact information is listed below.


With great sincerity,

Samantha Prior,
Eight Year Employee of
Borrego Health

██████████████████

Or sprior@borregohealth.org

September 27, 2022

Re: Borrego Health

To whom it may concern;

Borrego Health has been my place of work for the past 12 years. I've provided health care to several of the communities that Borrego Health serves and have found a true passion in serving these communities.

Each clinic possesses great uniqueness. Throughout the years, we have developed relationships with the families in the areas we serve and we have gained their trust and respect. Some of our patients travel from far distanced locations to receive medical care. Some lack transportation and have the comfort of having our clinics available nearby in places where there are no other alternatives for healthcare.

We have provided care to new immigrants and refugees from less fortunate countries in the world. Patients who come with mental trauma, homelessness, witnesses of war. All of them have found comfort in the care with have provided and the opportunity of getting medical and mental health attention in their own language, from members of their own community.

We provide care to families in the USA military, those who face frequent changes in their lives. Parents who their partners are deployed find comfort that their kids can have continuity of care in their local community with familiar faces and consistent providers for support.

As a pediatrician, I've seen full families' grow.  Previous patients continue to come in with their own babies, to seek advice from their previous doctor, because they trust our words and advice. We encourage prevention, we administer thousands of vaccines every year, we support literacy, and we follow and take pride in giving quality care consistent with the most current nationwide guidelines. Even during our must difficult and trying times, Borrego Health has kept providing care to our communities, because that is our mission.

During the COVID pandemic, our mental health services boomed and our community appreciated our promptness in adjusting to provide telehealth services. More families were and continue to be reached in moments of great despair.

Day in and day out, we come to work with commitment, to treat and support our new found extended families. Losing the ability to receive payment or facing the inability to receive new patients would cause a great deal of stress and a feeling of loss in our communities. Patients and families choose to come to see us, for the care that we have provided, for the trust that we have gained and for the commitment we have to continue providing health care to them in the communities we now call home. Borrego Health is the sole provider of health care within hours of some of the locations we serve. Our communities need us to continue providing care. We want to provide it for them.

Hope this information is of use to you and that you take our word that the Health Care providers at Borrego Health are committed to continue servicing our communities.

Sincerely,

Brenda Figueroa, MD

Pediatric team Centro Medico El Cajon

Borrego Springs Pediatrics

**COMMUNITY ADVOCATES**

# Borrego Springs Covid-19 Task Force

September 25, 2022

To whom it May Concern,

The population of Borrego Springs has many health care needs, including primary care needs. More than 40% of our population is comprised of seniors and more than 30% have incomes below the Federal poverty level. Borrego Medical Clinic is the only source of primary care in Borrego Springs. We have no other clinics or practicing physicians. The only transportation many residents have to medical care is provided by Borrego Health to the Borrego Medical Clinic.

We support Borrego Health's petition which we understand could delay the termination of Medi-Cal funding for six months. That will give Borrego Health time to transition to a viable alternative for our community. Without time to transition many residents will be left without access to local care and without accessibility to care in towns which are 45 minutes to one hour fifteen minutes away. This would be disastrous to the health and well-being of our elderly and low income populations.

The Borrego Medical Clinic has provided Covid testing and vaccination to many of our residents. With the peak infection period approaching, we could experience significant spread of Covid if Borrego Medical Clinic closes.

We implore you to approve Borrego Health's petition to continue reimbursement for six months so it can complete an orderly transition.

Thank you

Bruce Kelley
Chair
Borrego Springs Covid Task Force

# Borrego Springs Youth and Seniors Center, Inc.

PO Box 1362

Borrego Springs, CA 92004

A 501(C)(3) Charitable Nonprofit Corporation

September 25, 2022

To Whom It May Concern;

I am writing this letter of support for the Borrego Medical Clinic. I am the President of the Borrego Springs Youth and Seniors Center, Inc. which has been serving the community for over 50 years. We operate the Borrego Senior Center, The Borrego Springs Children's Center, and the Borrego Community Resource Center. Through these operations we serve the most vulnerable citizens of the community of all ages.

Our Senior Center provides social, educational fitness and nutrition programs to the Elders of the Community, including prepared meal and grocery delivery to the homebound.

At the Children's Center we operate the only licensed day care and preschool in Borrego Springs. Families are offered full-time day care with educational preschool activities to prepare them for better performance in public school.

At the Resource Center we offer social services, mental health counseling, and a food pantry that serves over 200 families every week.

Borrego Springs is a very remote and rural village. Without the Borrego Medical Clinic the nearest medical care would be over an hour's drive away. Many of our citizens suffer from a lack of private transportation, and public transportation is basically non-existent, as there is only one bus that comes through town each week, and goes nowhere near the most logical destinations of alternate medical treatment locations.

