# EXHIBIT B

All LOSs

Churches



December 7, 2020

Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

RE: Services provided by Borrego Health

Dear Deputy Director:

We are writing this letter to express our ongoing support and gratitude for the services that Borrego Health has provided for **Centro Libre Cristiano** and the people in our communities. The staff and the organization continuously extend their compassionate in serving people who would not otherwise have the opportunity to access care due to the many barriers they encounter, especially those experiencing limited resources. **Centro Libre Cristiano** is very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200%

of the FPL.  The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average.  Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health.  Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation.  Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities.  The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

**Centro Libre Cristiano** recognizes the importance of continued access to care for the thousands of patients that depend on them for their medical care. We strongly request that you take this into consideration and fully support Borrego Health and the care that is provided.

Sincerely, Nemias & Gloria Hernandez
**Centro Libre Cristiano**


Centro Libre Cristiano

83-246 Ave. 50 Indio, CA 92201

Pastores Nemias y Gloria Hernandez

Community Based Organizations

December 9, 2020

**To Whom It May Concern:**

Borrego Health's Department of Trans Health is an invaluable asset for the trans community. They provide quality, comprehensive, and compassionate care to trans individuals and their families. Borrego is known for assisting people of all gender identities and gender expressions. Making it easier for trans people to seek services in instances that would be nearly impossible if Borrego's services were not available.

I work in another hospital in Southern California and have been present while trans people have been misgendered and deadnamed. Whether on purpose or accidental this is something that ALL hospitals within the southern California region are guilty of doing. Borrego is an industry leader, providing examples and willing to send people to train others within the healthcare system.

Additionally, Borrego Health's services are not dependent on your ability to pay. If a patient has insurance than insurance will be billed but if a patient is considered self-pay, Borrego will not turn them away. They recognize how important their services are to trans people and their lives. Whether it is providing hormone therapy, sexual/reproductive health, Behavioral Health Services, or Urgent Care, trans people feel welcomed, valid, and seen at Borrego Health.

Thank you very much for your time.

Yours truly,

Maren L. Casada

Victim Advocate II

Bureau of Victim Services,

San Bernardino County

December 9, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits.  We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns Desert Hospital Outpatient Ambulatory health & Pharmacy is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services.  As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty.  Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care.  It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits.  Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA).  Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care.  As reported by the U.S. Census Bureau, 37.25%

of the population in the Borrego Health service area live with a family income at or below 200% of the FPL.  The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average.  Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health.  Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation.  Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities.  The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Desert Hospital Outpatient Ambulatory health & Pharmacy is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist.  This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 250,000 patients that depend on them for their medical care.  We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

Dr. Ramesh Upadhyayula. PharmD, RPh
Pharmacy Director
Desert Hospital Ambulatory Health
Desert Hospital Outpatient Pharmacy


Cc:

Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814

**G**ALILEE **C**ENTER

66101 Hammond Rd.    **Mailing**: PO BOX 308    P: 760.396.9100
Mecca, CA 92254    Mecca, CA 92254    F: 760.396.5400

December 10, 2020

Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

RE: Services provided by Borrego Health

Dear Deputy Director:

We are writing this letter to express our ongoing support and gratitude for the services that Borrego Health has provided for the Galilee Center and the people in our communities. The staff and the organization continuously extend their compassionate in serving people who would not otherwise have the opportunity to access care due to the many barriers they encounter, especially those experiencing limited resources. Galilee Center, Inc. is very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the

E: info@galileecenter.org  |  www.galileecenter.org  |  www.facebook.com/galileecenter

percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Galilee Center recognizes the importance of continued access to care for the thousands of patients that depend on them for their medical care. We strongly request that you take this into consideration and fully support Borrego Health and the care that is provided.

Sincerely,

Claudia Castorena
CFO/Cofounder



Borrego Health

11 de diciembre 2020

      Dios maiamukua | Buenas tardes:

Señores representantes de Borrego Health. Mi nombre es María Conchita Pozar y les escribo esta carta para agradecerles, porque tenido el gran honor de trabajar con Christina Reaves, en este libro de recetas de comidas saludables como miembro de la comunidad en general y miembro de la comunidad purépecha. Ella nos ha dado la oportunidad de poder hacer este libro en nuestra lengua materna pero no sólo eso sino también que nos dio la oportunidad de hacer videos con nuestra lengua materna, eso significa que ella tiene una gran preocupación por la comunidad en general para que la información sea entendible para cada uno sin importar color raza o de dónde vienes.

      Yo estoy muy agradecida con ella y quisiera que hubiera más personas tan entregadas a su trabajo como lo es Christina que se identifiquen con nosotros y que nos dé la oportunidad de abogar lo que nosotros necesitamos y lo que nosotros podamos entenderlo. Muchas gracias, señores representantes de Borrego Health por tomarse el tiempo y leer mi carta de antemano.

      Les escribe- Maria conchita Pozar

Maria Pozar

Translation: Letter from Maria Conchita Pozar

Borrego Health

December 11, 2020

Dios maiamukua (Good Afternoon in Purepecha)

Representatives of Borrego Health. My name is Maria Conchita Pozar and I am writing this letter to thank you, because I've had the honor of working with Christina Reaves as a general member of the community and representative of the Purepecha community on this healthy recipe book. She has given us the opportunity to create this book in our mother language, and in addition, she gave us the opportunity to make videos in our language. That means that she worries greatly for the general community so that the information is understandable for each one regardless of color, race or where you come from.

I am very thankful to her and I wish there were more people committed to their work as Christina, who identifies with us and allows us the opportunity to advocate for what we need making it understandable for us. Thank you very much Borrego Health representatives for taking the time to read my letter.


Written by- Maria Conchita Pozar



**Martha's**
VILLAGE & KITCHEN
A PARTNER OF FATHER JOE'S VILLAGES

December 9, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits. We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns Martha's Village and Kitchen Inc. is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA.



**Martha's**
VILLAGE & KITCHEN
A PARTNER OF FATHER JOE'S VILLAGES

While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100% Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Martha's Village and Kitchen Inc. is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 2500,000 patients that depend on them for their medical care. We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

Linda Barrack President and CEO
Martha's Village & Kitchen 83-791 Date Avenue Indio, CA 92201
(760) 347-4741 x 114
lbarrack@marthasvillage.org

Cc:
Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814

CHANGING LIVES.

83791 DATE AVENUE · INDIO, CA 92201 · 760.347.4741 · FAX 760.347.9551 · MARTHASVILLAGE.ORG



December 8, 2020

Dr. Antonia E. "Toni" D'orsay, PhD, MS, MA
Director of Trans Services
Strategic Programs Development Specialist


Dear Dr. D'orsay,

On behalf of the Rainbow Pride Youth Alliance community, I want to express our deepest support for the life-giving, life-changing link to services the Transgender Health Program has provided  to youth and their families in the Inland Region. Your presence as the only provider of Transgender services for children and youth in the region is invaluable.  We waited a long time for such an important service. It is the difference between life and death for many.


Your commitment to serve the Transgender communities with respect, dignity, and cultural sensitivity as a medical home has been well recieved and welcomed. Parents and caregivers can find resources, peer support, and professional guidance to help along the journey, and to insure that their children can not only survive but thrive on their journey. One of our parents wrote, "thank you for referring us to Borrego Health Transgender Services. My child has never felt more seen or heard, then now. The team was professional and responsive to her needs. As parents it is such a relief to not have to drive to Los Angeles to  see a Transgender Specialist or recieve mental health services."


