



12/19/2020

I understand that it is Being Look at to a Close down this Location of Services. I have found it to be convenient for me. More than anything it would be had on this community which is under served in the medical and dental area. It is important to Keep healthcare in the area where people live. Healther people makes a healther Comenity which will cost the government less Money in the Long Run. Please Do NOT Close the Desert Hot Spring Clinic

Sincerely

My Name is ████████████

AND I AM A LONG TIME PATIENT
OF Borrego I really Appreciate
the services they offer without
the transportation the time and
money which I cant afford would
keep me from seeing my doctor
regularly.
   I really hope these services
would be able to continue

December 9, 2020

To Whom It May Concern,

I have been a patient of Borrego Health for many years. The care given has always been of the highest quality and the staff is always courteous and responsive. Having many clinics to take care of my medical needs has been helpful as I travel around the Riverside and San Bernardino areas.

I have noticed, in the waiting rooms that most of the patients are from minorities and they probably have no other place to go that they trust.

Let's keep Borrego viable going forward and this will ensure the patients have a medical home.

Thank You



12/09/2020

Yo ███████████████████████

me afetaria si cerraran la clinica Borrego
DHS Health wellness center mas Por mis
hijos. Tambien afectaria a toda mi familia
si cierran la clinica de Dentista

Translation: Letter for Patent ██████████

I am ██████████████████

The closure of Borrego's clinic DHS Health Wellness Center would affect me .  More so for my children. It would also affect all of my family if the dental clinic closes.

██████████████

December 09, 2020

To whom it may concern

 I am writing in support of Borrego Health Center to keep open for the fact that it has been convenient for me and my family.

 We have been coming here + have our dental services since 2015. It will be a great loss for the community of Desert Hot Springs.

Mi numbro es ███████████ yo y mi Esposo Porfirio Ayala Usamos el Transporte que la Clinica de Arlanza Ofrece. El muchacho que nos recoje es muy amable y respetaso, y si Siempre nos ayuda. este servicio es muy bueno Para la gente mayor que no manejamos como Nosotros. Porfavor No lo Vayan a quitar. Si tiene alguna Pregunta se Puede Comunicar conmigo

Gracias

Translation: Patient Letter from ███████████

My name is ███████████. My husband ███████████ and I use the transportation service offered by the Arlanza clinic. The gentlemen that picks me up is amiable and respectful and yes, he always helps us. This is a good service for the elderly that no longer drive like us. Please do not take this away. If you have questions, you may communicate with me.


Thank you

███████████

مرحبا بالنسبة الكبيرة اول مرة اشوف عيادة
نظيفة وممتازة وموظفينها ممتازين لما
بالنسبة اكبر مواعيد هيد مواعيد قريبة
اما بالنسبة دكتور papa وهو جدا ممتاز
بالنسبة العملية او الفحص اليه نظيفة جدا

Hello,

for the first time I see a clean and excellent clinic and it's staff are excellent, they always give me the closest appointments. for DrPapa, he is very excellent for the operations and examinations.

I Would be very upset if they close
this clinic. As a mother of 4 children
I live two blocks away. like most family in town
It would be so hard to get to the other clinics
Plus being a smaller clinic. I feel safer bring
my children in. Everyone in the clinic
are friendly and always smilling and Dont
treat us like we dont count. I prefer
this place over the other clinic.

1 2 = 1/1 - 2

Mi´ nombre es ████████████████
Yo estoy Pidiendo que Por fabor no
quiten el trasPorte Por que
Yo nose manejar Y tengo que
traer a mis hijos al doctor mi esposo
esta Prego Y el chofer es muy RespetoSo
Ytoma las Pre causiones

si quiere ablar con migo
este es numero ████████████
Y fecha de nasimiento ██████

Grasias que

Dios los bendiga

Translation: Patient Letter from █████████

My name is █████████. I am requesting that you please do not take away the transportation service, because I do not know how to drive and I need to bring my children to the doctor. My husband is in prison, and the driver is very respectful and is very careful.

If you would like to speak with me, this is my number █████████ and my date of birth is █████████

Thank you, God Bless you

12-5-2020

I ████████████████ have had

SEVERAL SERVICES FROM Borrego. I can

not Afford mamograms and IF taken away

I wouldant Be Able to Afford it.

8 Dec 2020

TWIMC:

    I, ███████████████ , attest and
a vow to the preminent Importance, Convenience,
and location of Borrego Health & Wellness
Dentis, Quality servile, close to home !
This facility is very important to me for all
the above reasons, and more ! Keep Borrego
Health & Ftiness - Dentist !!

12|10|20

I ▆▆▆▆▆▆▆▆▆▆ Parent of current patient at this sight would love and appreciate If this Sight stay's open.
This sight is very much Convienent for me and my kids. I love the ~~for~~ ~~Cous~~ Customer. Service and the docter knows my child very well.



