Translation: Letter from Patient ██████████

12-09-20

My name is ██████████ and on this da 12-09-20 I visited Borrego's clinic in Desert Hot Springs, I live nearby and it was excellent, I was surprised when I visited the clinic, everything was very clean. All staff was very cordial (amiable), everyone very professional. They took good care of my daughter, thank you Borrego.--

Borrego Health is a great place with all their Dr, especialy Dr. Papa with all the Staff. They are patiant and helper. I'm really feeling comfortable caring when I talk with Dr. Papa and he is good listener and assistant, Also he try to do all his best with the patient. I'm so happy to be a patient Dr. Papa.

Thank you and I appreciate your help.

Dear Dr. Edgar Bulloch,

My name is ████████████ I'm 51 years-old.

I would like to tell you how Dr. Sergio Barajas saved my life.

In July 2019, I started feeling oddly ill. I had a strange tingling in my hands, my arms and in the bottom of my feet. I had difficulty getting out of bed and walking, as my limbs felt very heavy and did not want to respond to what my brain was asking them to do. All of the sudden, I felt very tired. I didn't want to do anything.

My wife convinced me to go see Dr. Barajas. In that morning when I went to see him, I could barely button my own shirt. I panicked. Like my arms and legs, I thought that my heart was also failing me. Dr. Barajas asked to see me right away. Upon examining me, Dr. Barajas detected the possibility of me having developed Guillain-Barré syndrome—a rare a fatal condition in which the immune system attacks one's nerves. Assessing my state, Dr. Barajas advised me to go straight to the ER, and said: Don't stop for anything!

Dr. Baraja's diagnostic was right. I was admitted at the hospital immediately, and stayed there for a week. I was the worst week of my life. I was completely paralyzed. I believed that I was never going to be able to walk again. I thought about my children growing up without a father unable to be present in their lives. A week later, I was transferred to another facility, where I had to relearn how to walk, feed myself, and regain all the basic motor skills to be independent again.

Later, the doctor from the hospital that I stayed at told me that I was alive because of Dr. Barajas. He stated that not all doctors would be able to detect this syndrome, because it's not common. Dr. Barajas told me to go straight to the ER: Don't stop for anything! At the hospital, they said that I had only 15 minutes to live. My paralysis was developing so fast that my lungs were about to collapse.

Now, I am in a wheelchair and slowly being able to be active the way I was used to be. I'm surrounded by my family. We take care of each other and Borrego Health takes care of me. I have been a patient for over eight years. I see Dr. Barajas at Centro Medico Oasis, the nearest clinic from my home. I live in a rural area, with very difficult access to healthcare. Borrego Health and its entire staff have been there for me. Now, more than ever, it is important that continue being able to have them closer. Where else would I go? Those 15 minutes could have cost me my life.

If you wish to contact me, I'm available a ████████████

Sincerely,

████████████

To Whom It may Concern,

First I'd like to thank the Borrego El Cajon Obstetrics and Gynecology Clinic / Staff. for all their hardwork, patience, kindness and will to help. Everytime I come in for an appointment everyone is so professional while giving a sense of comfort. Anyone can appreciate that.

Dr. Papa has always made sure to answer any and all questions I have to the degree of breaking it down for someone like me (who has NO medical Experience) He has shown understanding and given patience as well. I can also see that not only does he have respect for me, his patient, but also his staff, this kindness means a lot.

Thank you so very much to all involved in making my visits less stressful. God bless, everything you do especially in a time like this is NOT overlooked.

Sincerly,

* Happy Holidays *

12-16-20

To whom it may concern

My name is [redacted] I'm 88 years old
and my references Joselel Conston
and she is sick person

I was informed that Barry Slaten is
considering closing the bank office near of our
the savings

It was denied by legal requirement my
wife and our community the bank of savings
community and I feel that it's unfair removal
of not leaving a Retail office in DHS.
Elderly persons don't have the means to
travel far for Retail needs. So in conclusion
it would be to be unfrigelosing this
location and our Retail office.

