ROB BONTA
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General
GRANT LIEN
KENNETH K. WANG
Deputy Attorneys General
State Bar No. 201823
 300 S. Spring Street, No. 1702
 Los Angeles, CA 90013
 Telephone: (916) 269-6217
 Fax: (916) 731-2125
 E-mail: Kenneth.Wang@doj.ca.gov
*Attorneys for Creditor California Department of Health Care Services*

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit foundation,<br><br>Debtor and Debtor in Possession,<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>Defendant. | Case No. 22-90056-LT<br><br>**CREDITOR CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES' OPPOSITION TO DEBTOR'S EX PARTE APPLICATION SUPPLEMENTING EMERGENCY MOTION**<br><br>Date:       September 30, 2022<br>Time:      11:00 a.m.<br>Dept.:      Courtroom: Dept. 3<br>Judge:     Hon. Laura S. Taylor |

1

Creditor DHCS's Opp. To Debtor's App. Supplementing Emerg. Mtn. (22-02384)

Creditor California Department of Health Care Services (Department or DHCS) opposes Debtor Borrego Community Health Foundation's Ex Parte Application Supplementing Emergency Motion on the grounds that the Department has maintained the status quo pending the October 6, 2022, hearing on the Emergency Motion, and the Department's actions have not caused irreparable harm to Borrego and its patients.

As demonstrated by the Declaration of Dana Durham (Durham Decl.), attached hereto as Exhibit 1, on September 28, 2022, the Department sent an email to each of the managed health care plans that contract with Borrego, providing notice to them that the effective date of the Department's Medi-Cal payment suspension had been extended from September 29, 2022, to October 6, 2022. (Durham Decl. ¶ 11, Ex. D.) The notice sets forth, in no uncertain terms, that the operational date of the payment suspension is now October 6, 2022. As such, the Department has clearly communicated to the plans to maintain the status quo until October 6, 2022.

Debtor Borrego's purported evidence does not show anything to the contrary. For example, the debtor relies on a letter from Inland Empire Health Plan (IEHP) referencing September 29, 2022, as the effective date of the suspension. That letter was obviously sent *before* IEHP received the Department's email providing notice of the new October 6, 2022, operational date for the 100-percent payment suspension. Now that the one-week stay notice has been sent, it is logical to conclude that IEHP will not implement the payment suspension until October 6, 2022. The debtor's reliance on a Blue Shield Promise letter is equally baseless, as it is dated September 9, 2022, long before the Department issued the one-week stay notice on September 28, 2022. Moreover, much of debtor's counsel's declaration—paragraph 9's discussion of his phone call with the Patient Care Ombudsman—consists of hearsay or double hearsay, is speculative, *without*

Creditor DHCS's Opp. To Debtor's App. Supplementing Emerg. Mtn. (22-02384)

*foundation* and should therefore be disregarded.  (See DHCS's Objections and Motion to Strike Maizel Supplemental Declaration, filed herewith.)

The Department specifically addressed debtor's concern about managed care plans (MCPs or plans) attempting to terminate their contracts with the debtor by stating in the one-week stay notice that "pursuant to APL 21-003, DHCS continues to not mandate provider contract terminations." (Durham Decl. ¶ 11, Ex. D.)  The Department has issued the plans an All Plan Letter that instructs MCPs that they may, but are not required to, terminate contracts with providers that are under a payment suspension.  (Durham Decl. ¶¶ 12-13.)  That is an option that plans may take.  And plans have long had that option with Borrego, which has been under a partial payment suspension since January 27, 2021.  The Department has not directed the plans to terminate their contracts with Borrego.  (Durham Decl. ¶ 14.)

Blue Shield Promise, which operates in San Diego, is the only managed care plan that has recently chosen to terminate its contract with Borrego, as is its right.  The Department was not involved with Blue Shield Promise's decision.  (Durham Decl. ¶ 15.)  IEHP has informed the Department that it is not currently pursuing a contract termination.  (Durham Decl. ¶ 10.)  IEHP has never told the Department that it was transferring Borrego patients.  (Durham Decl. ¶ 18.)

DHCS has instructed its fiscal intermediaries of the delay of the payment suspension until October 6, 2022 and that medical payments to Borrego are to resume. Unfortunately, due to the timing of the billing cycles and the cutoff dates required to carry out this process, DHCS anticipates that Borrego will not begin receiving payments again until approximately October 13.

///

3

Creditor DHCS's Opp. To Debtor's App. Supplementing Emerg. Mtn.  (22-02384)

The foregoing demonstrates that the Department has maintained the status quo with regard to its actions related to the payment suspension and that Borrego's patients are not suffering irreparable harm. The Court should therefore deny debtor's ex parte application to supplement its emergency motion.

Dated: September 29, 2022            Respectfully submitted,

ROB BONTA
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General

*/s/ Kenneth Wang*

KENNETH K. WANG
GRANT LIEN
Deputy Attorneys General
*Attorneys for Defendant California Department of Health Care Services Claimant*

LA2022602345

4

Creditor DHCS's Opp. To Debtor's App. Supplementing Emerg. Mtn.   (22-02384)