ROB BONTA
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General
KENNETH K. WANG
GRANT LIEN
Deputy Attorneys General
State Bar No. 187250
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7920
 Fax: (916) 324-5567
 E-mail: Grant.Lien@doj.ca.gov
*Attorneys for Creditor California*
*Department of Health Care Services*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit foundation,<br><br>Debtor and Debtor in Possession, | Case No. 22-90056-LT<br><br>**DECLARATION OF DANA DURHAM IN SUPPORT OF CREDITOR CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES' OPPOSITION TO DEBTOR'S EX PARTE APPLICATION SUPPLEMENTING EMERGENCY MOTION**<br><br>Dept.: <br>Judge:    Courtroom: Dept. 3<br>        Hon. Laura S. Taylor |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>Defendant. | |

Durham Decl. in Supp. of DHCS's Opp. To Debtor's App. Supp. Emerg. Mtn. (22-02384)

1    I, Dana Durham, declare:

2    1.    I have been employed by the California Department of Health Care

3    Services (DHCS) since May 15, 2013. My current position is the Chief of the

4    Managed Care Quality and Monitoring Division of DHCS. I have held this position

5    since October 2021 and am responsible for monitoring and overseeing the Medi-Cal

6    managed care health plans that manage health care for nearly 80 percent of

7    Californians enrolled in Medi-Cal. In addition to monitoring and oversight,

8    MCQMD analyzes data reported by the plans, develops policies, and assesses

9    whether the plans have an enough health care providers to meet the needs of their

10    Medi-Cal members.

11    2.    Previously, I was the Chief of the Policy and Medical Monitoring

12    Branch, Managed Care Quality and Monitoring Division of DHCS. I held this

13    position from July 18, 2016 to October 2021 and I was responsible for the oversight

14    of the Branch, including clinical and non-clinical staff.

15    3.    Before that I was Contract Compliance Section Chief from March 23,

16    2015 to July 17, 2016. Before that I was the Special Projects Unit Chief from May

17    15, 2013 to March 22, 2015.

18    4.    The facts set forth herein are of my own personal knowledge and if

19    sworn I could and would testify competently hereto.

20    5.    On August 19, 2022, DHCS notified Borrego Community Health

21    Foundation (Borrego) that DHCS was reimposing its November 18, 2020 full

22    payment suspension as to Borrego, effective September 29, 2022. This full payment

23    suspension would prohibit Borrego from receiving any reimbursement for Medi-

24    Cal services, whether medical or dental.

25    6.    On August 19, 2022, DHCS also sent an email to the potentially

26    impacted Medi-Cal Managed Care Plans (MCPs), to provide notice of the full

27    payment suspension. These eight potentially impacted MCPs, which have members

28    at Borrego, are Aetna, Blue Shield, Community Health Group, California Health

2

1  and Wellness Plan, Health Net, Inland Empire Health Plan (IEHP), Molina, and

2  UnitedHealthcare Community Plan. A true and complete copy of an example

3  August 19, 2022 email sent to IEHP is attached hereto as **Exhibit "A"**.

4      7.   In order to ensure uninterrupted medical care for Medi-Cal members

5  receiving care at Borrego facilities and to prepare for all possibilities, DHCS also

6  stated in this email that these MCPs must submit transition plans to DHCS setting

7  out how the MCPs would be able to transition Borrego patients to new providers if

8  Borrego were no longer in their networks.

9      8.   In this email, DHCS required the transition plans to include, in part, "[a]

10  description of how the full payment suspension and a _potential_ contract termination

11  could affect members' access to covered services" and the MCPs' "plan to monitor

12  and oversee a _potential_ transition of members on an ongoing basis." (Emphasis

13  added.) At no point in this email did DHCS instruct MCPs to terminate contracts

14  with Borrego or to transfer Borrego patients.

15      9.   On September 9, 2022, DHCS sent an email to the potentially impacted

16  MCPs with updated information as to which National Provider Identifier (NPI)

17  numbers were subject to the full payment suspension. At no point in this

18  communication did DHCS indicate that the MCPs must terminate contracts with

19  Borrego or to transfer patients assigned to Borrego. A true and complete copy of an

20  example September 9, 2022 email sent to IEHP is attached hereto as **Exhibit "B"**.

21      10.  On September 27, 2022, IEHP informed DHCS that it was not

22  proceeding with termination of its contract with Borrego and was awaiting any

23  further instructions as to the payment suspension in light of Borrego's institution of

24  bankruptcy proceedings. A true and complete copy of this email is attached hereto

25  as Exhibit **"C"**.

26      11.  On September 28, 2022, DHCS sent an email to the potentially impacted

27  MCPs stating that DHCS was extending the effective date of the full payment

28  suspension from September 29, 2022 to October 6, 2022. DHCS noted that,

3

1  therefore, the operational date of the full payment suspension is October 6, 2022.

2  DHCS specified that, pursuant to All Plan Letter (APL) 21-003, it continued to not

3  mandate any provider contract terminations. A true and complete copy of an

4  example of the September 28, 2022 email, the email sent to IEHP, is attached

5  hereto as **Exhibit "D"**.

6      12.  On March 3, 2021, DHCS issued APL 21-003. APLs are the means by

7  which DHCS conveys information or interpretation of changes in policy or

8  procedure at the Federal or State levels, and provides instruction to MCPs, if

9  applicable, on how to implement these changes on an operational basis.

10      13.  APL 21-003, which is entitled "Medi-Cal Network Provider and

11  Subcontractor Terminations," specifies that "MCPs are not obligated to terminate

12  contracts with Network Providers and Subcontractors placed under a payment

13  suspension. MCPs may continue the contractual relationship; however, MCPs may

14  not pay the Network Provider/Subcontractor until the suspension is lifted." A true

15  and complete copy of APL 21-003, and its attachments, is attached hereto as

16  **Exhibit "E"**.

17      14.  DHCS has not instructed the potentially impacted MCPs to terminate

18  contracts with Borrego.

19      15.  DHCS is aware of only one potentially impacted MCP, Blue Shield,

20  which plans to terminate its contract with Borrego. DHCS never instructed Blue

21  Shield to do so.

22      16.  DHCS has not instructed the potentially impacted MCPs to transfer

23  Borrego patients.

24      17.  DHCS is not aware of the Department of Managed Health Care (DMHC)

25  issuing any instructions to MCPs to terminate contracts with Borrego or to transfer

26  Borrego patients.

27      18.  IEHP never informed DHCS of any intent to transfer any Borrego

28  patients.

1    19.    No statement in this declaration is to be construed as DHCS limiting its

2    discretion as the Single State Agency to administer the Medi-Cal program,

3    including the exercise of DHCS's authority to investigate and deter fraud, waste,

4    and abuse.

