CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Kenneth K. Wang, SBN 201823
Grant Lien, SBN 187250
300 South Spring Street, No. 1702
Los Angeles, CA 90013
213-269-6217

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| Borrego Community Health Foundation | | BANKRUPTCY NO. 22-02384-LT11 |
| | Debtor. | |
| Borrego Community Health Foundation | | ADVERSARY NO. 22-90056-LT |
| | Plaintiff(s) | |
| v. | | |
| California Department of Health Care Services | | |
| | Defendant(s) | |

# PROOF OF SERVICE

I, Norma Herrera-Gilbody    am a resident of the State of California, over the age of 18 years, and not a party to this action.

On October 4, 2022, I served the following documents:

(1) Def. Dept. of Health Care Services's Opposition to Debtor's Emergency Motion: (1) to enforce the automatic stay; (2) for temporary restraining order; (2) Declaration of Stuart Busby; (3) Declaration of Bambi Cisneros; (4) Declaration of Dana Durham; (5) Def. Dept. of Health Care Services's Objections and Motions to Strike Supplemental Rubin Declaration; (6) Def. Dept of Health Care Services's Objections and Motions to Strike Initial Rubin Declaration; and (7) Ex Parte Application to Exceed the Page Limit.

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Chapter 7 Trustee:

| ☐ For Chpt. 7, 11, & 12 cases: | ☐ For ODD numbered Chapter 13 cases: | ☐ For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>ustp.region15@usdoj.gov | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>Billingslea@thb.coxatwork.com | DAVID L. SKELTON, TRUSTEE<br>admin@ch13.sdcoxmail.com<br>dskelton13@ecf.epiqsystems.com |

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on   October 4, 2022   , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

(1) The Office of the United State Trustuee, by email to ustp.region15sop@usdoj.gov and;
(2) David.A.Ortiz@usdoj.gov.

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   October 4, 2022          Norma Herrera-Gilbody
              (Date)                   (Typed Name and Signature)

                                       300 S. Spring Street, No. 1702
                                       (Address)

                                       Los Angeles, CA 90013
                                       (City, State, ZIP Code)

CSD 3010