## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 10/26/2022 |
| Case: 22–90056–LT | Form ID: pdfO1 | Total: 5 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Bernard M. Hansen | bernardmhansen@sbcglobal.net |
| aty | Kenneth K. Wang | kenneth.wang@doj.ca.gov |
| aty | Tania M. Moyron | tania.moyron@dentons.com |
| aty | Teddy Kapur | tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

pla    BORREGO COMMUNITY HEALTH FOUNDATION,    587 Palm Canyon Dr.    Suite 208    Borrego Springs, CA 92004

TOTAL: 1