UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>　　Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>Adv. Pro. No. 22-90056 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>　　Defendant. | **SUPPLEMENTAL CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE VARIOUS DOCUMENTS**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Aljaira Duarte, do declare and state as follows:

　　1.　I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

　　2.　On October 26, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following documents to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

1

- *Adversary Case 22-90056. Complaint by Borrego Community Health Foundation, a California Nonprofit Public Benefit Corporation, Against California Department of Health Care Services, by and Through its Director, Michelle Baass* [Docket No. 1]
- *Summons in an Adversary Processing* [Docket No. 2]
- *Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Memorandum of Points and Authorities in Support Thereof; and Declarations in Support Thereof* [Docket No. 3]
- *Declaration of Jacob Nathan Rubin, Patient Care Ombudsman, in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 4]
- *Ex Parte Motion to Exceed Page Limit for Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 5]
- *Ex Parte Motion to Exceed Page Limit for Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 6]
- *Supplemental Declaration of Rose MacIsaac, in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 8]
- *Supplemental Declarations in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 9]
- *Ex Parte Application Supplementing Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Supplemental Declaration of Samuel R. Maizel in Support Thereof* [Docket No. 10]

- *Notice of Hearing re: Ex Parte Application Supplementing Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Supplemental Declaration of Samuel R. Maizel in Support Thereof* [Docket No. 11]

- *Supplemental Declaration of Jacob Nathan Rubin, Patient Care Ombudsman, in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 20]

- *Declaration of Joseph R. Lamagna in Support of Ex Parte Application Supplementing Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 21]

- *Tentative Ruling re: Ex Parte Application Supplementing Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Supplemental Declaration of Samuel R. Maizel in Support Thereof* [Docket No. 22]

- *Notice of Hearing and Briefing Deadlines on Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 23]

- *Minute Order re: Hearing Held on September 30, 2022 at 11:00 a.m.* [Docket No. 24]

- *Order re: the Issuance of a Clarifying Letter by the California Department of Health Care Services to Health Plans Contracting with Debtor as of Petition Date* [Docket No. 25]

- *Reply in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Declaration in Support Thereof* [Docket No. 39]

3

- *Debtor's Response to Objections and Motions to Strike Initial Rubin Declaration in Support of Emergency Motion [Docket No. 34] and the Objections and Motions to Strike Supplemental Rubin Declaration in Support of Emergency Motion [Docket No. 35]* [Docket No. 40]

- *Declaration of Samuel R. Maizel in Support of Debtor's Response to Objections and Motions to Strike Initial Rubin Declaration in Support of Emergency Motion [Docket No. 34] and the Objections and Motions to Strike Supplemental Rubin Declaration in Support of Emergency Motion [Docket No. 35]* [Docket No. 41]

- *Ex Parte Motion to Exceed Page Limit and to File Tables re: Reply in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 43]

- *Order on Ex Parte Motion to Exceed Page Limit and to File Tables re: Reply in Support of Debtor's Emergency Motion to (I) Enforce the Automatic Stay or (II) Alternatively for Temporary Restraining Order* [Docket No. 45]

- *Reply in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Declaration in Support Thereof* [Docket No. 47]

3.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 1st day of November, 2022, at El Segundo, CA.

/s/ *Aljaira Duarte*
Aljaira Duarte

4

# EXHIBIT A

**Exhibit A**
**Supplemental Managed Care Parties**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| CALIFORNIA HEALTH & WELLNESS PLAN | 7700 Forsyth Boulevard | St Louis | MO | 63105 |
| California Health and Wellness Plan | PO Box 1558 | Sacramento | CA | 95812-1558 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

Page 1 of 1