CSD 3019
05/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 8:30am - 4:30pm Monday-Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| BORREGO COMMUNITY HEALTH FOUNDATION, Debtor(s) | BANKRUPTCY NO. | 22-02384-LT11 |
|---|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, Plaintiff(s) | ADVERSARY NO. | 22-90056-LT |
| v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass<br><br>Defendant(s) | | |

# NOTICE OF PRE-TRIAL STATUS CONFERENCE

YOU ARE HEREBY NOTIFIED that the PRE-TRIAL STATUS CONFERENCE in this proceeding:

**PRE-TRIAL STATUS CONFERENCE**

has been set for 12/7/22 at 02:00 PM, in Department 3, Room 129, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101-6991.

Pursuant to Local Bankruptcy Rule 7016-1(c), all counsel and unrepresented parties must complete and jointly sign Local Form CSD 3018 Certificate of Compliance with Early Conference of Counsel. No later than 7 days after the early conference, plaintiff's counsel must file and serve the completed Local Form CSD 3018 on all parties.

Contact the Courtroom Deputy for Judge Laura S. Taylor at 619-557-6018 if you have any questions.

Dated: 10/31/22

Michael Williams
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

BORREGO COMMUNITY HEALTH FOUNDATION,,
    Plaintiff

Adv. Proc. No. 22-90056-LT

CALIFORNIA DEPARTMENT OF HEALTH CARE SER,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 2
Date Rcvd: Oct 31, 2022     Form ID: 3019     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | BORREGO COMMUNITY HEALTH FOUNDATION,, 587 Palm Canyon Dr., Suite 208, Borrego Springs, CA 92004-4000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Oct 31 2022 23:14:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Oct 31 2022 23:14:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 02, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2022 at the address(es) listed below:

**Name**      **Email Address**

| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 31, 2022 | Form ID: 3019 | Total Noticed: 3 |

Bernard M. Hansen
    on behalf of Creditor Premier Healthcare Management  Inc. bernardmhansen@sbcglobal.net

Kenneth K. Wang
    on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES  by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov

Tania M. Moyron
    on behalf of Plaintiffs BORREGO COMMUNITY HEALTH FOUNDATION  tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Teddy Kapur
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com

TOTAL: 4