UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>Adv. Pro. No. 22-90056 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>    Defendant. | **SUPPLEMENTAL CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE VARIOUS DOCUMENTS**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Aljaira Duarte, do declare and state as follows:

    1.    I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

    2.    On November 2, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following documents to be served via First Class Mail upon the service list attached hereto as **Exhibit A**:

- *Reply in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Declaration in Support Thereof* [Docket No. 39]

1

- *Debtor's Response to Objections and Motions to Strike Initial Rubin Declaration in Support of Emergency Motion [Docket No. 34] and the Objections and Motions to Strike Supplemental Rubin Declaration in Support of Emergency Motion [Docket No. 35]* [Docket No. 40]

- *Declaration of Samuel R. Maizel in Support of Debtor's Response to Objections and Motions to Strike Initial Rubin Declaration in Support of Emergency Motion [Docket No. 34] and the Objections and Motions to Strike Supplemental Rubin Declaration in Support of Emergency Motion [Docket No. 35]* [Docket No. 41]

- *Ex Parte Motion to Exceed Page Limit and to File Tables re Reply in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 43]

- *Order on Ex Parte Motion to Exceed Page Limit and to File Tables re: Reply in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order* [Docket No. 45]

- *Reply in Support of Emergency Motion: (I) to Enforce the Automatic Stay Pursuant to 11 U.S.C. § 362; or, Alternatively (II) for Temporary Restraining Order; Declaration in Support Thereof* [Docket No. 47]

3. On November 2, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document to be served via First Class Mail upon the service list attached hereto as **Exhibit B**:

- *Scheduling Order* [Docket No. 58]

2

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 8th day of November, 2022, at El Segundo, CA.

/s/ *Aljaira Duarte*
Aljaira Duarte

# EXHIBIT A

**Exhibit A**
**Supplemental Managed Care Parties**
**Served via First Class Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| CALIFORNIA HEALTH & WELLNESS PLAN | 7700 Forsyth Boulevard | St Louis | MO | 63105 |
| California Health and Wellness Plan | PO Box 1558 | Sacramento | CA | 95812-1558 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

Page 1 of 1

# EXHIBIT B

**Exhibit B**
**Supplemental Core/2002 Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| CA STATE BOARD OF PHARMACY | DEPARTMENT OF CONSUMER AFFAIRS | PO Box 942533 | Sacramento | CA | 94258-0533 |
| Ricoh USA | | 17 Lee Blvd | Malvern | PA | 19355 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

Page 1 of 1

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☐   Chapter 7 Trustee:

    ☐   For Chpt. 7, 11, & 12 cases:         ☐  For ODD numbered Chapter 13 cases:         ☐  For EVEN numbered Chapter 13 cases:
        UNITED STATES TRUSTEE                  THOMAS H. BILLINGSLEA, JR., TRUSTEE              DAVID L. SKELTON, TRUSTEE
        ustp.region15@usdoj.gov                Billingslea@thb.coxatwork.com                     admin@ch13.sdcoxmail.com
                                                                                                  dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____    _____
(Date)    (Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)

CSD 3010