SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone:   213 623 9300
Facsimile:    213 623 9924

*Proposed Attorneys for the Chapter 11
Debtor and Debtor In Possession*

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>   Debtor and Debtor in Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>   Plaintiff,<br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>   Defendant. | Adv. Pro. No. 22-90056<br><br>**NOTICE OF SELECTION OF THE HONORABLE DENIS MONTALI TO SERVE AS MEDIATOR PURSUANT TO STIPULATION AMONG THE DEBTOR, THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO PARTICIPATE IN MEDIATION OF ALL DISPUTES AND SUBJECT TO COURT APPROVAL** |

Please take notice that Borrego Community Health Foundation, the debtor and debtor in possession in the above-captioned case (the "Debtor"), hereby provides notice that the Debtor, the California Department of Health Care Services ("DHCS"), and The Official Committee of Unsecured Creditors (the "Committee," and collectively with the Debtor and DHCS the "Parties") are requesting appointment of an agreed-upon judicial officer to serve as mediator pursuant to the *Stipulation Among*

1

122664017\V-2

*the Debtor, the California Department of Health Care Services, and the Official Committee of Unsecured Creditors to Participate in Mediation of All Disputes* (the "Stipulation") [Docket No. 73], which was approved by this Court.

Please take further notice that the Parties have agreed upon and selected the Honorable Dennis Montali of the United States Bankruptcy Court of the Northern District California ("Judge Montali") as the proposed judicial officer to serve as mediator, subject to this Court's approval.

Please take further notice that the Debtor has lodged a proposed order appointing mediator and assignment to mediation, which seeks this Court's approval to appoint Judge Montali as the mediator pursuant to the Stipulation.

Dated: November 9, 2022

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON

By: _/s/ Samuel R. Maizel_
Proposed Attorneys for the Chapter 11 Debtor and Debtor In Possession