1251a
10/15

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

| | |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, <br><br> Debtor(s) | BANKRUPTCY NO. 22−02384−LT11 |
| **Borrego Community Health Foundation, A California Nonprofit Public Benefit Corporation** <br><br> Appellant(s) | ADVERSARY NO. 22−90056−LT |
| **California Department of Health Care Services, by and through its Director, Michelle Baas** <br><br> Appellee(s) | BANKRUPTCY APPEAL NO. 1 |

**NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT
COMBINED WITH SERVICE OF NOTICE OF APPEAL**

TO:  **BORREGO COMMUNITY HEALTH FOUNDATION,
587 Palm Canyon Dr.
Suite 208
Borrego Springs, CA 92004**

**Samuel R. Maizel, Esq.
Dentons US LLP, 601 South Figueroa St., Suite 2500
Los Angeles, CA 90017**

**Tania M. Moyron, Esq.
Dentons US LLP, 601 South Figueroa St., Suite 2500
Los Angeles, CA 90017**

NOTICE IS HEREBY GIVEN that a Notice of Appeal has been filed by
**California Department of Health Care Services, by and through its Director, Michelle Baas**

with the Clerk of the Bankruptcy Court. By virtue of orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States District Court for the Southern District of California.

For further information, you may contact the Clerk of the United States District Court at 880 Front Street, Suite 4290, San Diego, California 92101, from the USDC website at www.casd.uscourts.gov, or by calling (619) 557−5600.

I hereby certify that on this date copies of the Notice of Appeal and the within Notice of Referral were mailed to the above−named person(s).
DATED: 11/9/22

Michael Williams
Clerk of the U.S. Bankruptcy Court

United States Bankruptcy Court

Southern District of California

BORREGO COMMUNITY HEALTH FOUNDATION,,

    Plaintiff

Adv. Proc. No. 22-90056-LT

CALIFORNIA DEPARTMENT OF HEALTH CARE SER,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Nov 09, 2022 | Form ID: 1251a | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | BORREGO COMMUNITY HEALTH FOUNDATION,, 587 Palm Canyon Dr., Suite 208, Borrego Springs, CA 92004-4000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Nov 09 2022 22:54:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Nov 09 2022 22:54:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2022      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Nov 09, 2022 | Form ID: 1251a | Total Noticed: 3 |

Bernard M. Hansen
    on behalf of Creditor Premier Healthcare Management Inc. bernardmhansen@sbcglobal.net

Kenneth K. Wang
    on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov

Tania M. Moyron
    on behalf of Plaintiffs BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Teddy Kapur
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com

TOTAL: 4