1254
08/22

# United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

**IMPORTANT TIPS REGARDING THE ATTACHED NOTICE OF APPEAL**

1. Ensure the U.S. Bankruptcy Court's (USBC) internal control appeal number is listed on the face page of any further documents or pleadings filed in reference to this appeal.

   The USBC internal control appeal number for this appeal is **1**

2. The deadlines for this appeal are:
   - Appellant Designation of Record Due By 11/21/22
   - Statement of Issues Due By 11/21/22
   - Appellee Designation of Record Due By 12/5/22
   - Court Follow−up/Transmission of Record to BAP/USDC Due By 12/22/22

3. If requesting transcripts as part of perfecting the record on appeal, you must file the form **Request for Production of Transcript on Appeal (CSD 1253)** as a separate document. This form can be found on the Court's Web site: https://www.casb.uscourts.gov/forms/request_production_transcripts_appeal. To order transcripts, call Court Reporter Jennifer Gibson at (760) 807−2221.

4. Appeals referred to:

   **United States District Court (USDC):**
   The record on appeal must be filed with the U.S. Bankruptcy Court. Follow these guidelines: The record on appeal must be submitted by electronic media, with a label on the media itself or its cover indicating the bankruptcy case number, adversary number, if applicable, the USDC case number and the title "BK Record on Appeal". Multiple documents listed on the designation of record may be combined into a single PDF file. The documents should be combined in chronological order as indicated on the designation of record. Each pdf file should not exceed 35 megabytes. The documents do not need tabs or anything separating them.

   **Bankruptcy Appellate Panel (BAP):**
   Follow the instructions that you will receive in the Opening Letter sent directly from the BAP.

5. For information on appellate rules and procedures for the BAP, USDC, or the Ninth Circuit Court of Appeals, visit their websites at:

   | | |
   |---|---|
   | BAP | https://ecf.ca9.uscourts.gov |
   | USDC | https://ecf.casd.uscourts.gov |
   | Court of Appeals | https://ecf.ca9.uscourts.gov |

United States Bankruptcy Court

Southern District of California

BORREGO COMMUNITY HEALTH FOUNDATION,,

    Plaintiff

Adv. Proc. No. 22-90056-LT

CALIFORNIA DEPARTMENT OF HEALTH CARE SER,

    Defendant

## CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 2
Date Rcvd: Nov 09, 2022      Form ID: 1254      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | BORREGO COMMUNITY HEALTH FOUNDATION,, 587 Palm Canyon Dr., Suite 208, Borrego Springs, CA 92004-4000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sc.ecf@usdoj.gov | Nov 09 2022 22:54:00 | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Nov 09 2022 22:54:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | Office of the U.S. Trustee for Region 17, 501 I Street, Suite 7-500, Sacramento, CA 95814-7304 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2022 at the address(es) listed below:

**Name**      **Email Address**

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Nov 09, 2022 | Form ID: 1254 | Total Noticed: 3 |

Bernard M. Hansen
    on behalf of Creditor Premier Healthcare Management Inc. bernardmhansen@sbcglobal.net

Kenneth K. Wang
    on behalf of Defendant CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES by and through its Director, Michelle Baass kenneth.wang@doj.ca.gov

Tania M. Moyron
    on behalf of Plaintiffs BORREGO COMMUNITY HEALTH FOUNDATION tania.moyron@dentons.com, derry.kalve@dentons.com;DOCKET.GENERAL.LIT.LOS@dentons.com

Teddy Kapur
    on behalf of Creditor Committee Official Committee of Unsecured Creditors of Borrego Community Health Foundation tkapur@pszjlaw.com;jpomerantz@pszjlaw.com;sgolden@pszjlaw.com

TOTAL: 4