UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 22-02384-11 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, | Chapter 11 Case |
| Debtor and Debtor In Possession. | Adv. Pro. No. 22-90056 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, | **CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE NOTICE OF SELECTION OF MEDIATOR & NOTICE OF LODGMENT** |
| Plaintiff, | |
| v. | **[No Hearing Required]** |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass, | Judge: Honorable Laura S. Taylor |
| Defendant. | |

I, Aljaira Duarte, do declare and state as follows:

1.    I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

2.    On November 9, 2022, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following documents to be served via Email upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and on November 10, 2022, via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- *Notice of Selection of the Honorable Denis Montali to Serve as Mediator Pursuant to Stipulation Among the Debtor, the California Department of Health Care Services, and the Official Committee of Unsecured Creditors to Participate in Mediation of All Disputes and Subject to Court Approval* [Docket No. 83]
- *Notice of Lodgment of Order with Service* [Docket No. 84]

Executed this 15th day of November, 2022, at El Segundo, CA.

/s/ *Aljaira Duarte*

Aljaira Duarte

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Secured Creditors | Ally Auto | | corporatefinance@ally.com |
| Secured Creditors | Ally Auto | | support@invest.ally.com |
| Top Creditor | Arthur Santos Smile Dental | Attn Arthur Santos | yoko_miyai@yahoo.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | olivia.scott3@bclplaw.com |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | Mark.Ghaly@chhs.ca.gov; Jared.Goldman@chhs.ca.gov |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | OPOLE_IFM_Bankruptcy@cms.hhs.gov |
| Top Creditor | Ehab Samaan | | ehabminerva@aol.com |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | mgottfried@elkinskalt.com; rzur@elkinskalt.com |
| Secured Creditors | Enterprise Fleet Management | | fleetquestions@erac.com |
| Secured Creditors | First American Equipment Finance | | mail@faef.com |
| Counsel for Premier Healthcare Management, Inc | Fitch Law Firm | Stephen J. Fitch & Bernard M. Hansen | bernardmhansen@sbcglobal.net; steve@fitchlawfirm.com |
| Top Creditor | Gallagher Benefit Services, Inc | Attn Michelle Gonzalez | Michelle_Gonzalez@ajg.com |
| Top Creditor | Greenway Health, LLC | Attn Karen Mulroe | karen.mulroe@greenwayhealth.com |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | Stephen.janes@greenwayhealth.com |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | Hanson Bridgett LLP | Anthony J. Dutra | adutra@hansonbridgett.com |
| Top Creditor | Internal Revenue Service | Attn Gregory S Moxley | gregory.s.moxley@irs.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Claims and Noticing Agent | KCC | P. Joe Morrow IV | BorregoHealthInfo@kccllc.com |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | dkirby@kirbymac.com |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | lgantney@klhipbiz.com; jharris@KLHIPBIZ.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | christine@baurbklaw.com |
| Top Creditor | McKesson Corporation | Attn Lori Schechter | lori.schechter@mckesson.com |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | Pamela.craik@McKesson.com |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | info@vistavillagefamilydentistry.com |
| Top Creditor | Mohamed Dowaidari | | dds1.upland@gmail.com |
| Top Creditor | MPower TelePacific | Attn Steve Wexler | Steve.Wexler@tpx.com |
| Top Creditor | Mustafa Bilal | | mbdds@sbcglobal.net |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | VillageDentalGrouponline@yahoo.com |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | AGelectronicservice@doj.ca.gov |
| Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Jennifer Kim | Jennifer.Kim@doj.ca.gov |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | Kenneth.Wang@doj.ca.gov |
| Top Creditor | Oz Group Inc | Attn Chris Rosales | chris.rosales@yourccsteam.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | firm@brinkmanlaw.com |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | Drhpemail@gmail.com |
| Top Creditor | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | doctor_pourshirazi@msn.com |
| Top Creditor | Premier Healthcare Management | Attn Daryl R Priest | daryl@priesthomes.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | kelly@smalllawcorp.com |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | astill@swlaw.com; mreynolds@swlaw.com |
| Top Creditor | Tejas Modi | | drtejasmodi@yahoo.com |
| Counsel for Daryl R. Priest (Top Creditor) | The Maul Firm PC | Anthony F Maul | afmaul@maulfirm.com |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | tiffany.l.carroll@usdoj.gov; david.a.ortiz@usdoj.gov; ustp.region15@usdoj.gov |
| Secured Creditors | VAR Technology Finance | | info@vartechnologyfinance.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | info@vistavillagefamilydentistry.com |
| Top Creditor, Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Top Creditor, Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | agutierrez@weklean.org; nleal@weklean.org |

