UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br><br>　　　　　　　　　　Debtor. | Case No.:  22-cv-01751-GPC-MSB<br>Bankruptcy No. 22-02384-LT11<br><br>**SCHEDULING ORDER** |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br>　　　　　　　　　　Appellant,<br>v.<br>BORREGO COMMUNITY HEALTH FOUNDATION, a California Nonprofit Public Benefit Corporation,<br>　　　　　　　　　　Appellee. | |

　　　The Court hereby sets a hearing date for the purposes of this appeal from the United States Bankruptcy Court to be held before the Honorable Gonzalo P. Curiel on **Friday,**

**April 7, 2023 at 1:30 PM** in **Courtroom 2D**. In preparation for the appeal, the Court **ORDERS** the following briefing schedule:

1. The parties shall designate the record on appeal in accordance with Fed. R. Bankr. P. 8009 no later than **December 16, 2022**. Failure to perfect the record may result in the dismissal of this appeal.
2. Appellant's opening brief and any supporting evidence shall be filed and served on or before **January 20, 2023**;
3. Appellee's opposition brief and any supporting evidence shall be filed and served on or before **February 10, 2023**;
4. Appellant may file and serve a reply brief and any supporting evidence on or before **February 24, 2023**;
5. Except as otherwise stated herein, the parties' filings must comply with the Local Rules for the United States District Court for the Southern District of California, including Civil Local Rule 7.1.h, the Electronic Case Filing and Administrative Policies and Procedures Manual of this District, and the Chambers Rules of the undersigned.

**IT IS SO ORDERED.**

Dated: November 17, 2022

Hon. Gonzalo P. Curiel
United States District Judge