CSD 3018 [12/01/2022]
Name, Address, Telephone No. & I.D. No.

Samuel R. Maizel (SBN 189301)
Tania M. Moyron (SBN 235736)
DENTONS US LLP
601 S. Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Telephone: 213-623-9300

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>BORREGO COMMUNITY HEALTH FOUNDATION,<br>    Debtor and Debtor in Possession.      Debtor. | BANKRUPTCY NO.  22-02384-11 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a<br>California nonprofit public benefit corporation     Plaintiff(s) | ADVERSARY NO.  22-90056 |
| v.<br>CALIFORNIA DEPARTMENT OF HEALTH CARE<br>SERVICES, by and through its Director, Michelle Baass    Defendant(s) | Date & Time of Pre-Trial Status Conference:<br>December 7, 2022 at 2:00 p.m.<br>Name of Judge:  Honorable Laura S. Taylor |

**CERTIFICATE OF COMPLIANCE WITH EARLY CONFERENCE OF COUNSEL**

**[LOCAL BANKRUPTCY RULE 7016-1]**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following **Certificate of Compliance with Early Conference of Counsel** in accordance with LBR 7016-1(c):

**A.    SERVICE OF PLEADINGS**

1.    Have all parties been served?                                                                    ☑ Yes        ☐ No

2.    Have all parties filed and served answers to the complaint, counterclaims, etc.?     ☑ Yes        ☐ No

**B.    SETTLEMENT AND MEDIATION**

1.    What is the status of settlement efforts?
      Although no settlement offers have been exchanged, the parties have agreed to
      mediation. [Dkt. Nos. 73 and 74].  See question B.2.

2.    Has this dispute been formally mediated?  If so, when?
      The parties have agreed to formal mediation before Judge Dennis Montali, which is
      currently being scheduled.

3.    Has mediation been discussed with your client? (See LBR 7016-3.)
      Plaintiff                              Defendant
      ☑ Yes        ☐ No              ☑ Yes        ☐ No

4.    The parties desire to go to voluntary, non-binding mediation. (See Administrative Procedures, Section 5)
      They have reviewed the list of mediators on the court's website (**www.casb.uscourts.gov**) or obtained the
      list from the court and have selected the following persons subject to availability as first, second, and third
      choices for mediator:
          First Choice:  The Honorable Dennis Montali
          Second Choice:
          Third Choice:
      Parties are requested to notify the courtroom deputy of their preferences at the time a pretrial status
      conference date is obtained.

CSD 3018 [12/01/2022]

**C.    DISCOVERY**

1.    Discovery should be propounded in time to be completed by  2/1/2023 or 4/1/2023  .

2.    The parties held their early conference of counsel on  11/8/2022  .
(LBR 7016-1(a)(3) requires the early conference of counsel within 30 days after all defendants have appeared or, in cases having multiple defendants, within 45 days after the first defendant appears.)

3.    Initial disclosures (FRBP 7026(a)(1)) should be served by  12/15/2022  .

4.    Maximum of  35  interrogatories by each party to any other party.

5.    Maximum of  20  requests for admission by each party to any other party.

6.    Maximum of  1  depositions by plaintiff(s) and  1  by defendant(s).

7.    Each deposition [other than of  expert witnesses  ] should be limited to a maximum of  10  hours unless extended by agreement of the parties.

8.    Expert disclosures (FRBP 7026(a)(2)) should be served by  50 days before trial  .

9.    Rebuttal expert disclosures (FRBP 7026(a)(2)) should be served by  30 days before trial  .

10.    Expert reports (FRBP 7026(a)(2)(B)) should be served by  50 days before trial  .

11.    Rebuttal expert reports (FRBP 7026(a)(2)(B)) should be served by  30 days before trial  .

12.    Any supplemental disclosures and discovery responses (FRBP 7026(e)) should be served by  30 days before trial  .

**D.    MOTION PRACTICE**

1.    Motions to join additional parties or to amend the pleadings should be filed by  60 days before trial  .

2.    All other motions, except motions in limine, should be filed by  60 days before trial  .

**E.    TRIAL PREPARATION**

1.    When will you be ready for trial in this case?  5/1/2023 or 08/2023  .

2.    What is your estimate of the time required to present both sides of the case at trial (including rebuttal phase, if applicable)?  3-5 court days

3.    How many witnesses do you intend to call at trial (including opposing parties)?  6-8

**F.    CONSENT TO BANKRUPTCY COURT JUDGMENT**

The following parties consent to entry of final orders or judgment by the Bankruptcy Court:
All parties consent to entry of final orders or judgment by the Bankruptcy Court.

CSD 3018 [12/01/2022]

**G.   PRETRIAL STATUS CONFERENCE**

A further pretrial status conference in this case should be held on __December 7, 2022__ at _2:00 p._ m.

At that time, the Court may set deadlines for pretrial disclosures and objections (FRBP 7026(a)(3)) and schedule the final pretrial conference (FRBP 7016(e)).

**H.   ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL**: (Use additional page if necessary.)

For question C.6., the maximum number of depositions for each party will include 1 person most knowledgeable deposition, which could include the testimony of multiple individuals to cover all of the topics in the deposition notice.

Dated: __November 18, 2022__

DENTONS US LLP

Firm Name

By:

Name:   Tania Moyron

Attorney for:   Borrego Community Health Foundation

Dated: _11/18/22_

OFFICE OF THE ATTORNEY GENERAL

Firm Name

By:

Name:   Grant Lien

Attorney for:   California Department of Health Care Ser

**LBR 7016-1(c) requires this form to be filed no later than 7 days after early conference of counsel.**