It would be catastrophic to the vulnerable populations of our village to lose the services of the Borrego Medical Clinic. The damage to our collective health would be devastating.

Sincerely,

Daniel Wright

Daniel Wright
President of the Board of Directors
Borrego Springs Youth and Seniors Center, Inc.

OLAX of Borrego Springs
Organización de LatinX
September 21, 2022

To Whom It May Concern:

I am the president of OLAX (Organización de LatinX) in Borrego Springs. I represent our Latino Community who often do not have a voice in decisions in our town. I am also a business owner and through my business I know many people of all demographics and backgrounds in our community.

As a Latina, I understand our extended families and our obligations as children to take care of our aging parents. Our parents, as well as other family members, use the local Health Clinic for routine health issues such as lab work and we are often asked to drive them to their appointments. This is time off of work for which we are not compensated. If our local Health Clinic is closed, we then must drive them an additional 1.5 hours out of town, thereby missing a day of work without pay.

In addition, many of our Hispanic families have built strong relationships with Spanish speaking doctors with whom they have much respect and trust. This relationship has resulted in better health and life-style choices, especially around diabetes which is prominent in our community.

I am concerned about the welfare and health of our LatinX population if the Clinic were to close. It would be devastating for our LatinX population.

Thank you for considering this request.

Kindly,

Alicia Ramirez
President of OLAX
Business Owner of Alicia Ramirez Desert Spa

**BORREGO SPRINGS FIRE DEPARTMENT**
**AND THE BORREGO SPRINGS UNIFIED SCHOOL DISTRICT**

**Subject:** Borrego Health
**Date:** Mon, 26 Sep 2022 19:55:45 +0000 (UTC)
**From:** Higbee
**To:**
**CC:** Bruce Kelley

To Whom It May Concern:

It would be difficult to overstate the importance of the primary care provided by Borrego Health and the Borrego Medical Clinic to the community of Borrego Springs.  With the closest hospitals 1-2 HOURS away, it's often the only treatment available.  Emergency 911 calls already tax the local firefighter paramedics because they must transport patients for 1-2 hours. The Borrego Medical Clinic is vital and it is unthinkable to leave such a large population of seniors without primary care.  I support Borrego Health's petition to continue reimbursement for six months in order to provide an orderly transition.

Sincerely,

James W Higbee
Fire Captain/Paramedic
Borrego Springs Fire District

 # Borrego Springs Unified School District

1315 Palm Can Palm Canyon Drive, Borrego Springs, CA 92004 P: (760) 767-5357 F: (760) 767-0494

September 21, 2022

To Whom It May Concern;

I am the School Community Llaison in Borrego Springs and I also run a large Food Bank and Community Resource Center. I work closely with  families in the school district as well as individuals with social, physical and mental needs in our severely disadvantaged community. It has become increasingly obvious to me that the needs in our isolated and rural community are huge.

We are an hour and 15 minutes drive to any large town with a health clinic and many of our families do not own a reliable vehicle, nor the funds for fuel,  to cross the expansive Anza Borrego Desert that surrounds our town. The drive is subject to the extremes of summer heat (112+) and the challenges of wind, flash floods and dust storms. Living in the desert is not an easy life and our families are here for work in the orchards, golf courses, hotels and restaurants. We are also the home of many low-income seniors living without family connections and relying on local social services,  especially our Health Clinic.

The mental and physical health of the Borrego Springs community would be greatly impacted by the closure of our local Health Clinic. The Borrego Springs  Health Clinic is improving lives and adding to the quality of life in our community.

Thank you for your consideration in this important matter.


Respectfully,

*Martha Deichler*

Martha Deichler
BSUSD School Community Liaison
Board of Trustees, BCHF



# Borrego Springs Unified School District

**1315 Palm Canyon Drive, Borrego Springs, CA 92004  P: (760) 767-5357 F: (760) 767-0494**

September 26, 2022

To Whom It May Concern;

As the Borrego Springs Unified School District Superintendent, I strongly urge you to keep our local Health Clinic open for the children and families who live in our rural and isolated town. Our school district is small with only 355 students, all of whom receive free breakfasts and lunches and the majority are living below the poverty line.

When one of our students is ill and needs to see a doctor, the Clinic is the only option within a 70 mile radius. To drive out of town is a financial hardship for our families due to the high cost of fuel as well as the loss of employment for that day. In addition, the drive out of town results in children missing school and the subsequent loss of revenue for the school district

Our families visit the Clinic regularly for such things as vaccinations, sport physicals, allergic reactions, common colds/flu, insect bites and a host of other non-life threatening issues. They depend on the services offered and the hardship caused by a closed clinic would be deeply felt by our families and also dangerous to the health of our children.

Thank you for your consideration,

Dr Mark Stevens
Superintendent, Borrego Springs Unified School District