Dr D'orsay, please let us know how we might extend the reach of your services and support  you as you continue to build this safety net for our community.


Sincerely,

*Benita Ramsey*

Rev. Benita Ramsey,MA, JD
Executive Director

December 9, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

I have very recently learned that the sustainability of services provided by Borrego Health is at serious risk due to the suspension of payment for care rendered to Medi-Cal recipients. Having worked for fourteen years as a BH provider in a northern California FQHC, I am intimately aware of the potentially crippling effect this would have on an organization; and in the case of Borrego Health, the devastating impact to the safety net it provides for the roughly 250,000 individuals who call Borrego their Health Home.

Please accept this letter as my professional testament to the skill and deep dedication I personally observed while consulting on behalf of the Inland Empire Health Plan (IEHP) on two large scale projects between August of 2017 and August 2020 with Borrego Health. The two projects, the BHICCI and Health Homes, created focused multi-disciplinary Complex Care Teams who targeted for service patients with high-risk often co-occurring conditions, such as out of control diabetes and Major Depressive Disorder.

The Borrego leaders I met with were always incredibly engaged and mission driven. I saw and felt the passion and purpose with which Borrego operated and the organization's willingness to try and fill some of the big gaps in care experienced by those living in the far-flung and terribly underserved regions of the Inland Empire and beyond. I met with the Care Team members monthly in person-supporting skill acquisition and program implementation. I was truly inspired by the incredibly skilled and heartfelt way these individuals served the most vulnerable of Borrego Health patients.

Separate from these team meetings, on several occasions I observed Systematic Caseload Review(s) (a very strategic case conference) which in addition to the Care Team members included the patient's primary care provider, a psychiatrist, and at times other essential medical and behavioral health staff. Each of these experiences left me with tremendous gratitude for the degree of thoughtfulness and precision with which care was being offered. Nearly everyone in the room had a personal relationship with the patient and was clearly focused on giving highly therapeutic and compassionate care.

You have a job to do, and clearly there must be concerns of which I am not privy. My sincere hope is that you will give Borrego Health the grace of time necessary time to resolve any disputes or allegations that exist and the many patients the desperately needed access to and blessing of continuity of care, the disruption of which can only have negative consequences for those most dependent on care, their loved ones and many communities being served.

Most Sincerely Yours,

Sam Fernandez, LCSW

Cc:
Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814



4164 Brockton Ave. Suite A,
Riverside, CA 92501
Tel.: 951.888.1346
info@TruEvolution.org
www.TruEvolution.org

December 10, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits. We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns, Young Scholars for Academic Empowerment dba TruEvolution Inc. is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%.



4164 Brockton Ave. Suite A,
Riverside, CA 92501
Tel.: 951.888.1346
info@TruEvolution.org
www.TruEvolution.org

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

TruEvolution is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 250,000 patients that depend on them for their medical care. We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

DocuSigned by:

*Gabriel Maldonado*

5D491B49462B416...

Gabriel Maldonado
Chief Executive Officer
TruEvolution, Inc.


Cc:

Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814



# TWENTY-NINE PALMS BAND OF MISSION INDIANS
*46-200 Harrison Place . Coachella, California . 92236 . Ph. 760.863.2444 . Fax: 760.863.2449*

November 30, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits. We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns, the Twenty-Nine Palms Band of Mission Indians is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services.  As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty.  Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care.  It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits.  Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA).  Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA.  While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care.  As reported by the U.S. Census Bureau, 37.25% of the

population in the Borrego Health service area live with a family income at or below 200% of the FPL.  The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average.  Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health.  Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation.  Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities.  The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Twenty-Nine Palms Band of Mission Indians is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist.  This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 2500,000 patients that depend on them for their medical care.  We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

Darrell Mike, Tribal Chairman
Twenty-Nine Palms Band of Mission Indians


Cc:

Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814

County Agencies



December 3, 2020

Will Lightbourne, Director
California Department of Health Care Services
1501 West Capitol Avenue
Sacramento, CA 95814
VIA EMAIL: Will.Lightbourne@dhcs.ca.gov

RE: LETTER OF SUPPORT - Sustainability of Services for Borrego Health

Dear Mr. Lightbourne,

On behalf of our board of directors and advisory council, I am writing to offer support for Borrego Health as their sustainability of services is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits.  We wish to respectfully point out gravity of this decision and the negative impact it will have on thousands of people throughout the organization's service area, including Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns, the Inland Empire Coverage & Health Initiative (IE-CHI) is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and providers of last resort where a significant proportion of the low- income population receive primary care services.  As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019, of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty.  Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

**INLAND EMPIRE COVERAGE AND HEALTH INITIATIVE**
**20601 California Hwy 18, Suite 171, Apple Valley, California 92307**
**iechi.org**

*Will Lightbourne, Director, California DHCS -- December 3, 2020 -- Page 2*

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care and that we are mindful of the need to incorporate equity of healthcare across all demographics especially for those most vulnerable and representing diverse patient populations.

It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA).  Approximately 26 percent of the population in Riverside and 33 percent of the population in San Bernardino live in a HPSA.  While an estimated 15 percent of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100 percent.

Persons living in poverty often forgo care due to transportation challenges, inability to take time off work to travel long distances to care and the like. They also often utilize the emergency room for primary medical care due to lack of access to outpatient care, creating a severe strain on existing medical care services and structures.

As reported by the U.S. Census Bureau, 37.25 percent of the population in the Borrego Health service area live with a family income at or below 200 percent of the FPL.  The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average.  Health disparities in these regions include a rate of diabetes above the national average, with uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries being some of the vital areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation.  Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

*Will Lightbourne, Director, California DHCS -- December 3, 2020 -- Page 3*

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities.  The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

**IE-CHI is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist.**  This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 2,500,000 patients that depend on them for their medical care.  We strongly appeal to the risk of this potential devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Thank you for your consideration.

Sincerely,

*Alison Elsner*

Alison Elsner
Chair, Inland Empire Coverage & Health Initiative
aelsner@sbcms.org
760-413-5503-cell

**INLAND EMPIRE COVERAGE & HEALTH INITIATIVE**
The IE-CHI is a collaborative of agencies (public and private) in Riverside and San Bernardino counties who support comprehensive health coverage and services. They are a member of the state collaborative:  California Coverage and Health Initiative (CCHI).

**IE-CHI Mission Statement: To ensure that all residents in Riverside and San Bernardino counties have access to affordable, quality, culturally sensitive health coverage and services.**

The IE-CHI is committed to being the leader for coordinated family health coverage and services in the Inland Empire. Developing ongoing programs, in partnership with school districts, community clinics and other health venues which identify uninsured or underinsured children and families is an effective method of identifying uninsured family members and enrolling them in appropriate programs.

The IE-CHI Rural Task Force report (ieruralhealth.org) identified the Inland Empire High Desert and rural region served by St Mary Medical Center as a high need area. Mobile FQHC services will provide essential health and mental health programs to the most vulnerable children and families.