If this place were to close down, it would be hard
to find a place like this to get my depo-shot. It has
impacted us so much where we are losing opportunities
like this, I hope one day, it goes back to normal.



12-6-20

TO

DEPT OF HEALTH CARE
SEVICES.

I HAVE BEEN A PATIENT AT
CENTRO MEDICO UNDER THE
CARE RICARDO VELA SINCE
2014.

THE CARE I HAVE BEEN
GIVEN IS OUTSTANDING.
MOST OF THE STAFF IS
FRIENDLY AND ACCOM, DATING.

VELA ALSO HAS
REFERED ME TO SOME
THE BEST SPECIALISTS
IN THE VALLEY.
NOT ONLY HAS VELA
TAKEN GREAT CARE
OF ME, WE HAVE ALSO
ESTABLISHED A GOOD
FRIENDSHIP.
HIS ASSOTIATE
(MARCY) IS THE
BEST!!

I HAVE DIABETES
AND A CONDITION
KNOWN AS C.I.D.P.
BOTH ARE UNDER
CONTROL THANKS TO
VELA AND MARCY.

I AM ALSO SEEING
DR. SWARTZ AS MY
CARDIOLOGIST.

THE CLINIC IS CLEAN
AND VERY PRESENTABLE.

I'M GLAD THAT I
FOUND CENTRO MEDICO
AS MY CLINIC!

IF I HAD BUT ONE
GRIEVANCE, IT WOULD
BE THAT SOMETIMES
THE WAIT TO BE
SEEN CAN BE A BIT
EXCESSIVE. BUT WITH

THESE TRYING DAYS
I UNDERSTAND.
VELA, MARCY AND I
HAVE OFTEN JOKED
ABOUT IT.

AS LONG AS I CAN
CONTINUE MY
RELATIONSHIP WITH
VELA AND MARCY,
I WILL BE COMPLETELY
SATISFIED!!

THANKS SO MUCH

I  enjoy going to Borrego. They take care of me. It would be hard to find somewhere else to go. They are caring.

el servicio de Borrego me parece excelente, en general. medico, enfermero, laboratorio, todo, muy bueno, el Servicio de trasportacion excelente el Señor Manuel, muy buen costomer Service. gracias.

Translation: Patient Letter ██████████

It seems to be that Borrego's service is excellent in general. Doctors, nurses, laboratory, everything very good, the transportation service is excellent Mr. Manuel, very good customer service. Thank you

█████████████████████

yes, It would affect us because
we won't have any a transportation.



In Regards to my Service and Care, it has been wonderful. This is my second pregnancy with Dr. Papps and I am so very happy with the care I receive from him. Outstanding!! Also his RN and MA are great. So in a nut shell, Service here has been great.

Dr. Papa, is one of the greatest Doctor I've ever Seen, He's very Patient and Kind and listens to all your needs, he's very fast & at the same time very understanding. I've been coming to see him for the past two years and I would get pregnant again Just to see him, Shana, is one of the most beautify Saul and most beautify heart, She's great by listening to me and Understanding, Annalisa is beautiful and very Kind and always has a smile on her face when coming in. I love this Place (Borrego) Cause of these Kind People. God Bless you all

12-9-20

Borrego Health & All the Staff have gone above & Beyond to assist me with my medical needs The welcome me with a positive environment & alway leave me with encoragement and a Bright outlook -

Do to No Insurance Borrego Health has given me the oppertunity to Seek medical Care after my Stroke.

Borrego Health offers Services to the comunity that allow Patients who wouldnt atherwise be able to Receive medical care the best there is -

DR G- is such a Ray of sunshine. He always Reminds me to take my Recovery Slowly and not Be so hard on myself - He hears my Concerns & provides the best out come - all nurses have Been welcoming & frnedly. We always get taken Back in a timely Manor, with the fear of COVID I must say Borrego Health takes this seriously. I Dont worry about being in Danger thanks to the Cleanliness and attention to Detail The Staff does

[redacted]

12-4-2020

A quien corresponda.

Hola soy [redacted] tengo 55 años.
tengo 4 hijos y uno adoctibo rsomos,
pacientes de centro medico desde
1994 asta la fecha.
enpesamos air en la clinica en sanMarcos
emos estado en esta clinica por mucho
tiempo. quiero agradecer a todo el
grupo de Doctores y asistentes que
alo largo de estos año nos an bindado
atentamente su atencion para
mencionar al gunos en especial,
Dr Alfredo, Dr Wosk, Dr Jose Luis y
Sonia Maria Brenda y Carolina
muchicimas gracias por su paciencia y
amabilidad como nos an tratendo no
nomas a mis hijos y ami y mi esposo
tanbien a mi mama, mi suegra
senrro medico asido sin duda el
sentro medico de tododa mi
familia y estoy segura que va
a seguirsiendo con mis nietos.
sentro medico es muy in portante
para nosotros.
sinserra mente