If you are for this community there
will come a Bank of little of conclusion
Retail Net Service

[signature]

[redacted signature box]

I really like your
Service the nurses
are nice and very
helpful and the
Shuttle driver is
Very nice and Kind
over all i love
Borrego ive been
coming here for
years keep up
the good work..



12-7-2020

My name is ███████ I have two
Kids that I bring to the borrego Clinic
It will be to thougn If this clinic is
Closed becouse it will affect my family
Brcase this is the only clinic I been
Coming too. And there really helpful here
Been coming here for the past 3yrs. very
good Clinic



He's a Great Driver alwa's on time, very Nice and Clean and also Friendly. :)

My NAME is ████████████

and I'm writing this on behalf
of myself and family. We
would be deeply affected
if Borrego in Desert Hot Springs
would shut down. We dont have
transportation to leave town.
I suffer from RA and need
my medication and my child
needs to see her doctor
at Borrego before she
gets her inhalers.

Yo [REDACTED]

no me gustaria que sierren este
lugar porque vivo aqui y tengo mis
hijos Que los traigo qai me queda
bien cerca y yo no manejo lejos de
qui Entonces Si me afectaria mucho
Para mi poreso Pido Que no
Se sierre esta lugar gracias

Translation: Patient Letter █████████

I, ███████████ would like for this place to not close because I live here and I have my children here and I bring them here. This is close to me and I don't drive far. Then it would affect me very much and that is why I request that this place does not close. Thank you.



**Patient Comment Letter**

Here at Borrego Health we appreciate you as a patient. In addition, we would like to know how your experience with Borrego has been thus far. Please share with us how Borrego Health has made an impact to you or your community.

Borrego Health has been my primary care provider for many many years and more to come. I have always received all my primary care services and treatment through them and have nothing, but great experience. Borrego Health providers provide excellent patient care to their patients and we're just happy that Borrego Health is always there for us.

Thank you,

███████████

We greatly appreciate your feedback.

Warm Regards,

Borrego Health El Cajon Staff.



### Patient Comment Letter

Here at Borrego Health we appreciate you as a patient. In addition, we would like to know how your experience with Borrego has been thus far. Please share with us how Borrego Health has made an impact to you or your community.

I have been a patient of Borrego Health for about a decade and in that period of time, I have been very greatful to have such great primary care provider. Borrego Health is not only able to provide primary care to us, but also many other specialty services.
We're very thankful for all their services and the patient care they provide.

Thank you,

We greatly appreciate your feedback.

Warm Regards,

Borrego Health El Cajon Staff.

Hello,

I am writing this letter for the shuttle service I have used this service with my son ███████ for his Dental Services. The Shuttle driver is always so polite and respectful. He is always on time and always keeps she shuttle clean and smelling fresh. This service is very much appreciated by me and family members that use this service.

Sincerely,

████████████████

12-9-20

I LIKE COMING HERE AND DRIVE 80 MILES
WOULD NOT WANT TO GO ANYWHERE ELSE.
I LOVE IT HERE.

If the Wellness Center were to close
it would be upsetting. We heard about
the center when we were referred by
his previous Pediatrician and this office
was able to book us an appointment right
away. The staff here was very
nice.

A quien corresponda me gustaria
que esta Clinica permaneciera Abierta
ya que es muy conveniente para
facilitar la asistencia, afectaria mucho
la salud de mi Familia y por eso
me gustaria que permaneciera Abierta

12/9/20

Translation: Patient Letter from ████████

To Whom It May Concern:

I would like for this clinic to remain open. It is very easy to and facilitates attendance. It affects my family's health and that is why I would like for it to remain open.