5

6        I declare under penalty of perjury under the laws of the State of California that

7    the foregoing is true and correct.  Executed on September 29, 2022 in Sacranento,

8    California.

9

10                                    Dana        Digitally signed by Dana
                                                  Durham
                                     Durham       Date: 2022.09.29
                                                  16:41:56 -07'00'
11                                    Dana Durham
                                     Managed Care Quality and Monitoring Division Chief
12                                    Health Care Delivery Systems
                                     Department of Health Care Services
13
     LA2022602345
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Durham Decl. in Supp. of DHCS's Opp. To Debtor's App. Supp. Emerg. Mtn.  (22-02384)

EXHIBIT A

**From:** DHCS MCQMD
**Sent:** Friday, August 19, 2022 4:17 PM
**To:** Erika Oduro <Oduro-E@iehp.org>; complianceregulatoryaffairs@iehp.org
**Cc:** Jarrod McNaughton <mcnaughton-j@iehp.org>; jlopez@lhpc.org; Linnea Koopmans
<lkoopmans@lhpc.org>; Cisneros, Bambi@DHCS <Bambi.Cisneros@dhcs.ca.gov>; Philip,
Susan@DHCS <Susan.Philip@dhcs.ca.gov>; Cabiedes, Rebeca@DHCS
<Rebeca.Cabiedes@dhcs.ca.gov>; Flores, Aldo@DHCS <Aldo.Flores@dhcs.ca.gov>; Talmage,
Jennifer@DHCS <Jennifer.Talmage@dhcs.ca.gov>
**Subject:** Action Needed: Borrego Payment Suspension Transition Plan
**Importance:** High

Dear Inland Empire Health Plan,

Borrego Community Health Foundation (Borrego) remains under investigation for
credible allegations of fraud against the Medi-Cal program. The Department of Health
Care Services (DHCS) placed all National Provider Identifiers (NPI) associated with
Borrego under a partial payment suspension for rendered Medi-Cal dental services,
effective January 27, 2021. DHCS is now reimposing a full payment suspension of all
NPIs associated with Borrego effective September 29, 2022, to allow time for DHCS
to work with the MCPs to establish a transition plan (Welfare & Institutions Code
section 14107.11; 42 Code of Federal Regulations section 455.23). At which point the
plan will no longer to be able to reimburse Borrego on claims dated on or after
September 29, 2022.

Borrego's NPI(S) include: 1134144165, 1689741175, 1154480069, 1619036514,
1255490819, 1700946969, 1730249947, 1649330853, 1023349883, 1275849283,
1790075315, 1306131545, 1568747137, 1275809006, 1184065088, 1407288061,
1942623657, 1386069995, 1598180101, 1053717280, 1780038042, 1659824837,
1699211151, 1386180404, 1093251910, 1548795453, 1497276315, 1457873259,
1558925016, 1184267825, 1437795838, 1336789890, 1861032328, 1558901959,
1255971651, 1033759311, 1104466507, 1275173676, 1730712183, 1649892761,
1558987206, 1962830174, 1184674830, 1265721856, 1427268747, 1437232337,
1235189978, 1548210297, 1639129372, 1700938891,  1952351686.

This email serves as formal notice that effective September 29, 2022, Inland Empire
Health Plan is prohibited from reimbursing Borrego for any services provided to Medi-
Cal members. To the extent that Borrego submits claims for reimbursement, you may
adjudicate those claims, but must withhold payment for all approved claims until
further notice from DHCS. Please immediately instruct all of your subcontractors and
network providers (collectively, "delegates") who contract with Borrego that they are
also prohibited from reimbursing Borrego for any services provided to Medi-Cal
members.

Inland Empire Health Plan and its delegates must ensure that any prepaid capitation arrangements do not conflict with this reimbursement prohibition and are consistent with state and federal requirements. Inland Empire Health Plan and its delegates must take all necessary steps to ensure that its members continue to receive timely access to medically necessary care.

To identify and assess the potential impact of the full payment suspension on Inland Empire Health Plan's provider network, as well as any members who are assigned to one or more Borrego clinics, DHCS requires that Inland Empire Health Plan submit a proposed transition plan to its contract manager and the MCQMD@dhcs.ca.gov inbox no later than **September 9, 2022**.

The proposed transition plan must include the following:

- The total number of members currently assigned to any Borrego clinic broken out by clinic.

- A description of how the full payment suspension and a potential contract termination could affect members' access to covered services.

- The number of Borrego members who could be assigned to a new primary care provider (PCP) who is within time or distance standards through reassignment with another provider.

- The number of Borrego members who could not be assigned to a new PCP within the time or distance standards. If the MCP will no longer meet time or distance standards, it must submit alternative access standard requests.

- The number of Borrego members receiving specialty care and/or non-specialty mental health care who could not be assigned to a new provider within the time or distance standards. If the MCP will no longer meet time or distance standards, it must submit alternative access standard requests.

- Identify local options to leverage/take over Borrego's infrastructure to minimize impact on members.

- Inland Empire Health Plan's current process for monitoring Borrego after DHCS notified Inland Empire Health Plan of concerns with Borrego in 2020.

- Inland Empire Health Plan's plan to monitor and oversee a potential transition of members on an ongoing basis. The monitoring plan must include:

  o  How Inland Empire Health Plan would ensure that referrals and authorizations are transferred and processed timely.

  o  How Inland Empire Health Plan would ensure that grievances and appeals for Borrego members are captured and processed timely.

o  How Inland Empire Health Plan would ensure timely access to services if Borrego members are transitioned.

If Inland Empire Health Plan is a Knox-Keene licensed MCP, it must coordinate with the Department of Managed Health Care (DMHC) if a potential contract termination would necessitate a Block Transfer Filing (BTF). DHCS will coordinate with DMHC to review any documents submitted as a result of any potential contract termination. Please submit any questions you may have regarding BTFs to BlockTransfers@dmhc.ca.gov.

DHCS appreciates your timely submission of a transition plan to ensure that affected members do not lose access to medically necessary covered services.

If you have any questions, please contact MCQMD@dhcs.ca.gov.

Thank you,

Managed Care Quality Monitoring Division
Department of Health Care Services

EXHIBIT B

**From:** DHCS MCQMD <MCQMD@dhcs.ca.gov>
**Sent:** Friday, September 9, 2022 12:27 PM
**To:** Erika Oduro <Oduro-E@iehp.org>; complianceregulatoryaffairs@iehp.org
**Cc:** Jarrod McNaughton <mcnaughton-j@iehp.org>; jlopez@lhpc.org; Linnea Koopmans
<lkoopmans@lhpc.org>
**Subject:** RE: Action Needed: Borrego Payment Suspension Transition Plan --Updated NPI
Information--

Hello,

In the Borrego Payment Suspension Transition Plan email DHCS sent on 08/19
below, 22 NPIs were included in error. Please <u>exclude</u> the struck-through NPIs below
from your Borrego transition plan and <u>do not</u> include these NPIs in the member
counts in the submission to DHCS that is due today. Due to this updated information
DHCS will accept submission **until COB Tuesday, September 13th.**

Borrego's NPI(s) include: 1134144165, 1689741175, 1154480069, 1619036514,
1255490819, ~~1700946969~~, 1730249947, 1649330853, 1023349883, 1275849283,
1790075315, 1306131545, 1568747137, ~~1275809006~~, 1184065088, 1407288061,
1942623657, 1386069995, 1598180101, ~~1053717280~~, 1780038042, 1659824837,
1699211151, 1386180404, ~~1093251910~~, 1548795453, 1497276315, 1457873259,
1558925016, ~~1184267825~~, 1437795838, ~~1336789890~~, ~~1861032328~~, ~~1558901959~~,
~~1255971651~~, 1033759311, ~~1104466507~~, ~~1275173676~~, 1730712183, ~~1649892761~~,
~~1558987206~~, 1962830174, ~~1184674830~~, ~~1265721856~~, ~~1427268747~~, ~~1437232337~~,
~~1235189978~~, ~~1548210297~~, ~~1639129372~~, ~~1700938891~~, ~~1952351686~~.