# EXHIBIT B

**Exhibit B**
**Managed Care Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alpha Care Medical Group, Inc. | Brenda Benites | bbenites@networkmedicalmanagement.com |
| Blue Shield of California | Janeen Higbee | janeen.higbee@blueshieldca.com |
| Blue Shield of California Promise Health Plan | Attn Director, Provider Contracting | Bsproviderinfo@blueshieldca.com |
| BRAND NEW DAY - UNIVERSAL CARE | | Provider_Services@universalcare.com |
| Community Health Group | Attn David J. Ritchie, Director of Contract Administration | dritch@chgsd.com |
| Community Health Group | Attn Salim French, Director of Contract Administration | sfrench@chgsd.com; NDiaz@chgsd.com |
| Empire Physicians Medical Group, Inc. (Optum) | Jacqueline Garcia | jagarcia1@optum.nammcal.com |
| Health Net of California, Inc. | Kerry Mills | kerry.e.mills@healthnet.com |
| IEHP Health Access | Aletha Young, Susie White COO | young-a@iehp.org |
| Inland Empire Health Plan | Aletha Young, Susie White COO | white-s@iehp.org |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | a.serrato@lasallemedicalassociates.com |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | c.contreras@lasallemedicalassociates.com |
| LaSalle Medical Associates | Tin Kin Lee Law Offices | tlee@tinkinlee.com |
| Molina Healthcare of California | Abbie Totten - Plan President | abbie.totten@molinahealthcare.com |
| Molina Healthcare of California | Carlos Liciaga - San Diego | carlos.liciaga@molinahealthcare.com |
| Molina Healthcare of California | Jennifer Eisberg-VP Network Management | jennifer.eisberg@molinahealthcare.com |
| Molina Healthcare of California | Mary Hernandez - Inland Empire | mary.hernandez2@molinahealthcare.com |
| PROSPECT MEDICAL SYSTEMS (formerly Vantage Medical Group) | Jacquelyn Gray, Lourdes Alberto | jacquelyn.gray@prospectmedical.com; lourdes.alberto@prospectmedical.com |
| Regal Medical Group, Inc | Jeffrey Newman | jnewman@regalmed.com |
| UnitedHealthcare of California Community Plan | Brian Lopez | brian.lopez@uhc.com |