Elected Officials



CITY OF COACHELLA

53-990 ENTERPRISE WAY, COACHELLA, CALIFORNIA  92236

PHONE  (760) 398-3502  ●  WWW.COACHELLA.ORG

December 3, 2020

Mr. Javier Portela                                    VIA EMAIL: Javier.Portela@dhcs.ca.gov
Department of Health Care Services           VIA EMAIL: Bruce Lim Bruce.lim@dhcs.ca.gov
1501 W Capitol Avenue
Sacramento, CA  95814

Dear Mr. Portela,

I was recently notified the Department of Health and Human Services (Department) is to suspend all payments to Borrego Community Health Foundation (Borrego Health), effective immediately. I am writing to urge the Department not to implement this measure at this time given the current health pandemic impacting the nation and the Southern California region.

Borrego Health plays an integral part in the region's health system with twenty-eight locations in San Diego, San Bernardino, and Riverside counties.  Borrego provides vital health services to 265,000 medically underserved patients—80 percent of these patients live at or below the poverty line.  A disruption in the medical system in these counties is ill-advised. We are facing a time in which the region needs more access to medical services, not less.

I understand that Borrego Health's contract dental program is under investigation. While that investigation must continue and be resolved to the State's satisfaction, I ask that the Department allow Borrego Health to continue being paid to provide non-contract dental health care services in our community.  The State has discretion to exempt providers from payment withholds in certain circumstances, including if implementing the payment suspension would have a detrimental impact on patient access to medical care.  I believe the State's current plan to withhold  payment from the medical providers will do just that, creating a potentially detrimental impact on patient access to care, which will, in turn, affect our broader community through the spread of COVID.

In conclusion, I request that the Department reconsider suspending all payments to Borrego Health during the ongoing investigation and during a critical time in our fight against COVID-19.

Sincerely,

Steven Hernandez
Mayor

*An Affirmative Action/Equal Opportunity Employer*





# MAYOR AND CITY COUNCIL

November 25, 2020

Director Will Lightbourne
Department of Health Care Services          VIA EMAIL: Will.Lightbourne@dhcs.ca.gov
1501 W Capitol Avenue
Sacramento, CA  95814

Dear Mr. Lightbourne,

I was recently notified the Department of Health and Human Services (Department) is to suspend all payments to Borrego Community Health Foundation (Borrego Health), effective immediately.  I am writing to urge the Department not to implement this measure at this time given the current health pandemic impacting the nation and the Southern California region.

Borrego Health plays an integral part in the region's health system with twenty-eight locations in San Diego, San Bernardino, and Riverside counties.  Borrego provides vital health services to 265,000 medically underserved patients—80 percent of these patients live at or below the poverty line.  A disruption in the medical system in these counties is ill-advised. We are facing a time in which the region needs more access to medical services, not less.

I understand that Borrego Health's contract dental program is under investigation. While that investigation must continue and be resolved to the State's satisfaction, I ask that the Department allow Borrego Health to continue being paid to provide non-contract dental health care services in our community.  The State has discretion to exempt providers from payment withholds in certain circumstances, including if implementing the payment suspension would have a detrimental impact on patient access to medical care.  I believe the State's current plan to withhold  payment from the medical providers will do just that, creating a potentially detrimental impact on patient access to care, which will, in turn, affect our broader community through the spread of COVID.

In conclusion, I request that the Department reconsider suspending all payments to Borrego Health during the ongoing investigation and during a critical time in our fight against COVID-19.

Sincerely,

Bill Wells
Mayor
City of El Cajon

# County of Riverside



**RIVERSIDE OFFICE:**
4080 Lemon Street, 5th Floor
Riverside, CA 92502-1647
(951) 955-1040
Fax (951) 955-2194

**DISTRICT OFFICE/MAILING OFFICE:**
73-710 Fred Waring Drive, Ste. 222
Palm Desert, CA 92260
(760) 863-8211
Fax (760) 863-8905

## SUPERVISOR V. MANUEL PEREZ
### FOURTH DISTRICT

December 3, 2020

Mr. Javier Portela
Department of Health Care Services                    VIA EMAIL: Javier.Portela@dhcs.ca.gov
1501 W Capitol Avenue
Sacramento, CA 95814

Dear Mr. Portela,

I understand the Department of Health and Human Services has suspended all payments to Borrego Community Health Foundation (Borrego Health), effective immediately. I am writing to urge the Department not to implement this measure at this time given the current health pandemic impacting the nation and the Southern California region.

Borrego Health plays an integral part in the region's health system with twenty-eight locations in San Diego, San Bernardino, and Riverside counties. Borrego provides vital health services to 265,000 medically underserved patients—80 percent of these patients live at or below the poverty line. A disruption in the medical system in these counties is ill-advised. We are facing a time in which the region needs more access to medical services, not less. My Supervisorial District will be especially hard hit.

I understand that Borrego Health's contract dental program is under investigation. While that investigation must continue and be resolved to the State's satisfaction, I ask that the Department allow Borrego Health to continue being paid to provide non-contract dental health care services in our community. The State has discretion to exempt providers from payment withholds in certain circumstances, including if implementing the payment suspension would have a detrimental impact on patient access to medical care. I believe the State's current plan to withhold payment from the medical providers will do just that, creating a potentially detrimental impact on patient access to care, which will, in turn, affect our broader community through the spread of COVID.

In conclusion, I request that the Department reconsider suspending all payments to Borrego Health during the ongoing investigation and during a critical time in our fight against COVID-19.

Sincerely,

V. Manuel Perez
Riverside County Supervisor, 4th District

Employees

Dennise Walker, NP

Borrego Community Health Center
750 E. Main St.
Barstow, Ca. 92311

I would like to thank you for taking time to read this letter; it means a lot to be heard, especially in a time like this.   I believe the patients would agree with my letter if they could be heard as well.
Barstow is a unique community and very different from other populated areas.  Barstow has not had a clinic that has given comprehensive care to its patients.  Patients here in Barstow have suffered long term with multiple complex chronic conditions and multiple organ issues without any real care.  The only care in Barstow before Borrego Community Health Center has been a very small sub-par facility that opened in 1999.   Barstow is a rural area with a population of people that are poor, medically neglected, social issues, uneducated, drugs and alcohol issues.  These people are at the worst in their conditions due to lack of care and neglect in this area.  Therefore, when patients come to Borrego Community Health Center in Barstow, they are in need of good comprehensive medical care AND education about their conditions.

Our patients are complex patients that require more time and focus.  Our patients are on multiple medications and have multiple issues, such as new stent placement, recent stoke/heart attack, new AAA, Coumadin patients, patients on Vancomycin and have Picc lines patients that have stage III PVD or DM Ulcers that have never been taken care of, etc.  We work like a simi like an urgent care, where patients are fitted for pre made splints, Orto supplies, canes, Toradol injections, flu vaccines, POC HGB if needed, stat x-rays, and wound care.  We have a pharmacy on grounds, so patients can pick up their medications before leaving.  Our team effort at Borrego Community Health Center is very comprehensive and thorough. I make sure every detail of care is done.  That also includes preventive screenings as well.

The Department of Public Health has been here, but for women's health and STD care.  Additionally they have only been open 1-2 days a week at times.   Another facility Dr. Mike's clinic opened in 1999, which has been at best sub-par care for patients.  Dr. Mike's clinic doesn't give comprehensive care.  Barstow has mostly been neglected and ignored by the powers that be for decades.  During this time Barstow has sustained severe health issues.  Syphilis is on the rise in Barstow and has been for years.  Syphilis was near eradication, but due to neglect, Barstow has suffered the consequences of increased Syphilis incidents.