[redacted]

Translation: Letter from ██████████████

Friday December 4, 2020

To Whom It May Concern:

Hello my name is ████████████. I am 55 years old and have 4 sons and one adopted and we have been with Centro Medico Escondido since 1994 to date. We began to go to the clinic in San Marcos and we have been at this clinic for a long time. I want to thank the group of doctors and assistants that have provided care for us throughout these years, to mention a few especially Dr. Alfredo, Dr. Wosk, Dr. Jose Luis, and Sonia, Maria, Brenda and Carolina. Thank you so much for your patience and amiability on how you have treated us. my sons, husband, my mom and mother-in-law. Centro Medico has been without a doubt the Centro Medico of all my family and I am sure it will continue to be with my grandchildren. Centro Medico is very important for us.


Sincerely,

██████████████

Dec. 2020

Hola , Yo ███████████

quiero decirles que estoy
muy contenta con el Transporte
de Arlanza Family Health
Center. Yo no tengo transporte
Y es por eso que me gusta
mucho el Servicio que tiene
la clinica.

████████████████

Muchas Gracias!

Translation: Letter from Patient ████████████

Dec. 2020

Hello, I ████████████ would like to tell you that I am very happy with the transportation service of Arlanza Family Health Center. I do not have transportation, and that is why I like the service provided by the clinic.

████████████

Thank you very much!

Estoy muy contenta con el servicio
de la Clinica Borego, me han atendido
muy bien todo el personal y tambien
el trasporte muy amable, el señor

Dic) 8 | 2020

Translation: Patient Letter ███████████

███████████████

I am very happy with the service of Borrego's clinic, they have taken good care of me- the whole staff as well as the transportation service- very amiable.

████████████████████████

Dec/8/2020

12-/1- 2020

Desert Hot Springs Community Health Care, my experience has been nothing but 100% satisfyined.
I've had to change many docters before I found you. The doctors,receptionist, and sutter driver
have been nothing but friendly and ready to listen if I had a problem.Theres not many places
where the people that work there have a welcoming attitude every time you go there. Transportation driver is very nice and always on time.
I feel very safe going to the facility,especially with all that's going on right now with COVID.
It's very convenient for me because I can get my blood drawn and x-rays done there too. I usually
have to go out of town to get them done.There's also transportation for those who don't have a car to
go their dentist appointment. I've been so satisfied that I'm changing my mother inlaws doctor to Desert
Hot Springs Borrego Springs Community Health Care Center.There are no other places in town like this please
think of the people that are in need of this location,it means so much to us and the people who work there.



CLOSING BORREGO HEALTH DENTAL WILL AFFECT
ME WITH THE TRANSPORTATION AND WOULDN'T BE ABLE
TO BRING MY KIDS OVER WHEN IS NECCESSARY. DUE TO
MY WORK AND ME LIVING IN DESERT HOT SPRINGS I
AM UNABLE TO TRAVEL ANYWHERE ELSE. APPOINTMENTS
ARE SCHEDULE WITHIN A MONTH OR LESS RATHER THAN
WAITING 3 MONTHS TO GET SEEN OR SOME OTHER PLACE
WHERE IT WILL TAKE LONGER.

12-9-20

To whom it may concern, it is
unfourtunate to hear about the plan
for a closure of this Borrego Clinic.
So many years of service this clinic
has provide and as a established patient
of Borrego Clinics I would ask to
reconsider what you would be taking
from my community. This clinic is essential
to my self and to my community.
The services it has been providing with
the assistance it gives back to our
community. Keep our community Borrego Clinic
open to continued assisting with our
essential needs.

Thank

borrego heath - DHS - have been Excellent
very helpful
clinic has been very helpful medical health, it
is very important they have been extremely
professional Knowledgeable and helpful
Dr. Kyimah
professional
Knowledgeable
helpful
Helped with all my needs and
health problems, and is always here for questions
and a great team that answers all the
questions and related to problems.
This is a great Clinic /100%

12/09/2020

* With the uncertainty surrounding business practices as its related to COVID, a closure of Borrego Health Dental Clinic @ the DHS Health and Wellness would greatly impact my health. I have very urgent dental needs that cannot be postponed. Furthermore, my limited transportation would not allow me to travel to a further destination.

Thanks,

12-9-20

Me nombre ■■■■■■■■■■ este día
12-09-2020 visité la clínica de Borrego
en Desert Hot Spring, yo vivo cerca y me
pareció exelente, me sorprendé cuando vi-
site la clínica muy limpio todo, el personal
muy cordial (amable), todos muy profesionales.
Atendieron a mi hija muy bien, gra-
cias Borrego.-