12/9/2020

Este no quiero qe cierren
el lugar es mi Primera
Vez aqui y me gusto la
atencion muy amables todos
si llegan a cerra qe boy
hacer le doy 10 estrellas a
este lugar gracias

Translation: Letter from ███████████████

I don't want this place to close. It is my first time here and I like the attention. Everyone is amiable.
What am I going to do if you do close?  I give this place 10 stars.  Thank you

12/8/20

A quien corresponda

Mi nombre es ███████████████ soy
Paciente de la Clinica borrego en Escondido
desde el año 2003. al igual que todos
los miembros de mi familia. La Clinica
a inpactado grande mente a nuestra salud
y vida. estamos muy agradecidos con todo
el personal que alli labora. Siempre
nos atienden cordial, paciente y amable
mente. sus instalaciones estan muy limpias
Siempre y su ubicacion es muy conveniente.

quedo a su disposicion.

████████████████████████

Escondido. CA 92027

Translation: Letter from Patient ███████████

To Whom It May Concern:

My name is ███████████. I am a patient of the Borrego Clinic in Escondido since 2003 as are all members of my family. The clinic has greatly impacted our health as well as our lives. We are thankful to all staff that works there. They always treat us cordially, patiently and amiably. The facility is always clean and their location is quite convenient.


███████████
███████████

Escondido, CA 92027

December 7, 2020


Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

RE: Services provided by Borrego Health

Dear Deputy Director:

I am writing this letter to express my ongoing support and gratitude for the services that Borrego Health has provided at Borrego Medical Center in Borrego Springs, CA 92004 .The staff and the organization continuously extend their compassionate in serving people who would not otherwise have the opportunity to access care due to the many barriers they encounter, especially those experiencing limited resources.  I and the rest of my family receive all our medical and dental care here are very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

I live in a rural area, which makes it extremely difficult to access healthcare.  Borrego Health, their doctors and all its staff have been there for me and my family for many years   Now more than ever it's very important that they continue to be there for me and my family.

I strongly request that you read my letter and take this into consideration and support Borrego Health and the care that is provided to me and my family.

If you wish to contact me, I am available at ███████████


Sincerely,

███████████

December 9, 2020

To whom it may concern:

For so many in the LGBTQ community, access to compassionate, quality healthcare in a safe and welcoming environment is a hurdle that is difficult—if not impossible—to clear. As a patient of Borrego Health, I am personally thankful for their commitment to ensuring the health and well-being of the community I am so proud to be a part of.

With the recent opening of the Triumph Clinic, Borrego Health has doubled down on their commitment to serve the healthcare needs of transgender and non-binary individuals throughout southern California, a commitment that began with the ground-breaking establishment of the Department of Trans Medicine in 2017.

This is especially significant at a time when COVID-19 vaccines will soon need to be administered to a community of people that are among the most vulnerable populations to this virus.

Sincerely,

# TRANS DEPARTMENT PATIENTS' TESTIMONIALS

"Discovering the Department of Trans Medicine at Borrego Health has been completely life-changing. As a gender non-conforming person living in a rural area, there just wasn't any resources available to help me. Hearing about Borrego Health changed all of that. From providing education, hormone therapy, mental health resources, etc., they really do a great job and the staff are amazing and go out of their way to make sure that I feel comfortable and that all of my health questions are fully answered."

"It took my wife and I almost a year to find adequate trans health care, but once we found the Department of Trans Medicine at Borrego Health, everything we needed happened so fast. When we had additional needs, which comes up a lot as a trans person, they worked with us to find the help we needed."

"As a family with a transgender youth, the Borrego Health Department of Transgender Medicine has been extremely helpful in facilitating the care that we need. We have received excellent counseling and medical care for our transgender youth through the clinic, and they were able to schedule our appointments via telehealth during the COVID-19 shutdown. We highly recommend the Borrego Health Department of Trans Medicine!"

"I never thought I'd be able to transition or get great care since I live in rural San Bernardino County. Since coming to Borrego Health for transgender health services, though, I've received the most kind and affirming care, and it feels like I have a whole team of people believing in who I am, and making it easy to ask for what I need."