Therefore, the final list of 29 NPIs are: 1134144165, 1689741175, 1154480069,
1619036514, 1255490819, 1730249947, 1649330853, 1023349883, 1275849283,
1790075315, 1306131545, 1568747137, 1184065088, 1407288061, 1942623657,
1386069995, 1598180101, 1780038042, 1659824837, 1699211151, 1386180404,
1548795453, 1497276315, 1457873259, 1558925016, 1437795838, 1033759311,
1730712183, 1962830174.

DHCS apologizes for the error.

If you have any questions, please contact MCQMD@dhcs.ca.gov.

Thank you,

Managed Care Quality Monitoring Division

Department of Health Care Services

**From:** DHCS MCQMD
**Sent:** Friday, August 19, 2022 4:17 PM
**To:** Erika Oduro <Oduro-E@iehp.org>; complianceregulatoryaffairs@iehp.org
**Cc:** Jarrod McNaughton <mcnaughton-j@iehp.org>; jlopez@lhpc.org; Linnea Koopmans <lkoopmans@lhpc.org>; Cisneros, Bambi@DHCS <Bambi.Cisneros@dhcs.ca.gov>; Philip, Susan@DHCS <Susan.Philip@dhcs.ca.gov>; Cabiedes, Rebeca@DHCS <Rebeca.Cabiedes@dhcs.ca.gov>; Flores, Aldo@DHCS <Aldo.Flores@dhcs.ca.gov>; Talmage, Jennifer@DHCS <Jennifer.Talmage@dhcs.ca.gov>
**Subject:** Action Needed: Borrego Payment Suspension Transition Plan
**Importance:** High

Dear Inland Empire Health Plan,

Borrego Community Health Foundation (Borrego) remains under investigation for credible allegations of fraud against the Medi-Cal program. The Department of Health Care Services (DHCS) placed all National Provider Identifiers (NPI) associated with Borrego under a partial payment suspension for rendered Medi-Cal dental services, effective January 27, 2021. DHCS is now reimposing a full payment suspension of all NPIs associated with Borrego effective September 29, 2022, to allow time for DHCS to work with the MCPs to establish a transition plan (Welfare & Institutions Code section 14107.11; 42 Code of Federal Regulations section 455.23). At which point the plan will no longer to be able to reimburse Borrego on claims dated on or after September 29, 2022.

Borrego's NPI(S) include: 1134144165, 1689741175, 1154480069, 1619036514, 1255490819, 1700946969, 1730249947, 1649330853, 1023349883, 1275849283, 1790075315, 1306131545, 1568747137, 1275809006, 1184065088, 1407288061, 1942623657, 1386069995, 1598180101, 1053717280, 1780038042, 1659824837, 1699211151, 1386180404, 1093251910, 1548795453, 1497276315, 1457873259, 1558925016, 1184267825, 1437795838, 1336789890, 1861032328, 1558901959, 1255971651, 1033759311, 1104466507, 1275173676, 1730712183, 1649892761, 1558987206, 1962830174, 1184674830, 1265721556, 1427268747, 1437232337, 1235189978, 1548210297, 1639129372, 1700938891, 1952351686.

This email serves as formal notice that effective September 29, 2022, Inland Empire Health Plan is prohibited from reimbursing Borrego for any services provided to Medi-Cal members. To the extent that Borrego submits claims for reimbursement, you may adjudicate those claims, but must withhold payment for all approved claims until further notice from DHCS. Please immediately instruct all of your subcontractors and network providers (collectively, "delegates") who contract with Borrego that they are also prohibited from reimbursing Borrego for any services provided to Medi-Cal members.

Inland Empire Health Plan and its delegates must ensure that any prepaid capitation

arrangements do not conflict with this reimbursement prohibition and are consistent with state and federal requirements. Inland Empire Health Plan and its delegates must take all necessary steps to ensure that its members continue to receive timely access to medically necessary care.

To identify and assess the potential impact of the full payment suspension on Inland Empire Health Plan's provider network, as well as any members who are assigned to one or more Borrego clinics, DHCS requires that Inland Empire Health Plan submit a proposed transition plan to its contract manager and the MCQMD@dhcs.ca.gov inbox no later than **September 9, 2022**.

The proposed transition plan must include the following:

- The total number of members currently assigned to any Borrego clinic broken out by clinic.

- A description of how the full payment suspension and a potential contract termination could affect members' access to covered services.

- The number of Borrego members who could be assigned to a new primary care provider (PCP) who is within time or distance standards through reassignment with another provider.

- The number of Borrego members who could not be assigned to a new PCP within the time or distance standards. If the MCP will no longer meet time or distance standards, it must submit alternative access standard requests.

- The number of Borrego members receiving specialty care and/or non-specialty mental health care who could not be assigned to a new provider within the time or distance standards. If the MCP will no longer meet time or distance standards, it must submit alternative access standard requests.

- Identify local options to leverage/take over Borrego's infrastructure to minimize impact on members.

- Inland Empire Health Plan's current process for monitoring Borrego after DHCS notified Inland Empire Health Plan of concerns with Borrego in 2020.

- Inland Empire Health Plan's plan to monitor and oversee a potential transition of members on an ongoing basis. The monitoring plan must include:

  o How Inland Empire Health Plan would ensure that referrals and authorizations are transferred and processed timely.

  o How Inland Empire Health Plan would ensure that grievances and appeals for Borrego members are captured and processed timely.

  o How Inland Empire Health Plan would ensure timely access to services if Borrego members are transitioned.

If Inland Empire Health Plan is a Knox-Keene licensed MCP, it must coordinate with the Department of Managed Health Care (DMHC) if a potential contract termination would necessitate a Block Transfer Filing (BTF). DHCS will coordinate with DMHC to review any documents submitted as a result of any potential contract termination. Please submit any questions you may have regarding BTFs to BlockTransfers@dmhc.ca.gov.

DHCS appreciates your timely submission of a transition plan to ensure that affected members do not lose access to medically necessary covered services.

If you have any questions, please contact MCQMD@dhcs.ca.gov.

Thank you,

Managed Care Quality Monitoring Division
Department of Health Care Services

EXHIBIT C

| | |
|---|---|
| **From:** | Jarrod McNaughton |
| **To:** | Philip, Susan@DHCS |
| **Cc:** | Cisneros, Bambi@DHCS; Durham, Dana@DHCS; Meyer, Oksana@DHCS; Busby, Stuart@DHCS; Lim, Bruce@DHCS; Anna Wang; Susie White |
| **Subject:** | RE: [External]Borrego Update |
| **Date:** | Tuesday, September 27, 2022 3:30:40 PM |
| **Attachments:** | image001.jpg |
| | image242488.png |

Thanks for asking Susan,

No, we are not proceeding with termination at this time... sorry for the confusion.

Our plan is to continue the payment suspension as instructed by DHCS at the end of this month unless we hear otherwise from you folks based on the Borrego Health notice re their bankruptcy...

Hope that helps.