# EXHIBIT C

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | 4515 N Santa Fe Ave. Dept. APS | Account: XXXXXXXX3052, XXXXXXX5851, XXXXX9419 | Oklahoma City | OK | 73118 |
| Secured Creditors | Ally Auto | | PO Box 78369 | | Phoenix | AZ | 85062-8369 |
| Secured Creditors | Ally Auto | | 6716 Grade Lane | Building No 9, Suite 910 | Louisville | KY | 40213 |
| Top Creditor | American Express | Attn Laureen E Seeger | 200 Vesey Street | | New York | NY | 10285 |
| Top Creditor | Arthur Santos Smile Dental | Attn Arthur Santos | 12110 Woodside Avenue | | Lakeside | CA | 92040 |
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | 2 North Central Avenue, Suite 2100 | | Phoenix | AZ | 85004 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | 1920 Main Street, Suite 1000 | | Irvine | CA | 92614-7276 |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | 18400 Von Karman Ave., Suite 800 | | Irvine | CA | 92612 |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 |
| California Department of Industrial Relations | CA Department of Industrial Relations | Labor Law Enforcement | 1550 West Main Street | | El Centro | CA | 92243-2105 |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | PO Box 997377, MS 0500 | | Sacramento | CA | 95899-7377 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Account Information Group, MIC 29 | PO Box 942879 | | Sacramento | CA | 94279-0029 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Special Operations Bankruptcy Team, MIC 74 | PO Box 942879 | | Sacramento | CA | 94279-0074 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279 |
| California Division of Labor Standards Enforcement | CA Division of Labor Standards Enforcement | | 7575 Metropolitan Drive, Ste 210 | | San Diego | CA | 92108-4424 |
| California Employment Development Department | CA Employment Development Department | Bankruptcy Unit, MIC 92E | PO Box 826880 | | Sacramento | CA | 94280-0001 |
| California Employment Development Department | CA Employment Development Department | | PO Box 120831 | | San Diego | CA | 92112-0831 |
| California Employment Development Department | CA Employment Development Office | | 800 Capitol Mall | | Sacramento | CA | 95814 |
| California Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section | PO Box 2952 | MS A-340 | Sacramento | CA | 95812-2952 |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | 1215 O Street | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | CA State Board of Pharmacy | | 1625 North Market Boulevard | | Sacramento | CA | 95834 |
| Top Creditor | Cardinal Health | Attn Steve Falk | 7000 Cardinal Place | | Dublin | OH | 43017 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | 90 - 7th Street, Suite 5-300 | | San Francisco | CA | 94103-6706 |
| Top Creditor | Ehab Samaan | | Corona Family Dental Group | 1358 W 6th Street Suite 101 | Corona | CA | 92882 |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | 10345 W. Olympic Blvd. | | Los Angeles | CA | 90064 |
| Secured Creditors | Enterprise Fleet Management | | 6330 Marindustry Dr, Ste 210 | | San Diego | CA | 92121 |
| Secured Creditors | First American Equipment Finance | | 211 High Point Drive | | Victor | NY | 14564 |

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Premier Healthcare Management, Inc | Fitch Law Firm | Stephen J. Fitch & Bernard M. Hansen | 3465 Camino Del Rio South, Suite 250 | | San Diego | CA | 92108-3905 |
| Top Creditor | Gallagher Benefit Services, Inc | Attn Michelle Gonzalez | 500 N Brand Boulevard Suite 100 | | Glendale | CA | 91203 |
| Top Creditor | Greenway Health, LLC | Attn Karen Mulroe | 4301 West Boy Scout Boulevard | Suite 800 | Tampa | FL | 33607 |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | 4301 W. Boy Scout Blvd. | Suite 800 | Tampa | FL | 33607 |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | Hanson Bridgett LLP | Anthony J. Dutra | 425 Market Street, 26th Floor | | San Francisco | CA | 94105 |
| Top Creditor | Internal Revenue Service | Attn Gregory S Moxley | PO Box 7346 | Insolvency Operations Unit | Philadelphia | PA | 19101-7346 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service (IRS) | Internal Revenue Service (IRS) | Chief, Special Procedures, Section - Insolvency | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | 707 Broadway, Suite 1750 | | San Diego | CA | 92101-4515 |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | 2305 Historic Decatur Rd | Suite 100 | San Diego | CA | 92106 |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | 4653 Carmel Mountain Road | Suite 308 #332 | San Diego | CA | 92130 |
| Top Creditor | McKesson Corporation | Attn Lori Schechter | 6555 North State Highway 161 | | Irving | TX | 75039 |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | 3775 Seaport Blvd. | | West Sacramento | CA | 95691 |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | 950 Civic Center Drive Suite #B | | Vista | CA | 92083 |
| Top Creditor | Mohamed Dowaidari | | 1635 N Mountain Avenue | | Upland | CA | 91785 |
| Top Creditor | MPower TelePacific | Attn Steve Wexler | 303 Colorado St Suite 2075 | | Austin | TX | 78701 |
| Top Creditor | Mustafa Bilal | | 1210 S Brookhurst Street | | Anaheim | CA | 92804 |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | 1210 S. Brookhurst St. | | Anaheim | CA | 92804 |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | 455 Golden Gate Avenue, Suite 11000 | | San Francisco | CA | 94102-7004 |
| California Attorney General | Office of the Attorney General | | 600 West Broadway, Suite 1800 | | San Diego | CA | 92101-3702 |
| California Attorney General | Office of the Attorney General | | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Jennifer Kim | 300 South Spring Street, Floor 9 | | Los Angeles | CA | 90013 |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | 300 South Spring Street, Suite 1702 | | Los Angeles | CA | 90013 |
| Top Creditor | Oz Group Inc | Attn Chris Rosales | 14525 Highway 7 Suite 315 | d/b/a Customer Contact | Minnetonka | MN | 55345 |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | 10100 Santa Monica Blvd., 13th Floor | | Los Angeles | CA | 90067-4100 |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | 543 Country Club Drive, Suite B | | Wood Ranch | CA | 93065 |
| Top Creditor | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | 31569 Canyon Estates Dr, Suite 120 | | Lake Elsinore | CA | 92532 |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | 31569 Canyon Estates Dr. | Suite 120 | Lake Elsinore | CA | 92532 |
| Top Creditor | Premier Healthcare Management | Attn Daryl R Priest | 124 West Main Street Suite 120 | | El Cajon | CA | 92020 |
| Top Creditor | Rajesh Shah | | 115 N McKinley Street Suite 105 | | Corona | CA | 92879 |
| Counsel for Ramona Crossings, LLC | Ramona Crossings, LLC | Carrie Arendt | 14908 Gavan Vista Road | | Poway | CA | 92064 |
| Secured Creditors | Ricoh USA | | PO Box 31001-0850 | | Pasadena | CA | 91110 |
| Secured Creditors | Ricoh USA | | 17 Lee Blvd | | Malvern | PA | 19355 |