Another health crisis in Barstow has been the famous Pacific Gas and Electric catastrophe that was made famous by Erin Brockovich movie that leaked toxic levels of hexavalent chromium into the water table.  It is known that hexavalent chromium increases the risk of developing serious adverse health conditions.  The long term sequela effects are definitely apparent in Barstow.  And the toxicity is still in the water table, and the plume has extended further, although PG&E has been ordered to do clean up.  I have seen a phenomenal amount of

endocrine, and tumor issues in Barstow, and I can guarantee it is from the sequela effects from the toxic effects of the PG&E disaster.  During my first few weeks at Barstow Community Health Center, I was astonished by the amount of obvious goiters/nodules/tumors I saw on patients that were untreated. To this day Barstow residents are given/supplied bottled water, and advised not to drink Barstow water.   People still shower, bathe, wash their hands, and are exposed to the water in Barstow.  The toxic effect from the disaster is genetically passed down as well.   And, because there has not been real health care in Barstow, most of these conditions are not discovered and or reported, therefore Barstow is ignored and neglected again.

Barstow Community Health Center opened in 2018 with a mobile unit to cover the outskirt communities without ANY/ZERO healthcare, such as Yermo, Dagget, Helendale, Hinkley, and Newberry Springs.  In the outskirts of Barstow, our mobile unit is mostly the only care they receive.  Borrego Community Health Center gives very comprehensive care including preventive services, labs, x-ray, pediatrics, obgyn, mental health, immunizations, Internal medicine, HIV specialist, LGBTQ services, and transgender care/navigation.  Since inception of Borrego Community Health Center in Barstow and I can assume in other areas as well, the community has benefitted tremendously and the discovery and care of diseases/conditions have been top priority.  Without Borrego Community Health Center, the people of Barstow would again be ignored and neglected, and the rise and spread of communicable diseases such as syphilis and HIV would not be controlled.  The deleterious toxic health effects from PG&E disaster would again be ignored.

I see at about five new patients a day, where would they go, especially when they have no insurance or just medi-cal.  My hope is that Borrego Health Foundation can continue its mission for the patients and population we serve.  To take away Borrego Health would have detrimental effects and be a disservice to the patients and communities we serve. They deserve to be cared for.


Kindly,

Dennise Walker, NP

December 10, 2020

To Whom It May Concern:

I would like to appeal to California's State Department of Health Care Services to allow for payment to Borrego Health, the medical clinic where I am a patient. Without payment from Medicaid for the local health clinic, it will be forced to close in the near future. Borrego Health has filled a need in the high desert community for comprehensive medical care. I implore you to allow for payment during the interim investigation. I do not believe that the community of Barstow and the surrounding areas deserve to suffer from lack of healthcare, especially during this perilous time of the COVID-19 pandemic.

Sincerely,

Elisabeth Marquez

December 10, 2020

To Whom It May Concern,

I am appealing to the California State Department of Health Care Services to allow payment to Borrego Health during the current investigation.  Borrego Health Medical Clinics and pharmacies provide medical services to patients who would not otherwise have local, quality medical care.  Many of the Borrego Health patients rely on Medicaid as their health insurance.  Without payment from Medicaid, the Borrego Health Clinics may be forced to close their doors in the near future.  During this difficult and perilous time of the Covid-19 pandemic, it is not right that the patients in our community deserve to suffer from the lack of quality healthcare.  Borrego Health provides medical, dental, and pharmacy care to the community of Borrego Springs, California.  This community would definitely be impacted by the absence of Borrego Health if they were forced to shut down.

Thank you,

Elizabeth M Newell

December 9, 2020

To Whom It May Concern:

I am a licensed clinical psychologist at Borrego Health providing mental health services. I have worked with Borrego Health for over 5 years and feel very proud to be a part of a company that has a heart and mission for providing quality patient centered care to underserved populations. This pandemic and the consequent changes have been very challenging on individuals in our communities, particularly among this population. I am honored to work with a team that has been providing whole person care during these challenging times to help individuals, families and communities adjust, cope and heal. My patients have expressed deep gratitude for the collaborative care and support they have access to through Borrego Health. Thank you for taking the time to hear our story and the ways Borrego Health is caring for and impacting so many lives.

Sincerely,

Sharareh Gandy, PhD

12/9/2020

To whom it may concern,

My name is Mateo Williamson and I am a Transgender Navigator in the Department of Transgender Medicine at Borrego Health. I began my position with Borrego a little over a year ago, and our department has grown significantly since then in regards to the services we are able to provide to our patients. I have had the pleasure of watching how quickly the trans community has embraced us and made us a part of their family—we are so often who they turn to in order to share their joys and successes, as well as their daily struggles. In many ways, Borrego has become an integral part of changing the lived experience for hundreds of trans people in Southern California.

My role consists of helping our trans and non-binary patients with navigating the process of social and medical transition, which is highly personalized to each patient. This makes my job very rewarding and inspiring. On any given day, I may speak with a new patient and their family to provide emotional support and an introduction to our services; I'll help a trans person navigate difficulties with their insurance; I'll assist a person with filing to change their name legally so that they can participate more fully in society; or I'll speak with a young trans adult who has lost family support and is in need of housing resources.

Every day, I get to share in the most intimate parts of a person's life journey, and I am an integral part of the healthcare team. My role enables us to expand the services we are able to offer at Borrego and to become more involved in reducing health disparities and lowering barriers to access to care.

Our patient population is growing daily, and we have increasing requests for a variety of resources and support. What patients have told me about our clinics and Triumph Trans Services Center is that they finally feel like there is a place they can go where they can trust that they will be respected for who they are and they can be completely themselves. Our Triumph center has increased a sense of belonging for the trans community. Many patients have told me they feel proud and as if their sense of humanity has really been honored in a way that it never has been before.

If we are to take on this role, it is always important to me to ensure that we are exceptional and consistent in the quality of the services we are able to provide. Fostering a sense of trust means delivering this level of care at every encounter. Many of our patients travel over 50 miles or more to see us and continue care with us when they move because we have established that trust. I'm proud to see the foundation for trans care that we have built with Borrego's support, and I'm proud that Borrego has placed this work at the forefront of who we are and what we stand for. Thank you for continuing to value the great care that our team is able to bring to the Borrego family.

With gratitude,

Mateo Williamson

To Whom It May Concern,

12 / 11 / 20

My name is Matthew Keane and I am a Physician Assistant with Borrego Health. I have worked for Borrego Health for 3 years both in Urgent Care and most recently as a Primary Care provider.  I have been a Physician Assistant for 10 years and worked for multiple providers and medical groups across several specialties and have been most satisfied with my time as a PA with Borrego.  The majority of my time as a PA has been spent working in Emergency and Urgent Care medicine. While I enjoyed my time in these fields, I did not truly appreciate the impact that I could make until I moved to Primary Care within Borrego.  As an I Primary Care provider working for Borrego I now truly, feel that I have found a calling working with and serving the underserved community.  So many of my patients have nowhere else to turn or have been shunned away by other providers because their cases were either too complicated or difficult or the patient presented too many barriers to care because of their socio-economic status.  Borrego's infrastructure and dedication to their patients provides me with an ability to provide for my patients and make a significant impact on their quality of life.  I am proud of the work that my colleagues and I are able to provide at Borrego, without them our communities would be significantly impacted, and quality of life greatly diminished.