Public Health



351 N. Mountain View Ave, #303, San Bernardino, CA 92415  |  Phone: 909.387.9146  Fax: 909.387.6228

*www.SBCounty.gov*

## Public Health
### Administration

**Corwin Porter**
Director

**Joshua Dugas**
Assistant Director

**Michael A. Sequeira, M.D.**
Health Officer

December 10, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that there has been a suspension of payment for care rendered to recipients of Medi-Cal benefits provided by Borrego Health. This letter is written to clarify and point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns, the Department of Public Health is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health has historically provided comprehensive, health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services.  As an FQHC, it is our understanding that Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for patients needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care.  It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits.  Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA).  Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA.  While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

BOARD OF SUPERVISORS

COL. PAUL COOK (RET.)    JANICE RUTHERFORD    DAWN ROWE    CURT HAGMAN    JOE BACA, JR.          Leonard X. Hernandez
First District                  Second District           Third District       Chairman, Fourth District   Fifth District          Chief Executive Officer

SUBJECT
DATE
PAGE **2** of **3**

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health assists in addressing these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Public Health is requesting consideration of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for patients that depend on them for their medical care.

Sincerely,

Cc:

Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814

School Districts



**BARSTOW UNIFIED** SCHOOL DISTRICT

Your **Best Choice** for **Academic Success!**

551 South Avenue H • Barstow, CA 92311 • Phone: (760) 255-6000 • Fax: (760) 255-8965 • www.barstow.k12.ca.us

December 9, 2020

Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

RE: Services provided by Borrego Health

Dear Deputy Director:

We are writing this letter to express our ongoing support and gratitude for the services that Borrego Health has provided for Barstow Unified School District and the people in our communities.  The staff and the organization continuously extend their compassionate in serving people who would not otherwise have the opportunity to access care due to the many barriers they encounter, especially those experiencing limited resources. Barstow Unified is very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care.  Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population.

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care.  As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL.  The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities.

Barstow Unified recognizes the importance of continued access to care for the thousands of patients that depend on them for their medical care. We strongly request that you take this into consideration and fully support Borrego Health and the care that is provided.

Sincerely,

Jeff Malan
Superintendent

# Helendale School District

**15350 Riverview Road * P.O. Box 249 * Helendale, CA 92342**
**Phone (760) 952-1180 * Fax (760) 952-1178**

**HELENDALE**
**ELEMENTARY SCHOOL**
27274 Peach Tree Lane
(760)952-1204
(760) 952-1762 Fax
**PRINCIPAL**
Cindy Espinoza
cespinoza@helendalesd.com

**SCHOOL ADMINISTRATIVE**
**MANAGER**
Kelly Henderson
khenderson@helendalesd.com

**HELENDALE SECONDARY**
**SCHOOLS**
**ACADEMY OF CAREERS**
**AND EXPLORATION &**
**RIVERVIEW**
**MIDDLE SCHOOL**
13943 Rivers Edge Road
(760) 952-2396
(760) 245-3210 Fax
*PRINCIPAL*
Chet Richards
crichards@helendalesd.com

**INDEPENDENCE CHARTER**
**ACADEMY/PUPIL SERVICES**
15350 Riverview Road
(760) 952-1760
(760) 245-1034 Fax
*DIRECTOR*
Dr. Michael Esposito
mesposito@helendalesd.com

**DIRECTOR OF FINANCE & PUBLIC**
**PERSONNEL RELATIONS**
Scott Bates
sbates@helendalesd.com

**DIRECTOR OF MAINTENANCE,**
**OPERATIONS, TRANSPORTATION &**
**TECHNOLOGY**
Joshua Maze
jmaze@helendalesd.com

**ASSISTANT SUPERINTENDENT**
Joshua Behnke
jbehnke@helendalesd.com

**SUPERINTENDENT**
Ross Swearingen
rswearingen@helendalesd.com

December 7, 2020

Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

RE: Services provided by Borrego Health

Dear Deputy Director:

We are writing this letter to express our ongoing support and gratitude for the services that Borrego Health has provided for Helendale School District and the people in our community. The staff and the organization continuously extend their compassion in serving people who would not otherwise have the opportunity to access care due to the many barriers they encounter, especially those experiencing limited resources. Helendale School District is very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component that provides direct service and testing to our teachers so that we can remain in compliance with the waiver that we received from the state in order to provide in person schooling to students..