Thanks much!
Jm

## Jarrod McNaughton, MBA, FACHE
**Chief Executive Officer**
Administration

**Inland Empire Health Plan**
10801 Sixth Street
Rancho Cucamonga, CA 91730
(909) 890-2010 (Office)
McNaughton-J@iehp.org



NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copy reproduction of this message or any attachment is strictly prohibited. If you have received this message in error, notify the original sender immediately and delete this message and any attachments from your computer. Thank you.

**From:** Philip, Susan@DHCS <Susan.Philip@dhcs.ca.gov>

**Sent:** Tuesday, September 27, 2022 3:14 PM
**To:** Jarrod McNaughton <McNaughton-J@iehp.org>
**Cc:** Cisneros, Bambi@DHCS <Bambi.Cisneros@dhcs.ca.gov>; Durham, Dana@DHCS <Dana.Durham@dhcs.ca.gov>; Meyer, Oksana@DHCS <Oksana.Meyer@dhcs.ca.gov>; Busby, Stuart@DHCS <Stuart.Busby@dhcs.ca.gov>; Lim, Bruce@DHCS <Bruce.Lim@dhcs.ca.gov>
**Subject:** RE: [External]Borrego Update

**[EXTERNAL EMAIL]:** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Jarrod,

Thanks for the note. For clarification, does this mean you are proceeding with terminating the contract with Borrego?

Our DHCS may have related follow up questions, especially if this means the transition plan may need to be updated to reflect the updated approach.

Thanks!

**From:** Jarrod McNaughton <McNaughton-J@iehp.org>
**Sent:** Tuesday, September 27, 2022 1:55 PM
**To:** Philip, Susan@DHCS <Susan.Philip@dhcs.ca.gov>
**Subject:** [External]Borrego Update

Greetings Susan,

Sure hope you and the team are well!

We just received this letter and I wanted to be sure you folks had a copy of this as we're still planning on proceeding with your direction from the previous conversation and email unless you share otherwise.

Thanks much!
jm

**Jarrod McNaughton, MBA, FACHE**
**Chief Executive Officer**
Administration

**Inland Empire Health Plan**
10801 Sixth Street
Rancho Cucamonga, CA 91730
(909) 890-2010 (Office)
McNaughton-J@iehp.org



NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copy reproduction of this message or any attachment is strictly prohibited. If you have received this message in error, notify the original sender immediately and delete this message and any attachments from your computer. Thank you.

NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copy reproduction of this message or any attachment is strictly prohibited. If you have received this message in error, notify the original sender immediately and delete this message and any attachments from your computer. Thank you.

**CONFIDENTIALITY NOTICE:** This e-mail and any attachments may contain information which is confidential, sensitive, privileged, proprietary or otherwise protected by law. The information is solely intended for the named recipients, other authorized individuals, or a person responsible for delivering it to the authorized recipients. If you are not an authorized recipient of this message, you are not permitted to read, print, retain, copy or disseminate this message or any part of it. If you have received this e-mail in error, please notify the sender immediately by return e-mail and delete it from your e-mail inbox, including your deleted items folder.

NOTICE: This message, together with any attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential and prohibited from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination or copy reproduction of this message or any attachment is strictly prohibited. If you have received this message in error, notify the original sender immediately and delete this message and any attachments from your computer. Thank you.

EXHIBIT D

**From:** DHCS MCQMD
**Sent:** Wednesday, September 28, 2022 3:11 PM
**To:** Erika Oduro <Oduro-E@iehp.org>; complianceregulatoryaffairs@iehp.org
**Cc:** Jarrod McNaughton <mcnaughton-j@iehp.org>; jlopez@lhpc.org; Linnea Koopmans <lkoopmans@lhpc.org>
**Subject:** FW: --URGENT – Action Needed: Borrego 100-Percent Payment Suspension – Extension of Effective Date to 10/6/22
**Importance:** High

Hello Plan Partner,

The Department of Health Care Services (DHCS) has extended the effective date of the 100-percent payment suspension to Borrego Community Health Foundation (Borrego) from September 29, 2022 to October 6, 2022 under the NPIs previously communicated to the Plan on August 19 and September 9, 2022. The operational date of this 100-percent payment suspension, therefore, is now **October 6, 2022**. Please note that the existing partial payment suspension as to dental payments is still in effect as to Borrego. Please also note that, pursuant to APL 21-003, DHCS continues to not mandate provider contract terminations.

Please direct any questions regarding these actions to MCQMD@dhcs.ca.gov.

Thank you,

Managed Care Quality Monitoring Division

Department of Health Care Services

**From:** DHCS MCQMD
**Sent:** Friday, September 9, 2022 12:27 PM
**To:** Erika Oduro <Oduro-E@iehp.org>; complianceregulatoryaffairs@iehp.org

**Cc:** Jarrod McNaughton <mcnaughton-j@iehp.org>; jlopez@lhpc.org; Linnea Koopmans <lkoopmans@lhpc.org>

**Subject:** RE: Action Needed: Borrego Payment Suspension Transition Plan --Updated NPI Information--

Hello,

In the Borrego Payment Suspension Transition Plan email DHCS sent on 08/19 below, 22 NPIs were included in error. Please <u>exclude</u> the struck-through NPIs below from your Borrego transition plan and <u>do not</u> include these NPIs in the member counts in the submission to DHCS that is due today. Due to this updated information DHCS will accept submission **until COB Tuesday, September 13th.**

Borrego's NPI(s) include: 1134144165, 1689741175, 1154480069, 1619036514, 1255490819, ~~1700946969~~, 1730249947, 1649330853, 1023349883, 1275849283, 1790075315, 1306131545, 1568747137, ~~1275809006~~, 1184065088, 1407288061, 1942623657, 1386069995, 1598180101, ~~1053717280~~, 1780038042, 1659824837, 1699211151, 1386180404, ~~1093251910~~, 1548795453, 1497276315, 1457873259, 1558925016, ~~1184267825~~, 1437795838, ~~1336789890~~, ~~1861032328~~, ~~1558901959~~, ~~1255971651~~, 1033759311, ~~1104466507~~, ~~1275173676~~, 1730712183, ~~1649892761~~, ~~1558987206~~, 1962830174, ~~1184674830~~, ~~1265721856~~, ~~1427268747~~, ~~1437232337~~, ~~1235189978~~, ~~1548210297~~, ~~1639129372~~, ~~1700938891~~, ~~1952351686~~.

Therefore, the final list of 29 NPIs are: 1134144165, 1689741175, 1154480069, 1619036514, 1255490819, 1730249947, 1649330853, 1023349883, 1275849283, 1790075315, 1306131545, 1568747137, 1184065088, 1407288061, 1942623657, 1386069995, 1598180101, 1780038042, 1659824837, 1699211151, 1386180404, 1548795453, 1497276315, 1457873259, 1558925016, 1437795838, 1033759311, 1730712183, 1962830174.

DHCS apologizes for the error.

If you have any questions, please contact MCQMD@dhcs.ca.gov.