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| SEC Regional Office | Securities & Exchange Commission | Bankruptcy Counsel | 444 South Flower Street, Ste 900 | | Los Angeles | CA | 90071-9591 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | 501 W. Broadway, Suite 1360 | | San Diego | CA | 92101 |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | 600 Anton Blvd, Suite 1400 | | Costa Mesa | CA | 92626-7689 |
| Top Creditor | Tejas Modi | | 28039 Scott Road, Suite 1 | Heritage Plaza Dental | Murrieta | CA | 92563 |
| Counsel for Daryl R. Priest (Top Creditor) | The Maul Firm PC | Anthony F Maul | 101 Broadway | Suite 3A | Oakland | CA | 94607 |
| US Attorney General | US Attorney General | US DOJ | PO Box 683 | Ben Franklin Station | Washington | DC | 20044 |
| US Attorneys Office - Central District of California | US Attorneys Office - Central District of CA | | 312 North Spring Street, Suite 1200 | | Los Angeles | CA | 90012 |
| US Attorneys Office - Central District of California, Riverside Branch Office | US Attorneys Office - Central District of CA | | 3403 Tenth Street, Suite 200 | | Riverside | CA | 92501 |
| US Attorneys Office - Southern District of California | US Attorneys Office - Southern District of CA | | 880 Front Street, Suite 6293 | | San Diego | CA | 92101 |
| US Department of Health & Human Services | US Department of Health & Human Services | | 200 Independence Avenue, SW | | Washington | DC | 20201 |
| US Department of Health and Human Services | US Department of Health and Human Services | Office of the General Counsel, Region IX | 90 - 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | 880 Front Street, Suite 3230 | Edward J Schwartz Office Building | San Diego | CA | 92101 |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | 950 Civic Center Dr. | Suite B | Vista | CA | 92083 |
| Top Creditor | Vitamin D Public Relations, LLC | Attn Denise Gitsham | 5900 Balcones Dr Suite 100 | | Austin | TX | 78731-4298 |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | 2534 Mankas Corner Rd. | | Fairfield | CA | 94534 |
| Top Creditor | We Klean Inc | Attn Aracelis Gutierrez | 427 S Citrus Avenue | | Escondido | CA | 92027 |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | 1444 Main Street | #581 | Ramona | CA | 92065 |
| Secured Creditors | Wells Fargo Dealer Services | | PO Box 51963 | | Los Angeles | CA | 90051-6263 |
| Secured Creditors | Wells Fargo Dealer Services | | 420 Montgomery Street | | San Francisco | CA | 94104 |