PA-C

December 9, 2020

To whom it may concern:

I am a 57-year old transgender man who has worked full-time in transgender advocacy for nearly two decades across four different states. Access to healthcare for transgender and gender-diverse people is among my most passionate concerns.

So much so, in fact, that in early 2019, I made the very difficult decision to move to California's rural inland region, away from my spouse and our home in Seattle, after being recruited to lend my expertise to building Borrego Health's transgender medicine program.

The importance of our program and services cannot be overstated. This population experiences some of the most severe health disparities in the nation. According to the 2015 U.S. Transgender Survey, 57% are rejected by their families; 26% fired from their jobs, leading to a (pre-pandemic) 15% unemployment rate; 29% live in poverty; and 30% percent have experienced homelessness at some point in their lives.

One in five have been flat out denied health care or services; thousands even report being assaulted or harassed by their healthcare providers. Moreover, violence based on gender identity/expression is at an all-time high: this year alone, more than 40 trans people—primarily transgender women of color—were murdered simply because they were transgender. Given all that, it may come as no surprise that more than 41% of trans people have attempted suicide at some point in the lives, compared to 1.4% of the general population—not because they are trans, but because of how trans people are treated by society.

Borrego Health is working to change that. Our team has toiled ceaselessly since the program began to level the playing field by providing culturally competent care in a safe, welcoming environment. Our success is readily evident as patient population continues to surge, even in the midst of a global pandemic. We now serve more than 1,100 patients from across the region, the vast majority of whom are insured by Medicaid or Medicare plans. As a result, we were designated by the Inland Empire Health Plan (IEHP) as their first and only Center of Excellence for Transgender Health.

While my personal sacrifices have been challenging, they pale in comparison to the pride I have in our work and our program. These patients need us. It is not hyperbole to say that we are saving lives every single day just by being here for them, offering a friendly face, a welcome greeting, and the same outstanding quality care that *every* patient should expect regardless of their identity.

On behalf of my staff and our community partners, I urge you to consider all these factors in your decision-making process and ensure that our patients' needs continue to be met with the same level of compassionate care we have worked so hard to establish.

Thank you for your time and attention to this critically important matter.

Sincerely,

C. Michael Woodward, MPH



Borrego Health
Department of Trans Medicine
1600 Iowa Avenue, Suite 220
Riverside, CA 92507
(951) 758-7839


December 09, 2020

To Whom It May Concern:

I am Nohemi Lopez (they/them), and I am a Trans Navigator Specialist for Borrego Health's Department of Trans Medicine (DTM). I am writing this letter to explain the value of programs such as the DTM, both to our community members and to me.

I have been with this emergent program for just over a year, and even through unprecedented times – such as this pandemic – our value to our community has continued to grow. I am a native of the San Bernardino area, and as a member of the LGBTQ+ community, I understand, firsthand, the importance of having a support system while we take the time to understand our own identities. Community support is invaluable to our transgender and gender nonconforming (GNC) community, and the DTM is an important part of that network.

To further explain the importance of *community support*, I mean the network of organizations and individuals who propel the movement to close the gaps of services for our trans and GNC folks. In the time that I have been with Borrego, I have been involved in meetings with city council members, medical providers such as Riverside University Health System, local housing programs, San Bernardino County officials, and much more. Together, we have built a strong net for our trans/GNC folks to make sure they can have access to the resources they need. I personally have established relationships with services providers in six different counties.

As a vocal member of the queer community and my city, I work very hard to continue to build relationships with other individuals who can help the DTM's goal of providing exemplary service to our clients; we have even been designated as a Center of Excellence for trans medicine by IEHP! I take pride in knowing if someone calls me asking for a resource for a trans individual, I have a network of competent service providers who can help at a moment's notice.

This department is still developing, but we are getting stronger by the day. In example, we recently celebrated the opening of our own Triumph Trans Center in Cathedral City; a center just for trans health services that the community can take pride in and call their own! None of this could be possible without the tireless work of our directors and the rest of the navigators – who stand for the well-being of our trans, GNC, and queer siblings. I can promise we will continue our dedicated work as long as we have the opportunity to thrive.

Best,

*Nohemi Lopez* (they/them)
nohemil@borregohealth.org

December 10, 2020


To whom it may concern:

My name is Sandra Rodriguez; I am a 33-year-old Hispanic female. I have the honor to work at Borrego Health for nearly 5 years in the Quality Department. The reason why I work in Health Care is that at a very young age I saw my parents struggling navigating through the health care system. As I mentioned before, I am Hispanic, my parents do not speak any English, and I always had to attend all of my parents' health appointments growing up because I needed to translate for them.

I remember how much I hated that because I felt that the clinics or hospitals should have someone to translate for my parents. I also remembered all the long walks with my mom to the clinic because we did not have any transportation and she did not know how to drive. I grew up in Texas and the weather there is crazy, very humid and extremely hot. I felt that in my heart someone needed to help the lower income population like mine and knew that when I grew up I wanted to work in Healthcare and be able to make an impact.

Fast forward now 20+ years, I am living the dream of working for this amazing FQHC called Borrego Health! This company truly cares for all of the underserved patients. Most importantly working in the Quality Department, I know the leadership team has always made sure that we reach out to all of our patients that are due for recommended screening without excluding anyone.

We have also committed to help HRSA with the HIV Ending Epidemic goal and we already established a plan to tackle this project and positively affect the communities we serve. I cannot describe in words what this organization means to me, and everyone else working at Borrego. I always remember that little girl in me, and wish nothing but to continue to help our undeserved population!

I urge you to consider all these factors in your decision-making process and ensure that our patients' needs continue to be met with the same level of compassionate care we have worked so hard to establish. Thank you again for taking your time to read this letter.


Sincerely,


Sandra Rodriguez

Dr. Antonia E. D'orsay, PhD, MS, MA

Director of Trans Services, Borrego Health

I came to Borrego Health, as an expert in my field with experience at the national, local, and international level, to build a program that rests on the leading edge of culturally competent, clinically focused medicine for trans people above and beyond the normative thinking of just covering hormones or just setting up for surgeries.

When I arrived, there was only one group in Riverside and San Bernardino providing care for Trans people: Kaiser. There was some limited coverage, but none of it was dealing with trans youth, was aware of the unique challenges of Trans people of color, was able to reach into the migrant worker population of trans persons, or that had effectively represented the diversity and needs of the region – as proven by a 2015 Needs Assessment that was only able to get around 100 responses to cover a population of approximately 27,000.

I have built a program that has been recognized by peers in Trans Medicine from the WPATH, has built a system to enable care for trans youth who are minors, and that continues to build and develop tools, resources, and collaborations throughout the region.

Borrego Health did that.  No other group sends its people out into the community to educate and improve coverage within their own systems – we have had an impact as far reaching as training for the District Attorney office of San Bernardino to the development of improved and arguably superior coverage for Trans people through IEHP.

To remove Borrego as an option would hinder that coverage, strip the ability of trans youth to get treatment within the three counties we serve, and disrupt a growing and expanding service set that has no parallel and is at the forefront of a model that shows that routine care of trans people is not disruptive or overly expensive, which has often limited the willingness to do so.