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs

**BOARD OF TRUSTEES**

Heather Allgood     Julie Wilbanks     Christy Raymond     Les Kaye     Frank Melendez

by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Helendale School District recognizes the importance of continued access to care for the thousands of patients that depend on them for their medical care. We strongly request that you take this into consideration and fully support Borrego Health and the care that is provided.

Sincerely,

Ross Swearingen
Superintendent
Helendale School District



Elliott Duchon, Superintendent
4850 Pedley Road, Jurupa Valley, CA 92509  T 951.360.4100

December 11, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits. We are writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns Jurupa Unified School District is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low-income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care.  It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits.  Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area.

**LEARNING WITHOUT LIMITS**

*Board of Trustees*
Silvia Ortega *President*, Karen Bradford *Clerk*, Linda Chard, Robert Garcia, Melissa Ragole

In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Jurupa Unified School District is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 2500,000 patients that depend on them for their medical care. We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

Jose Campos, Director
Parent Involvement & Community Outreach / Behavioral Health Services

Cc: Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814

*Oro Grande School District*

Heather Griggs, Ed.D. - Superintendent

December 10, 2020

Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

Dear Deputy Director:

We are writing this letter to express our ongoing support and gratitude for the services that Borrego Health has provided for Oro Grande School District and the people in our communities. The staff and the organization continuously extend their compassion in serving people who would not otherwise have the opportunity to access care due to the many barriers they encounter, especially those experiencing limited resources. Oro Grande School District is very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. The Inland Empire is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the

PO BOX 386 / 19900 National Trails Hwy., Oro Grande, California 92368 (760)243-5884
**BOARD OF EDUCATION**
Marlene Henry, President · Edna Rodriguez, Clerk · Paula Ramirez, Member

Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA).   Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care.  As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL.  The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average.   Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health.  Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation.  Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities.  We also count on them as a partner to provide COVID testing to our employees and community members.  We would not be able to offer these services without them.  The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Oro Grande School District recognizes the importance of continued access to care for the thousands of patients that depend on them for their medical care. We strongly request that you take this into consideration and fully support Borrego Health and the care that is provided.

Sincerely,

Heather Griggs, Ed. D.
Superintendent



150 District Center Drive | Palm Springs, CA 92264
Phone 760-883-2703, ext. 4805102 |
www.PSUSD.us

## Student Services

Anne Kalisek, Ed.D., *Executive Director*

December 7, 2020

Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

RE: Services provided by Borrego Health

Dear Dr. Bulloch:

We are writing this letter to express our ongoing support and gratitude for the services that Borrego Health has provided for Palm Springs Unified School District students, families, and staff, for as long as I can remember. The team at Borrego Health continuously extends their compassion in serving people who could not otherwise access care due to the many barriers they encounter, especially those experiencing limited resources. Close to 90% of the students in our school district are living in poverty and without the services provided by Borrego Health, their health needs could not be met. Palm Springs Unified School District is very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. In a recent comprehensive research study from HARC for Desert Healthcare District, it was determined that currently there are not enough physicians to meet the need here in the Coachella Valley, which is where Palm Springs Unified School District is located. The Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%.

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services,

homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. Borrego Health has partnered with us to provide mobile clinics for dental screening and required school immunizations. They are our partner for referrals for students who might need medication due to mental health needs and provide for our speech pathologists so we can provide necessary Medi-Cal services. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Palm Springs Unified would be hard-pressed to find a partner similar to Borrego Health here in the Coachella Valley. Without them and their services, we would find it difficult to meet school health requirements such as immunizations and physicals. We recognize the importance of continued access to care for the thousands of patients that depend on them for their medical care. We strongly request that you take this into consideration and fully support Borrego Health and the care that is provided.