Thank you,

Managed Care Quality Monitoring Division

Department of Health Care Services

---

**From:** DHCS MCQMD
**Sent:** Friday, August 19, 2022 4:17 PM
**To:** Erika Oduro <Oduro-E@iehp.org>; complianceregulatoryaffairs@iehp.org
**Cc:** Jarrod McNaughton <mcnaughton-j@iehp.org>; jlopez@lhpc.org; Linnea Koopmans

<lkoopmans@lhpc.org>; Cisneros, Bambi@DHCS <Bambi.Cisneros@dhcs.ca.gov>; Philip,
Susan@DHCS <Susan.Philip@dhcs.ca.gov>; Cabiedes, Rebeca@DHCS
<Rebeca.Cabiedes@dhcs.ca.gov>; Flores, Aldo@DHCS <Aldo.Flores@dhcs.ca.gov>; Talmage,
Jennifer@DHCS <Jennifer.Talmage@dhcs.ca.gov>
**Subject:** Action Needed: Borrego Payment Suspension Transition Plan
**Importance:** High

Dear Inland Empire Health Plan,

Borrego Community Health Foundation (Borrego) remains under investigation for
credible allegations of fraud against the Medi-Cal program. The Department of Health
Care Services (DHCS) placed all National Provider Identifiers (NPI) associated with
Borrego under a partial payment suspension for rendered Medi-Cal dental services,
effective January 27, 2021. DHCS is now reimposing a full payment suspension of all
NPIs associated with Borrego effective September 29, 2022, to allow time for DHCS
to work with the MCPs to establish a transition plan (Welfare & Institutions Code
section 14107.11; 42 Code of Federal Regulations section 455.23). At which point the
plan will no longer to be able to reimburse Borrego on claims dated on or after
September 29, 2022.

Borrego's NPI(S) include: 1134144165, 1689741175, 1154480069, 1619036514,
1255490819, 1700946969, 1730249947, 1649330853, 1023349883, 1275849283,
1790075315, 1306131545, 1568747137, 1275809006, 1184065088, 1407288061,
1942623657, 1386069995, 1598180101, 1053717280, 1780038042, 1659824837,
1699211151, 1386180404, 1093251910, 1548795453, 1497276315, 1457873259,
1558925016, 1184267825, 1437795838, 1336789890, 1861032328, 1558901959,
1255971651, 1033759311, 1104466507, 1275173676, 1730712183, 1649892761,
1558987206, 1962830174, 1184674830, 1265721856, 1427268747, 1437232337,
1235189978, 1548210297, 1639129372, 1700938891, 1952351686.

This email serves as formal notice that effective September 29, 2022, Inland Empire
Health Plan is prohibited from reimbursing Borrego for any services provided to Medi-
Cal members. To the extent that Borrego submits claims for reimbursement, you may
adjudicate those claims, but must withhold payment for all approved claims until
further notice from DHCS. Please immediately instruct all of your subcontractors and
network providers (collectively, "delegates") who contract with Borrego that they are
also prohibited from reimbursing Borrego for any services provided to Medi-Cal
members.

Inland Empire Health Plan and its delegates must ensure that any prepaid capitation
arrangements do not conflict with this reimbursement prohibition and are consistent
with state and federal requirements. Inland Empire Health Plan and its delegates
must take all necessary steps to ensure that its members continue to receive timely
access to medically necessary care.

To identify and assess the potential impact of the full payment suspension on Inland
Empire Health Plan's provider network, as well as any members who are assigned to
one or more Borrego clinics, DHCS requires that Inland Empire Health Plan submit a
proposed transition plan to its contract manager and the MCQMD@dhcs.ca.gov inbox

no later than **September 9, 2022**.

The proposed transition plan must include the following:

- The total number of members currently assigned to any Borrego clinic broken out by clinic.

- A description of how the full payment suspension and a potential contract termination could affect members' access to covered services.

- The number of Borrego members who could be assigned to a new primary care provider (PCP) who is within time or distance standards through reassignment with another provider.

- The number of Borrego members who could not be assigned to a new PCP within the time or distance standards. If the MCP will no longer meet time or distance standards, it must submit alternative access standard requests.

- The number of Borrego members receiving specialty care and/or non-specialty mental health care who could not be assigned to a new provider within the time or distance standards. If the MCP will no longer meet time or distance standards, it must submit alternative access standard requests.

- Identify local options to leverage/take over Borrego's infrastructure to minimize impact on members.

- Inland Empire Health Plan's current process for monitoring Borrego after DHCS notified Inland Empire Health Plan of concerns with Borrego in 2020.

- Inland Empire Health Plan's plan to monitor and oversee a potential transition of members on an ongoing basis. The monitoring plan must include:

  - o How Inland Empire Health Plan would ensure that referrals and authorizations are transferred and processed timely.

  - o How Inland Empire Health Plan would ensure that grievances and appeals for Borrego members are captured and processed timely.

  - o How Inland Empire Health Plan would ensure timely access to services if Borrego members are transitioned.

If Inland Empire Health Plan is a Knox-Keene licensed MCP, it must coordinate with the Department of Managed Health Care (DMHC) if a potential contract termination would necessitate a Block Transfer Filing (BTF). DHCS will coordinate with DMHC to review any documents submitted as a result of any potential contract termination. Please submit any questions you may have regarding BTFs to BlockTransfers@dmhc.ca.gov.

DHCS appreciates your timely submission of a transition plan to ensure that affected members do not lose access to medically necessary covered services.

If you have any questions, please contact MCQMD@dhcs.ca.gov.

Thank you,

Managed Care Quality Monitoring Division
Department of Health Care Services

EXHIBIT E



State of California—Health and Human Services Agency
# Department of Health Care Services



**MICHELLE BAASS**
*DIRECTOR*

**GAVIN NEWSOM**
*GOVERNOR*

## Medi-Cal Network Provider and Subcontractor Terminations
## Frequently Asked Questions (FAQs)

The following responses to FAQs provide additional guidance and clarification to Medi-Cal managed care health plans (MCPs) regarding All Plan Letter (APL) 21-003: Medi-Cal Network Provider and Subcontractor Terminations. APL 21-003 clarifies the obligations of MCPs when terminating or initiating terminations of contractual relationships between MCPs, Network Providers, and Subcontractors.[1]

### Member Impact

1. **What are MCPs' responsibilities for determining which members are impacted by the contract termination?**

   "Impacted" members are those who are assigned to the terminating Network Provider or Subcontractor and must be reassigned to another Network Provider or Subcontractor. MCPs must have awareness of their members who are assigned to Network Providers or Subcontractors that are Primary Care Providers (PCPs), medical groups, or Independent Physician Associations (IPAs), and Mandatory Provider Types, which include Federally Qualified Health Centers, Rural Health Clinics, Freestanding Birth Centers, Certified Nurse Midwives, Licensed Midwives, and Indian Health Facilities.[2,3]

   For terminating Network Providers or Subcontractors that are specialists or ancillary providers and do not have assigned members, the MCP must make best efforts to identify impacted members, which may include working with the terminating Network Provider or Subcontractor to:

   - Analyze claims data to assess which members has received services from the terminating Network Provider or Subcontractor in the last six months;
   - Identify members that are scheduled to receive services within the six months following the termination date; or
   - Assess the following that occurred within the six months prior to the termination date:

---

[1] APLs and their attachments are available at:
https://www.dhcs.ca.gov/formsandpubs/Pages/AllPlanLetters.aspx
[2] PCPs can include primary care physicians as well as non-physician medical practitioners.
[3] Mandatory Provider Types are listed in APL 21-006: Network Certification Requirements, or any superseding APL.

- ○ Referrals to specialists; and/or
- ○ Prior authorizations.