# EXHIBIT D

**Exhibit D**
**Managed Care Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alpha Care Medical Group, Inc. | Brenda Benites | 1668 S. Garfield Ave, 2nd Floor | | Alhambra | CA | 91801 |
| Blue Shield of California | Janeen Higbee | 6300 Canoga Avenue, 12th Floor | | Woodland Hills | CA | 91367 |
| Blue Shield of California Promise Health Plan | Attn Director, Provider Contracting | 601 Potrero Grande Drive | | Monterey Park | CA | 91755 |
| BRAND NEW DAY - UNIVERSAL CARE | | 5455 Garden Grove Blvd, Suite 500 | | Westminster | CA | 92683 |
| CALIFORNIA HEALTH & WELLNESS PLAN | | 7700 Forsyth Boulevard | | St Louis | MO | 63105 |
| California Health and Wellness Plan | | PO Box 1558 | | Sacramento | CA | 95812-1558 |
| Community Health Group | Attn David J. Ritchie, Director of Contract Administration | 2420 Fenton Street, Suite 100 | | Chula Vista | CA | 91914 |
| Community Health Group | Attn Salim French, Director of Contract Administration | 2420 Fenton Street, Suite 100 | | Chula Vista | CA | 91914 |
| Empire Physicians Medical Group, Inc. (Optum) | Jacqueline Garcia | 34-160 Gateway Dr., Ste. 100 | | Palm Desert | CA | 92211 |
| Health Net Federal Services | Attn Legal Department | 2025 Aerojet Road | | Rancho Cordova | CA | 95742 |
| Health Net of California, Inc. | Kerry Mills | 3131 Camino del Rio North, Suite 200 | | San Diego | CA | 92108 |
| IEHP Health Access | Aletha Young, Susie White COO | Attn Director of Provider Contracting | PO Box 1800 | Rancho Cucamonga | CA | 91729-1800 |
| Inland Empire Health Plan | Aletha Young, Susie White COO | 10801 Sixth Street, Suite 120 | | Rancho Cucamonga | CA | 91730 |
| Inland Empire Health Plan | Attn Legal | 10801 Sixth Street, Suite 120 | | Rancho Cucamonga | CA | 91730 |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | 1680 S Garfield Avenue Suite 205 | | Alhambra | CA | 91801 |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | 1855 Redlands Blvd 2nd Floor | | Redlands | CA | 92373 |
| LaSalle Medical Associates | Tin Kin Lee Law Offices | 1811 Fair Oaks Avenue | | South Pasadena | CA | 91030 |
| Molina Healthcare of California | Abbie Totten - Plan President | 200 Oceangate, Suite 100 | | Long Beach | CA | 90802 |
| Molina Healthcare of California | Carlos Liciaga - San Diego | 9665 Chesapeake Drive, Suite 305 | | San Diego | CA | 92123 |
| Molina Healthcare of California | Jennifer Eisberg-VP Network Management | 9275 Sky Park Court, Suite 400 | | San Diego | CA | 92123 |
| Molina Healthcare of California | Mary Hernandez - Inland Empire | 200 Oceangate, Suite 100 | | Long Beach | CA | 90802 |
| PROSPECT MEDICAL SYSTEMS (formerly Vantage Medical Group) | Jacquelyn Gray, Lourdes Alberto | 600 City Parkway West, Suite 800 | | Orange | CA | 92868 |

**Exhibit D**
**Managed Care Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Regal Medical Group | Contracting Department | 8510 Balboa Boulevard, Suite 275 | | Northridge | CA | 91325 |
| Regal Medical Group, Inc | Jeffrey Newman | 600 City Parkway West, Suite 400 | | Orange | CA | 92868 |
| UnitedHealthcare of California Community Plan | Brian Lopez | 5757 Plaza Dr. | CA124 - C115 | Cypress | CA | 90630 |

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1.    **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐    Chapter 7 Trustee:

☐    For Chpt. 7, 11, & 12 cases:        ☐  For ODD numbered Chapter 13 cases:        ☐  For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE              THOMAS H. BILLINGSLEA, JR., TRUSTEE        DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov            Billingslea@thb.coxatwork.com               admin@ch13.sdcoxmail.com
                                                                                dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2.      **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____            _____
                        (Date)                                  (Typed Name and Signature)

                                                        _____
                                                                (Address)

                                                        _____
                                                                (City, State, ZIP Code)

CSD 3010