Our mere presence has spurred other organizations to rely on our expertise to start their own programs, but they are still trying to be more limited out of caution, whereas we seek to provide and push the advancement of trans medicine through research with a population that no one else in the United States has.

Our focus is on the whole health of trans people, and the combined experience of over 60 years of practical work on behalf of trans people just among the leadership and a combined direct service

experience level of over 30,000 individual people makes us the most experienced and knowledgeable providers in the region – and would create undue burdens on other providers who do not have the ability to ramp up or the history of nonharmful care that we have.

We are likely to reach 1% of the total patient population that Borrego serves in our own department alone by the middle of 2021. Slowing us down would directly impact that, and cause significant harm to the community which is already in a hard way around other social determinants of health.

For my part, I have only ever been supported, been lifted, and been given resources I need to do this by this company.  Borrego Health has a plan to make this area the premier service provider for trans persons in Southern California.

Without us, patients would have to travel to San Diego city or Los Angeles, proper, to receive care – and this presents undue burdens on youth, on our seniors, and on all the trans people, some of whom drive four hours for appointments with us, because we are seeking to expand to reach them.

The population of trans persons in our region is scattered – there is no clinic in our system that does not have at least one, and most have multiple trans patients.

Thank you,

Toni D'orsay

December 10, 2020.

Vitor Coral

Attn: California Department of Health Care Services; Division of Medi-Cal Fraud & Elder Abuse

To Whom It May Concern,

In anticipation of my employer's meeting with your Department, I would like to take this opportunity to express my full support of Borrego Community Health Foundation's (Borrego Health) mission, and most importantly, our staff.

Please consider my own experience with Borrego Health: I have been working for the organization for nearly five years, four of them in the Marketing Department. As the Marketing and Employee Engagement Director, one of my responsibilities is to organize, edit, and publish the Borrego Health Magazine, our monthly newsletter. So far, we have delivered 48 editions of the publication, and in January, we will reach another milestone: our newsletter's five-year anniversary. This is worth mentioning because our thousands of pages and hundreds of articles illustrate the incredible achievements of my 1,237 colleagues and me, in enabling the most vulnerable and underserved patient populations to have access to a remarkable variety of high-quality health care services.

I am so proud of Borrego Health for being an organization that has culturally diverse women and social minorities occupying a majority of our leadership positions, fostering teams that implement innovative ways to bring high-quality healthcare to patients, and year after year, figures among the top FQHCs in the country in terms of quality and recognition of excellence. I am in awe of my fellow employees who, despite sweat and tears and incredible degrees of stress and uncertainty, remain committed to providing COVID-19 tests, education, and case management to thousands of individuals. I love the fact that Borrego Health's employees always have each other's backs and put patient care front and center. There is a reason that Borrego Health refers to itself as a "family;" because that is what we are to our patients and to each other.

I assume that during your meeting you will be regaled with compelling numbers and statistics that prove Borrego Health's success as a regional healthcare service provider. I urge you to look beyond the numbers and try to imagine the amount of hard work it takes to make them all possible. During these uncertain and stressful times, I often think about the frontline staffers who are in a never-ending battle against COVID, providing their most diligent services under life-threateningly dire circumstances. Now, these health care heroes face the fear of losing their jobs in the midst of a spike in the pandemic and economically uncertain times, for reasons beyond their control. I write this letter for them, and ask you to consider their tireless service when considering Borrego Health's fate.

Sincerely,

Vitor Coral

Foundations

FQHC



**SAN YSIDRO HEALTH**

November 30, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Borrego Health Patient Impact

Dear Deputy Director:

It has come to our attention that medical services provided by Borrego Health are at risk due to the suspension of payment for care provided to their Medi-Cal recipients. *We are writing this letter to point out the gravity of this decision and the negative impact it will have on thousands of patients throughout the organization's service area that includes Riverside, San Bernardino and San Diego counties.* While we recognize the seriousness of the allegations and understand the department's need to do a thorough investigation, San Ysidro Health is very concerned about the potential disruption in care for the patients of Borrego Health, especially amid the pandemic. While we and other FQHCs will certainly step up to meet the need for patients, many clinic sites are already currently struggling to provide safe patient access during COVID19 so a wave of 200,000+ patients may not be easily absorbed.

As federally qualified health centers, both San Ysidro Health and Borrego Health seek to provide comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents in these regions. We remain the crucial safety net for these low-income families and are, often, the provider of last resort in communities where low- income residents receive primary care services.

Of note, Riverside/San Bernardino region is considered to have a critical shortage of providers- a role being filled by Borrego Health. Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care – ultimately driving up overall costs. Health disparities in these regions are above the national average and special populations receiving care- including migrant and seasonal farmworkers- the homeless, and persons living with HIV and AIDS would be significantly impacted by a sudden absence of care from Borrego Health. Importantly, underserved communities face additional challenges to accessing health care, such as language competency and a lack of transportation. Borrego Health, like all FQHCs, helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff and other enabling services that are not traditionally provided in a private physician office.

In light of the potential harm to current Borrego Health patients, San Ysidro Health urges the department to consider a **delay to this decision** to allow Borrego Health the necessary time to resolve and disprove any disputes or allegations that exist.

Sincerely,

Kevin Mattson,
President & CEO

cc:    Director Will Lightbourne, CA Department of Health Care Services
       Dr. Edgar Bulloch, Interim CEO & Chief Medical Officer, Borrego Health

**1601 Precision Park Lane, San Diego, CA 92173    619.662.4100    www.syhealth.org**

Respect
Integrity
Excellence
Empowerment



December 11, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits.  We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organization's service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns TrueCare is gravely concerned as to the disruption in continuity of care this will cause for Borrego Health patients, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents within the Health Resources and Service Administration (HRSA) approved service area. Federally Qualified Health Centers (FQHCs) are an essential safety net provider where a significant proportion of the low- income population receive primary care services.  As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty.  Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care.  Borrego Health is critical in addressing access challenges to ensure patients get the care they need in a timely manner.

Despite the impact of the pandemic, the organization has provided access to care for 234,207 patients needing care through in person and telemedicine visits. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.  The suspension of Borrego Health services will have a detrimental impact on the community in the face of a pandemic and in a region that underserved.  Furthermore, special populations currently receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population would be significantly impacted by the absence of care provided by Borrego Health.

FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA).





Corporate Office: 150 Valpreda Road, San Marcos, CA 92069  |  **T** (760) 736-6700  |  **F** (760) 736-6753
Patient Navigation Center: **T** (760) 736-6767  |  **F** (760) 566-1501  |  **Website:** truecare.org

TrueCare is compellingly requesting postponement of the decision to suspend payment and services from Borrego Health to allow them the necessary time to resolve any disputes or allegations that may exist.  This decision will have a negative impact throughout the regions served by the organization and continued access to care for over 250,000 patients will be compromised.

We strongly urge you to reconsider at the risk of the devastating impact this will have on patients in the region served by Borrego Health.