Sincerely,

Anne M. Kalisek, Ed.D.
Executive Director of Student Support Services



December 8, 2020

Bruce Lim, CPA, Deputy Director
Audits and Investigations
1500 Capitol Hill, MS 2000
Sacramento, CA 95814

RE: Sustainability of Services for Borrego Health

Dear Deputy Director:

It has come to our attention that the sustainability of services provided by Borrego Health is being put at risk due to the suspension of payment for care rendered to recipients of Medi-Cal benefits. I am writing this letter in support of Borrego Health and to point out the gravity of this decision and the impact it will have on thousands of people throughout the organizations service area that includes Riverside, San Bernardino and San Diego counties. While we realize the seriousness of these concerns Riverside Unified School District Early Childhood is gravely concerned as to the disruption in continuity of care this will cause the patients currently under the care of Borrego Health, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. It is reported that most areas in California don't have sufficient primary physicians and only about half provide care for the Medi-Cal eligible recipients of benefits. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of

population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition. Furthermore, Borrego Health has been an excellent partner for our preschool programs. They provide medical and dental screenings as well as support of our Student Health Care Specialist who ensures that over 900 low income preschool students and their families have access to health resources.

Riverside Unified School District Early Childhood is compellingly requesting an urgent stay of this decision to allow Borrego Health the necessary time to resolve any disputes or allegations that may exist. This decision will have a negative impact throughout the regions served by the organization and the importance of continued access to care for over 2500,000 patients that depend on them for their medical care. We strongly appeal to the risk of devastating impact this will have on patients and realize the serious consequences it will have on the organization.

Sincerely,

Joseph M. Nieto III
Riverside Unified School District
Early Childhood Coordinator

Cc:

Director Will Lightbourne
CA Department of Health Care Services
1501 W Capitol Ave.
Sacramento, CA 95814



# SILVER VALLEY UNIFIED SCHOOL DISTRICT

**35320 Daggett-Yermo Road, P.O. Box 847, Yermo CA 92398**

**P: (760)254-2916      F: (760)254-2091**

www.svusdk12.net      @SilverValleyUSD

**Alternative
Education Center**

P: (760) 254-2715
F: (760) 254-2194

**Fort Irwin
Middle School**

P: (760) 386-1133
F: (760) 386-2448

**Lewis
Elementary School**

P: (760) 386-1900
F: (760) 386-1956

**Newberry Springs
Elementary School**

P: (760) 257-3211
F: (760) 257-4838

**Silver Valley
High School**

P: (760) 254-2963
F: (760) 254-3043

**Tiefort View
Intermediate School**

P: (760) 386-3123
F: (760) 386-4535

**Yermo School**

P: (760) 254-2931
F: (760) 254-2932

December 8, 2020

Edgar Bulloch, MD
Interim Chief Executive Officer
P.O. Box 2369
Borrego Springs, CA 92004

RE: Services provided by Borrego Health

Dear Deputy Director:

We are writing this letter to express our ongoing support and gratitude for the services that Borrego Health has provided for Silver Valley Unified School District and the people in our communities. The staff and the organization continuously extend their compassion in serving people who would not otherwise have the opportunity to access care due to the many barriers they encounter, especially those experiencing limited resources. Silver Valley Unified School District is very concerned as to the disruption in continuity of care should these services no longer exist, especially during the COVID-19 pandemic.