MCPs must ensure that members who are scheduled to receive services are properly notified of the termination, including their continuity of care rights, as applicable.

## 2. Who is responsible for mailing member notices to impacted members?

MCPs are required to mail member notices to members who are impacted by the termination. The Department of Health Care Services (DHCS) allows the MCP's terminating Network Provider or Subcontractor to mail member notices to members who are impacted by the termination. However, it is ultimately the MCP's responsibility to ensure that member notices are mailed within the timeframes outlined in APL 21-003.

## 3. Are members responsible for the costs of the services provided by the terminated or decertified facility if they refuse to transition to a new facility?

Yes, the member would be responsible for the costs. MCPs must include in their notice to members that they may be responsible for the costs of the services provided by the terminated or decertified facility.

### Applicability

## 4. Does APL 21-003 apply to individual providers that are leaving a practice, medical group, or IPA?

Yes, APL 21-003 applies to Network Providers and Subcontractors (as defined in APL 19-001) including individual providers who are leaving a practice, medical group, or IPA. If the termination of the individual Network Provider or Subcontractor meets the requirements of a "significant" termination, the MCP must notify DHCS within the timeframe outlined in APL 21-003. All terminations, including those not deemed as significant, must be reported to DHCS quarterly through the Network Provider Template.

### Reporting Requirements

## 5. Are the Quarterly Network Report Template and Network Provider Template the same?

Yes, the Network Provider Template referenced on page one of the APL is the same as the Quarterly Network Report Template referenced on page 12 of the APL. The template will be referred to as the Quarterly Network Report Template throughout the FAQ.

6.  Are MCPs required to submit a Quarterly Network Report Template as outlined in APL 21-003 in addition to the Provider Network Report as outlined in Exhibit A, Attachment 6 of the MCP Contract?

No, the Quarterly Network Report Template referenced in APL 21-003 satisfies the requirement outlined in Exhibit A, Attachment 6 of the MCP Contract.[4] MCPs must use the Quarterly Network Report Template developed by DHCS through the Quarterly Monitoring process. To request a copy of the Quarterly Network Report Template, email DHCS-PMU@dhcs.ca.gov.

7.  Must MCPs use a DHCS template when submitting the Transition Plan?

Yes, to standardize the submissions, MCPs are required to use the Transition Plan Template included in this FAQ. The template can also be found on the SharePoint site created by DHCS. To request access to the SharePoint site, email MCQMDNAU@dhcs.ca.gov.

8.  What is the written notice of the termination?

The MCP must submit a written notice of the termination to DHCS by emailing its Managed Care Operations Division Contract Manager. The written notice must be accompanied by all required documentation within the timeframes outlined in the APL 21-003.

### MCP Network

9.  Is an MCP required to seek DHCS' approval if it terminates its contract with a large provider group that impacts the MCP's entire network?

If an MCP terminates a contract (whether voluntary or involuntary) with a large provider group that significantly changes its network, requiring the MCP to enroll into its network new providers to be able to adequately provide services to its members and meet all Annual Network Certification components, it must notify DHCS immediately upon the decision to terminate, or upon receiving the termination notice from its Network Provider or Subcontractor. If necessary, DHCS may postpone the termination date to ensure that the MCP's members can be safely transitioned to a new Network Provider or Subcontractor.

DHCS will collaborate with the MCP to ensure a smooth transition of members to new providers and may require additional information from the MCP outlining its plan to acquire new providers to build its network.

---

[4] MCP boilerplate contracts are available at:
https://www.dhcs.ca.gov/provgovpart/Pages/MMCDBoilerplateContracts.aspx.

## Provider Exclusionary Status and MCP Action

10. **Are MCPs required to terminate a contract with a Network Provider or Subcontractor that is listed under a Payment Suspension in the Restricted Provider Database?**

No, MCPs are **not** required to terminate a contract with a Network Provider or Subcontractor that is under a payment suspension. However, if an MCP continues its contractual relationship with the Network Provider or Subcontractor that is under a payment suspension, the MCP may not use payments made by DHCS to the MCP for Medi-Cal members to pay the provider as long as the payment suspension is in place.

If an MCP chooses to terminate its contract with a Network Provider or Subcontractor that is placed under a payment suspension, the MCP must follow the requirements set forth in APL 21-003.

11. **Are MCPs required to terminate a contract with a Network Provider or Subcontractor that is listed under a Temporary Suspension in the Restricted Provider Database?**

Yes, MCPs **must** terminate a contract with a Network Provider or Subcontractor that is under a temporary suspension and follow the requirements set forth in APL 21-003.

**Transition Plan Template**

MCPs must submit the Transition Plan Template below to DHCS in accordance with APL 21-003. MCPs must provide a response for **each** item listed in the template. If the item is not applicable, MCPs must indicate "N/A" in their response.

For more information on the Transition plan, please see APL 21-003, subsection titled "Transition Plan".

**MCP Name:** _____

| Transition Plan | MCP Response |
|---|---|
| **General Information** | |
| Provider Name | |
| Effective Date of Termination | |
| Reason for Termination | |
| Member Notice Mail-out Date | |
| Description of Administrative Actions | |
| **Member Impact** | |
| Number of members impacted by the terminating/terminated Network Provider/Subcontractor. | |
| A "crosswalk" showing the number of members and the names of the new Network Providers/Subcontractors to which the members will be reassigned within time or distance standards. | |
| The number of members who must be reassigned to new Network Providers/Subcontractors and continue to have access to another Network Provider/Subcontractor within time or distance standards, or N/A if the provider type does not have time or distance standards. | |
| The number of members who will be reassigned to a Network Provider/Subcontractor that is outside of time or distance standards and cannot retain access through another Network Provider/Subcontractor within time or distance standards, or N/A if the provider | |

5

| | |
|---|---|
| type does not have time or distance standards. | |
| **Hospital and Facility Information (if applicable)** | |
| A list of specialty services available at the terminating hospital that are not available at other hospitals within time or distance standards. | |
| A list of contracted hospitals that the MCP could contract with or is contracted with within time or distance standards. | |
| The number of members who will need to change PCPs due to the terminating hospital having a primary care clinic, or having a PCP with admitting privileges only at the terminating hospital. | |
| The number of members who will need to change specialists due to the terminating hospital having a specialty care clinic or group, or having specialists with admitting privileges only at the terminating hospital. | |

6



**Exclusionary Databases and Lists**
**Attachment A**

Network Providers and Subcontractors are placed on exclusionary lists or databases when they are no longer permitted to participate in the Medi-Cal Program due to a variety of reasons as described in All Plan Letter (APL) 21-003.[1] Medi-Cal managed care health plans (MCPs) are required to review the exclusionary databases listed below on a regular basis, and at least monthly. MCPs must take the appropriate action outlined below upon discovery of a Network Provider or Subcontractor on an exclusionary database or list.

| Exclusionary Database/List | Criteria | MCP Action |
|---|---|---|
| Suspended and Ineligible Provider List[2] | This list includes Medi-Cal providers that are suspended from participation in the Medi-Cal program. | Initiate a contract termination and submit the appropriate documentation as outlined in APL 21-003. |
| Restricted Provider Database (RPD)[3] | Payment Suspension: Providers are placed under a payment suspension while under investigation based upon a credible allegation of fraud.[4, 5] | MCPs may continue the contractual relationship; however, reimbursements for Medi-Cal covered services will be withheld.<br><br>MCPs that choose to terminate the contract must submit the appropriate documentation as outlined in APL 21-003. |