Sincerely,

Michelle D. Gonzalez, MPA
President & CEO


Cc:

Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814



December 11, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Borrego Health Patient Impact

Dear Deputy Director:

It has come to our attention that medical services provided by Borrego Health are at risk due to the suspension of payment for care provided to their Medi-Cal recipients. We are writing this letter to point out the gravity of this decision and the negative impact it will have on thousands of patients throughout the organization's service area that include Riverside, San Bernardino and San Diego Counties. While we recognize the seriousness of the allegations and understand the department's need to do a thorough investigation, Vista Community Clinic is very concerned  about FQHCs will certainly step up to meet the need patients, many clinic sites are already currently struggling to provide safe patient access during COVID19 so a wave of 200,000+ patients may not be easily absorbed.

As federally qualified health centers, both Vista Community Clinic and Borrego Health seek to provide comprehensive, quality health services primarily to the low-income, uninsured, and underserved residents in these regions. We remain the crucial safety net for these low income families and are, often, the provider of last resort in communities where low-income residents receive primary care services.

Of note, Riverside/ San Bernardino region is considered to have a shortage of providers- a role being filled by Borrego Health. Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care – ultimately driving up overall costs. Health disparities in these regions are above the national average and special populations receiving care- include migrant and seasonal farmworkers- the homeless, and persons living with HIV and AIDS would be significantly impacted by a sudden absence of care from Borrego Health. Importantly, underserved communities face additional challenge to accessing health care, such as language competency and lack of transportation. Borrego Health, like all FQHCs, helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff and other enabling services that are not traditionally provided in private physician office.

In light of the potential harm to current Borrego Health patients, Vista Community Clinic urges the department to consider a **delay to this decision** to allow Borrego Health the necessary time to resolve and disprove any disputes or allegations that exists.

Sincerely,

Fernando Sanudo, MPH
Chief Executive officer

**P** 760-631-5000  **F** 760-414-3701
1000 Vale Terrace, Vista, CA 92084
www.vistacommunityclinic.org



Health Plans

Healthcare Districts



November 23, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits.  We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these affairs, the Desert Healthcare District is gravely concerned as to the disruption in continuity of care this may cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services.  As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty.  Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care.  Most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits.  The Riverside/San Bernardino region is considered to have a critical shortage of primary care providers, with a ratio of less than 30/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area.

Simply put, thousands of residents within the Coachella Valley, and many other areas will lose their only source of care.

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health.

Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our district due to their mission of serving the underserved communities.

The Desert Healthcare District is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 2500,000 patients that depend on them for their medical care. We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

Conrado E. Bárzaga, MD
Chief Executive Officer
Desert Healthcare District
1140 N. Indian Canyon Drive
Palm Springs, CA  92262


Cc:

Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814

Hospitals



**Quality Care...Close to Home.**

820 E. Mountain View Street
Barstow, CA 92311
Phone: 760.256.1761
www.BarstowHospital.com

November 23, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits.  We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns Barstow Community Hospital is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services.  As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty.  Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care.  It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits.  Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical,




behavioral health and dental Health Professional Shortage Areas (HPSA).  Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care.  As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL.  The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average.  Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health.  Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation.  Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities.  The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Barstow Community Hospital is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist.  This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 250,000 patients that depend on them for their medical care.  We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

Suzanne Richards
Interim CEO


C:    Director Will Lightbourne
      CA Department of Health Care Services
      1501 W Capitol Ave.
      Sacramento, CA 95814

2



June Collison, President
1805 Medical Center Drive
San Bernardino, CA 92411
direct     909-806-1200
fax        909-806-1169
www.chsb.org

November 23, 2020


Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits. We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organization's service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns, Community Hospital of San Bernardino is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low-income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in-person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated, medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and

42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%.

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless population, persons living with HIV and AIDS, and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Community Hospital of San Bernardino is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 2500,000 patients that depend on them for their medical care. We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

June Collison
President

cc:
Director Will Lightbourne
CA Department of Health Care Services
1501 W. Capitol Ave.
Sacramento, CA 95814

**DESERT CARE NETWORK** | **DESERT REGIONAL MEDICAL CENTER**
**HI-DESERT MEDICAL CENTER**
**JFK MEMORIAL HOSPITAL**

A COMMUNITY BUILT ON CARE

December 8, 2020

Mr. Javier Portela
Department of Health Care Services          VIA EMAIL: Javier.Portela@dhcs.ca.gov
1501 W Capitol Avenue
Sacramento, CA 95814

Dear Mr. Portela,

I was recently notified that the Department of Health and Human Services (Department) is intending to suspend all payments to Borrego Community Health Foundation (Borrego Health), effective immediately. It is my understanding that this suspension is due to Borrego Health's contract dental program undergoing a federal investigation, which will ultimately be resolved over time to both the federal and state's satisfaction.

I am not opining on the above matter, but rather the State taking payment suspension action – in the middle of our generational COVID-19 pandemic. Suspension of payment, which may result in the inability to care for patients, will have a major, negative impact on our region's safety-net provider network, of which Borrego Health is a major component.

I represent Desert Care Network, which itself provides a disproportionate share of primary, specialty, tertiary and trauma care and services to the underserved, uninsured and Medi-Cal enrollees. Desert Care Network (DCN) includes Desert Regional Medical Center, a trauma center in Palm Springs; Hi-Desert Medical Center, a small general acute care and SNF/sub-acute facility in Joshua Tree; and, JFK Memorial Hospital, a general acute care hospital in Indio, along with ambulatory surgery centers, urgent care centers, primary and specialty physician clinics and ancillary services covering the greater Coachella Valley and Morongo Basin.

Borrego Health is a key outpatient provider in our area, serving an even higher percentage of medically-underserved patients (80% are at or below the poverty line). Our communities and health care systems cannot afford any significant disruptions in our safety-net system of care.

I urge the State to give serious consideration toward utilizing any discretionary authority that might exempt providers from payment withholds in certain circumstances. Please reconsider any decision to suspend all payments to Borrego Health. Our community desperately needs all the healthcare resources it can get to respond to the pandemic's health crisis needs. Thank you.

Sincerely,

Michele Finney
Chief Executive Officer
Desert Care Network



November 23, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits. We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns KPC Global Medical Centers is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate

is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled

hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

KPC Global Medical Centers is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 250,000 patients that depend on them for their medical care. We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

John A. Heydt, MD
Chief Clinical Officer


cc: Director Will Lightbourne
    CA Department of Health Care Services
    1501 W Capitol Ave.
    Sacramento, CA 95814

2

Patients

The in office staff is amazing when it comes to helping their paitients and they are trying their best to accomodate everyones needs. They place where I feel can use some improving is the call center. Ive had issues with them relaying messages when they said they would Ive had to open a case about it but other than that they are great.

شكراً دكتور papa على Center medical على السلام

لقد كانت مراعاتك معكم كثيرة من ناحية الاهتمام

بالمريض واعطاء المواعيد وتخصيص الوقت الكافي للمريض

وتمنى لكم المزيد من النجاح ... المادية وشكراً

مع التقدير

Thank you Dr. papa For everything I have
been very comfortable with you in terms of caring
For the patient, appointments, and allocating sufficient
time to the patient I with you constant success
Thank you with appreciation.