Borrego Health provides comprehensive, quality health care services primarily to the low-income, uninsured, and underserved residents of the Health Resources and Service Administration (HRSA) approved service area in these regions. Federally Qualified Health Centers (FQHC) are an essential segment of the safety net and provider of last resort where a significant proportion of the low- income population receive primary care services. As an FQHC, Borrego Health provided access to care for 267,209 patients in 2019 of which 90% were living at or below the Federal Poverty Level (FPL) and 68% were living in poverty. Despite the impact of the pandemic, the organization has provided access to care for 234,207 needing care during the COVID-19 pandemic through in person and telemedicine visits to assess those experiencing symptoms and coordinate the appropriate level of care. The organization has further conducted over 39,000 COVID-19 tests, including a strong community mobile testing component.

Physician shortage in the regions served by Borrego Health is one of the most pressing barriers to ensuring every person can access quality, affordable health care. Riverside/San Bernardino region is considered to have a critical shortage of <30/100,000 while San Diego fares a little better at 56/100,000 population. FQHCs by federal statute under Section 330 of the Public Health Service Act are required to provide health care services in federally designated medically underserved areas and address the health disparities throughout the authorized service area. In keeping with the mission, Borrego Health provides quality healthcare across 21 designated Medically Underserved Areas (MUA), 3 Medically Underserved Populations (MUP), and 42 medical, behavioral health and dental Health Professional Shortage Areas (HPSA). Approximately 26% of the population in Riverside and 33% of the population in San Bernardino live in a HPSA. While an estimated 15% of the population in San Diego live in HPSAs, the percentage of population living in a HPSA in the rural communities where Borrego Health operates clinics is 100%



# SILVER VALLEY UNIFIED SCHOOL DISTRICT
**35320 Daggett-Yermo Road, P.O. Box 847, Yermo CA 92398**
**P: (760)254-2916      F: (760)254-2091**
www.svusdk12.net      @SilverValleyUSD

**Alternative
Education Center**

P: (760) 254-2715
F: (760) 254-2194

**Fort Irwin
Middle School**

P: (760) 386-1133
F: (760) 386-2448

**Lewis
Elementary School**

P: (760) 386-1900
F: (760) 386-1956

**Newberry Springs
Elementary School**

P: (760) 257-3211
F: (760) 257-4838

**Silver Valley
High School**

P: (760) 254-2963
F: (760) 254-3043

**Tiefort View
Intermediate School**

P: (760) 386-3123
F: (760) 386-4535

**Yermo School**

P: (760) 254-2931
F: (760) 254-2932

Persons living in poverty often forgo care or utilize the emergency room for primary medical care due to lack of access to outpatient care. As reported by the U.S. Census Bureau, 37.25% of the population in the Borrego Health service area live with a family income at or below 200% of the

FPL. The uninsured rate is three to four times higher amongst those living in poverty ages 18-64 than the statewide average. Health disparities in these regions include a rate of diabetes above the national average, uncontrolled hypertension, high cholesterol, obesity, number of women that rely on Medi-Cal for prenatal care, asthma, depression and dental caries are some of the areas being addressed by Borrego Health. Special populations receiving care include migrant and seasonal farmworkers, school-based health care services, homeless, persons living with HIV and AIDS and the transgender population that would be significantly impacted by the absence of care provided by Borrego Health.

These underserved communities face additional challenges to accessing health care, such as language competency and reliable patient transportation. Borrego Health helps address these challenges by providing services such as reliable transportation, multilingual and multicultural staff, patient engagement and education and other enabling services as additional patient care support that are not traditionally provided in a private physician office.

Not only does Borrego Health operate clinics in areas of great need and rural communities, but we also attest to the positive impact that Borrego Health has had on the populations within our region due to their mission of serving the underserved communities. The organization has met all the quality expectations of the care provided for over 15 years and has received HRSA quality recognitions over the past several years and the National Committee for Quality Assurance (NCQA), Patient Centered Medical Home recognition.

Silver Valley Unified School District recognizes the importance of continued access to care for the thousands of patients that depend on them for their medical care. We strongly request that you take this into consideration and fully support Borrego Health and the care that is provided.

Sincerely,

Marc Lacey
Assistant Superintendent,
Administrative Services