---

[1] For more information on Networks, Network Providers, and Subcontractors, including the definition and requirements applicable, see the MCP's contract with the Department of Health Care Services (DHCS), APL 19-001, or any superseding version of that APL. MCP boilerplate contracts are available at:
https://www.dhcs.ca.gov/provgovpart/Pages/MMCDBoilerplateContracts.aspx.
APLs can be found at: https://www.dhcs.ca.gov/formsandpubs/Pages/AllPlanLetters.aspx.
[2] The Suspended and Ineligible List can be found at: https://files.medi-cal.ca.gov/pubsdoco/SandILanding.aspx.
[3] Access to the RPD is provided to each MCP's primary and secondary plan contact list, which is updated and maintained by DHCS Contract Managers. The sanction action is specific to the individual rendering provider's National Provider Identifier and/or organization Tax Identification Number as listed on the database.
[4] Title 42, Code of Federal Regulations (CFR) section 455.23 and Welfare and Institution Code (WIC) section 14107.11. Part 455 of the CFR is searchable at the following link:
https://www.ecfr.gov/cgi-bin/text-idx?SID=4638cff771f7c855b1d5596dd4260182&mc=true&node=pt42.4.455&rgn=div5. WIC is searchable at: http://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml.
[5] Providers under a payment suspension will be indicated as such under the "comment" column of the database.



**Exclusionary Databases and Lists**
**Attachment A**

| Exclusionary Database/List | Criteria | MCP Action |
|---|---|---|
| | *Temporary Suspension:* Providers are placed on a temporary suspension while under investigation for fraud or abuse, or enrollment violations.[6, 7]<br><br>Organizations that have been included as temporarily suspended do not apply to providers operating under that organization, unless otherwise stated. | Initiate a contract termination and submit appropriate documentation as outlined in APL 21-003. This applies to all enrolled locations for the provider that is temporarily suspended. |
| **List of Excluded Individuals/Entities**[8] | This list includes individuals and entities that are excluded from federally funded health care programs for a variety of reasons, including a conviction for Medicare or Medicaid fraud. | Initiate a contract termination and submit appropriate documentation as outlined in APL 21-003. |
| **Procedure/Drug Code Limitation List**[9,10] | This list includes Providers that have been placed under a procedure or drug code limitation sanction. | MCPs may continue to contract with providers placed on a procedure/drug code limitation, however, MCPs will not be paid for services provided by a restricted provider or receive reimbursement for those services under restriction. Providers who fill orders for lab tests, drugs, medical supplies, or any other restricted services prescribed or ordered by a provider under restriction will not be reimbursed. |

---

[6] WIC sections 14043.2 and 14043.36(a).
[7] Providers under a temporary suspension are placed on the database without a comment under the "reason code" column.
[8] The List of Excluded Entities can be found on the Office of Inspector General's website at: https://oig.hhs.gov/exclusions/exclusions_list.asp.
[9] The Procedure/Drug Code Limitation List can be found at: https://files.medi-cal.ca.gov/pubsdoco/pdcl_home.aspx
[10] WIC section 14044.



**Exclusionary Databases and Lists**
**Attachment A**

| Exclusionary Database/List | Criteria | MCP Action |
|---|---|---|
|  |  | MCPs who choose to terminate the contract must submit appropriate documentation as outlined in APL 21-003. |



**Facility Decertification Member Notice Template**
**Attachment B**

John Sample
1234 Sample Street
Address 2
Any town, CA 90000

XX/XX/XXXX

The purpose of this letter is to let you know of changes in your facility's relationship with the Medi-Cal (and Medicare) program and how these changes affect you.

On XX/XX/XXXX, Medi-Cal (and Medicare) will stop paying for you to get care at <Insert facility name>.

You will need to choose a new facility. A facility is the place where you live and get your care.

**Why do I have to choose a new facility?**

State law says that you can only get services from a licensed provider. And they must meet Medi-Cal certification requirements. <Insert facility name> no longer meets all of the requirements to be a Medi-Cal provider. So you will need to choose a new facility.

This letter tells you your options. And it tells you how to choose a new facility. You do not need to move to a new place until <XX/XX/XXXX>. But you can choose to move sooner.

**How will this change affect me?**

<Insert facility name> will:

- Still provide services to you while you are living there.
- Work with us to arrange your move to a new place.
- Assess your social and physical functions. This will help us make sure that you are placed in a new health care facility that is best for you.

<Insert plan name> will:
- Work with <Insert facility name> to plan your move.
- Move your medical records, clothes, and other items to your new place.
- Contact you to talk about your options. We can also contact your family or legal guardian.
- Check in with you after you move to see how you are doing.

1



**Facility Decertification Member Notice Template
Attachment B**

## How do I choose a new facility?

A care manager with <Insert plan name> will contact you soon. Your care manager will tell you your options and can answer your questions or concerns. We will work with you to choose a new place to live. We can also work with your family or other person that helps you to choose a new facility.

The California Advocates for Nursing Home Reform (CANHR) has a web site. It has information that can help you choose a new facility. Here is the link to the web site: http://canhr.org/NH_Data/index.html.

## What if I don't want to move?

If you want Medi-Cal to pay for your care, you will need to move to a new place by <XX/XX/XXXX>. If you stay at <Insert facility name> after <XX/XX/XXXX>, you may have to pay for some or all of your services.

## What if I have questions?

If you have questions, you can ask your care manager or call us at:

<Insert plan contact information>

## Long-Term Care Ombudsman

You may also call your Long-Term Care Ombudsman. The Long-Term Care Ombudsman is trained to help with questions or problems about the nursing home and to assist you in exercising your rights. Your long-term care ombudsman is <Insert name of local long-term care ombudsman> and can be contacted at XXX-XXX-XXXX.

If you want help with problems or you have a complaint about your health plan, you should contact the CCI Ombudsman at 1-855-501-3077.

**Please do not call your eligibility worker about these changes. This change does not affect your Medi-Cal eligibility.**

2



State of California—Health and Human Services Agency
# Department of Health Care Services



**MICHELLE BAASS**
*DIRECTOR*

**GAVIN NEWSOM**
*GOVERNOR*

### Medi-Cal Network Provider and Subcontractor Terminations
### Frequently Asked Questions (FAQs)

The following responses to FAQs provide additional guidance and clarification to Medi-Cal managed care health plans (MCPs) regarding All Plan Letter (APL) 21-003: Medi-Cal Network Provider and Subcontractor Terminations. APL 21-003 clarifies the obligations of MCPs when terminating or initiating terminations of contractual relationships between MCPs, Network Providers, and Subcontractors.[1]

### Member Impact

1. **What are MCPs' responsibilities for determining which members are impacted by the contract termination?**

   "Impacted" members are those who are assigned to the terminating Network Provider or Subcontractor and must be reassigned to another Network Provider or Subcontractor. MCPs must have awareness of their members who are assigned to Network Providers or Subcontractors that are Primary Care Providers (PCPs), medical groups, or Independent Physician Associations (IPAs), and Mandatory Provider Types, which include Federally Qualified Health Centers, Rural Health Clinics, Freestanding Birth Centers, Certified Nurse Midwives, Licensed Midwives, and Indian Health Facilities.[2,3]

   For terminating Network Providers or Subcontractors that are specialists or ancillary providers and do not have assigned members, the MCP must make best efforts to identify impacted members, which may include working with the terminating Network Provider or Subcontractor to:

   - Analyze claims data to assess which members has received services from the terminating Network Provider or Subcontractor in the last six months;
   - Identify members that are scheduled to receive services within the six months following the termination date; or
   - Assess the following that occurred within the six months prior to the termination date:

---

[1] APLs and their attachments are available at:
https://www.dhcs.ca.gov/formsandpubs/Pages/AllPlanLetters.aspx
[2] PCPs can include primary care physicians as well as non-physician medical practitioners.
[3] Mandatory Provider Types are listed in APL 21-006: Network Certification Requirements, or any superseding APL.