I'm a Patint with doctor PaPa.
and I'm Very happy of Being
his Patint he's really good and
the clinic is Perfect for
aPPoitment on time . Very
Comftrable with this Place.
ThankYou. Ü

مرحبا دكتور بولاك

انا حزينة لانك لن تكون في ولادتي

كنت اتمنى لو انك تكون حاظر في موعد ولادتي

لانك كنت من احسن (الدكاترة)

شكرا جزيلا لك على كل شيء شكرا

Hello Dr. Bulloch,

I'm sad because you are not going to deliver my baby. I wish you were present to deliver my baby, because you are one of the best doctors. Thank you very much for everything.

Dr. Papa and all the nurses, and staff at Borrego El Cajon Clinic are great. Dr. Papa is a very personable and Kind Doctor, that put my mind at ease right away. Both him and his nurse take the time each Doctor visit to explain test results and give me the time and ease to ask my questions or any doubts I may have. All my anxiety of having a new doctor, has gone. I have and will continue to recommend this clinic and Dr. Papa.

I feel so Good with Dr Papa
is the best Dr he allwes
take care with me.

I love coming to this clinic. I have been in this clinic since my first son was in my belly 2 years ago. Dr. Papa and all the staff people are Great. They allways have a great and possitive energy. Even if there Day is busy and stressful they are allways happy to arvist me with anything I need. I will allways come to Dr. Papa for all my Birshis ♡

Dr. Papa was very informative and helpful. Staff very friendly and prompt.

Thank You, Doctor you are amazing
and distinguished and successful in your work
I have dealt with You before and I felt
comfortable and improved. I wish you the
best and Merry christmas and
Happy New Year.

My name is ████████ I have been coming to Borrego El Cajon for 7 years. I like to come here because it has an excellent Doctors. Specially Dr. Baulck and Dr. Papa. This is my third pregnacy with them They are very helpful always. I like to Thank every one work in Borrego heathe. For a good work. Thank You

احب ان اشكر كل العاملين في قسم النساء
من دكاترة وممرضات انهم لُطفاء جداً ومتعاونين
والاهم هو عدم الاهر اطول لربتا مرض من الوقت اللازم
شكراً

I would like to thank all employees in women's health
Department, also all doctors and Nurses. They are all
very nice and helpful and the most important I don't
need to wait for So long to be seen.
Thank you

This the first time for me that I'm seeing Dr. Papa. But I heard that he is a great doctor. I'm always with Dr. Bolak since 2005. he is amazing doctor, he has patience and knows what to do. And about the team they are amazing, helpful, they love to help.

I am currently being treated for my prenatal care at Borrego Medical Center. I have no current complaints. DR. Papa is always professional & takes his time to answer any questions or concerns i might have. Staff is also great, very friendly & communicates well. My visits might not always be quick but ~~they will~~ I am always taken care of and not rushed. I would recommend & rate my experience here a 10 out of 10 :)

Siempre que tengo cita en esta Clinica megusta la amabilidad y trato que te ofrecen aqui, tambien megusta que te hablan en tu idioma de uno, son muy amables.

Translation: Patient Letter

Every time I have an appointment at this clinic I like the amiability and treatment they offer at this clinic. I also like that they speak my language. They are very amiable.

The care here is great, everyone I've talked to or encountered is nice, and respectful. My doctor is great. I've never had any problems with my visits here or anybody that works here. My appointments are efficient and quick, that's always nice. I have absolutely no problems here.

I absolutely Love the Care I recieve here at Borrego and from Dr. Papa! This is my second pregrnancy with him as my Dr. I would reccomend Borrego and Dr. Papa. As well as the nurses, everybody is super kind, helpful, and always smiling. Keep up the Great work!

Great Place / Great doctors and team.
Highly recommended.

Our clinic is currently undergoing a review.

Our patient's opinion of us as a clinic and as individuals is very important to us.

Please take a moment to let us know how you feel about the care you receive here at the Borrego El Cajon Obstetrics and Gynecology Clinic.


Thank you,


Dr. Papa

ان 9 احسن دكتور يستقبل مرضى بشكل صفائك و صدوك ولا يضجر من اسئلة من المريض ومرات يخابر المريض عن نتيجة السونار او اي شي بدون موعد تمن التوفيق

He is the best doctor, he always greets patient with a smile, he is very optimistic. No matter how many questions the patient has he is always willing to answer them and sometimes he calls me to give me ultrasound results even without appointment. I wish him a good luck and success.

12/10/2020

To whom it may concern,

   My name is ▇▇▇▇▇ and I am an employee and Patient of Borrego Health in Barstow California. I write this letter with the intent to convey my opinion and outmost sincere testimony of the high standard and tender care that Borrego Health provides not just to all their employees but to patients that put their trust in the integrity of this great clinic. I started working with Borrego Health in December 2018 as a shuttle driver in the city of Barstow California. Barstow is a small desert city with a vast majority of families that are low income and struggling to make ends meet. I would see the gratitude of the patients that I would pick up for their medical appointments. Many would tell me that they were so glad that Borrego Health came to their town.

   As a patient of Borrego Health, I feel confident and secure in the care that my family and I receive. My family and I have received the great care of the dental team at the Borrego Health Eastside clinic in Riverside California and my wife and I of the wonderful care of the medical team at the Barstow clinic. I believe that Borrego Health is a beacon of hope to an isolated community in the high desert of California. I thank God for a medical and dental provider that truly cares for the communities that every Borrego Health clinic serves. Thank you for your time and consideration.



Driver/CSR

My Name is

I'em writing this on behalf of of

Borrego Health clint, I've been coming to them for over 3yrs now for my teeth for me & my family & as well for the Drs it would be a shame to close down the 1 good cline around Desert Hot Springs and if you closed it down because or covid could & would hurt myself, myfamily & 1,000's of more people around here that need there assistence please do not close the Clincis.

12/10/20



De la manera mas atenta y aquien corresponda este escrito. les pído- porfavor que no cierren esta clinica porque es de gran ayuda para. nosotros y nuestros hijos. Por su atención gracias.

Por fi. no nos desen sin clinica a nuestros hijos. por favor !!

!!!.

Translation: Patient Letter from ███████████

In the most thoughtful manner and to whom it may concern:

I ask that you do not close this clinic because it is of great help to us and our children. Thank you for your attention.

We ask that you don't leave our children without a clinic.

disienBre 7 del 2020
Mi NonBre. es ███████████
enero del 30 de5b-yo
soy UNA PersoNA que si NesesiTA
MUNCHO delTrasPorTe Por que
soy uNA PersoNA que soy SOlA
Y sienPre queTengo UNA siTAs
con el docTor PARA PoTraPorte
-yo Nesesito el TrasPorTe Mi
diresion ████████████████
CoaeHelA CA 99236 Mi TeleFoNo
████████████████████

Yo ███████████████ quiero dar
garcias al servico de transporte
de Arlanza estoy muy agradecido
por tener transporte para los
pacientes.

Garcias

Translation: Patient Letter from ██████████

I, ██████████ would like to thank the transportation service of Arlanza. I am very thankful for having the transportation service for the patients.

Thank you,

██████████

me Siento muy agradecida y contenta
de venir a mis Citas Porque el
Personal medico es muy amable
me atienden muy bien y me hacen
Sentir Segura Con mi embarazo.
Gracias Por atenderme ███████

Translation: Patient Letter ████████

I am very happy and grateful to come to my appointment, because the medical staff is very amiable. They take really good care of me, and make me feel secure with my pregnancy. Thank you for taking care of me.

Sincerely,

████████████