- o  Referrals to specialists; and/or
- o  Prior authorizations.

MCPs must ensure that members who are scheduled to receive services are properly notified of the termination, including their continuity of care rights, as applicable.

## 2. Who is responsible for mailing member notices to impacted members?

MCPs are required to mail member notices to members who are impacted by the termination. The Department of Health Care Services (DHCS) allows the MCP's terminating Network Provider or Subcontractor to mail member notices to members who are impacted by the termination. However, it is ultimately the MCP's responsibility to ensure that member notices are mailed within the timeframes outlined in APL 21-003.

## 3. Are members responsible for the costs of the services provided by the terminated or decertified facility if they refuse to transition to a new facility?

Yes, the member would be responsible for the costs. MCPs must include in their notice to members that they may be responsible for the costs of the services provided by the terminated or decertified facility.

## Applicability

## 4. Does APL 21-003 apply to individual providers that are leaving a practice, medical group, or IPA?

Yes, APL 21-003 applies to Network Providers and Subcontractors (as defined in APL 19-001) including individual providers who are leaving a practice, medical group, or IPA. If the termination of the individual Network Provider or Subcontractor meets the requirements of a "significant" termination, the MCP must notify DHCS within the timeframe outlined in APL 21-003. All terminations, including those not deemed as significant, must be reported to DHCS quarterly through the Network Provider Template.

## Reporting Requirements

## 5. Are the Quarterly Network Report Template and Network Provider Template the same?

Yes, the Network Provider Template referenced on page one of the APL is the same as the Quarterly Network Report Template referenced on page 12 of the APL. The template will be referred to as the Quarterly Network Report Template throughout the FAQ.

6. **Are MCPs required to submit a Quarterly Network Report Template as outlined in APL 21-003 in addition to the Provider Network Report as outlined in Exhibit A, Attachment 6 of the MCP Contract?**

   No, the Quarterly Network Report Template referenced in APL 21-003 satisfies the requirement outlined in Exhibit A, Attachment 6 of the MCP Contract.[4] MCPs must use the Quarterly Network Report Template developed by DHCS through the Quarterly Monitoring process. To request a copy of the Quarterly Network Report Template, email DHCS-PMU@dhcs.ca.gov.

7. **Must MCPs use a DHCS template when submitting the Transition Plan?**

   Yes, to standardize the submissions, MCPs are required to use the Transition Plan Template included in this FAQ. The template can also be found on the SharePoint site created by DHCS. To request access to the SharePoint site, email MCQMDNAU@dhcs.ca.gov.

8. **What is the written notice of the termination?**

   The MCP must submit a written notice of the termination to DHCS by emailing its Managed Care Operations Division Contract Manager. The written notice must be accompanied by all required documentation within the timeframes outlined in the APL 21-003.

## MCP Network

9. **Is an MCP required to seek DHCS' approval if it terminates its contract with a large provider group that impacts the MCP's entire network?**

   If an MCP terminates a contract (whether voluntary or involuntary) with a large provider group that significantly changes its network, requiring the MCP to enroll into its network new providers to be able to adequately provide services to its members and meet all Annual Network Certification components, it must notify DHCS immediately upon the decision to terminate, or upon receiving the termination notice from its Network Provider or Subcontractor. If necessary, DHCS may postpone the termination date to ensure that the MCP's members can be safely transitioned to a new Network Provider or Subcontractor.

   DHCS will collaborate with the MCP to ensure a smooth transition of members to new providers and may require additional information from the MCP outlining its plan to acquire new providers to build its network.

---

[4] MCP boilerplate contracts are available at:
https://www.dhcs.ca.gov/provgovpart/Pages/MMCDBoilerplateContracts.aspx.

## Provider Exclusionary Status and MCP Action

**10. Are MCPs required to terminate a contract with a Network Provider or Subcontractor that is listed under a Payment Suspension in the Restricted Provider Database?**

No, MCPs are **not** required to terminate a contract with a Network Provider or Subcontractor that is under a payment suspension. However, if an MCP continues its contractual relationship with the Network Provider or Subcontractor that is under a payment suspension, the MCP may not use payments made by DHCS to the MCP for Medi-Cal members to pay the provider as long as the payment suspension is in place.

If an MCP chooses to terminate its contract with a Network Provider or Subcontractor that is placed under a payment suspension, the MCP must follow the requirements set forth in APL 21-003.

**11. Are MCPs required to terminate a contract with a Network Provider or Subcontractor that is listed under a Temporary Suspension in the Restricted Provider Database?**

Yes, MCPs **must** terminate a contract with a Network Provider or Subcontractor that is under a temporary suspension and follow the requirements set forth in APL 21-003.

4

**Transition Plan Template**

MCPs must submit the Transition Plan Template below to DHCS in accordance with APL 21-003. MCPs must provide a response for **each** item listed in the template. If the item is not applicable, MCPs must indicate "N/A" in their response.

For more information on the Transition plan, please see APL 21-003, subsection titled "Transition Plan".

**MCP Name:** _____

| Transition Plan | MCP Response |
|---|---|
| **General Information** | |
| Provider Name | |
| Effective Date of Termination | |
| Reason for Termination | |
| Member Notice Mail-out Date | |
| Description of Administrative Actions | |
| **Member Impact** | |
| Number of members impacted by the terminating/terminated Network Provider/Subcontractor. | |
| A "crosswalk" showing the number of members and the names of the new Network Providers/Subcontractors to which the members will be reassigned within time or distance standards. | |
| The number of members who must be reassigned to new Network Providers/Subcontractors and continue to have access to another Network Provider/Subcontractor within time or distance standards, or N/A if the provider type does not have time or distance standards. | |
| The number of members who will be reassigned to a Network Provider/Subcontractor that is outside of time or distance standards and cannot retain access through another Network Provider/Subcontractor within time or distance standards, or N/A if the provider | |

| | |
|---|---|
| type does not have time or distance standards. | |
| **Hospital and Facility Information (if applicable)** | |
| A list of specialty services available at the terminating hospital that are not available at other hospitals within time or distance standards. | |
| A list of contracted hospitals that the MCP could contract with or is contracted with within time or distance standards. | |
| The number of members who will need to change PCPs due to the terminating hospital having a primary care clinic, or having a PCP with admitting privileges only at the terminating hospital. | |
| The number of members who will need to change specialists due to the terminating hospital having a specialty care clinic or group, or having specialists with admitting privileges only at the terminating hospital. | |