1  ROB BONTA
   Attorney General of California
2  RICHARD T. WALDOW
   Supervising Deputy Attorney General
3  GRANT LIEN
   KENNETH K. WANG
4  Deputy Attorneys General
   State Bar No. 201823
5   300 S. Spring Street, No. 1702
    Los Angeles, CA 90013
6   Telephone: (213) 269-6217
    Fax: (213) 731-2125
7   E-mail: Kenneth.Wang@doj.ca.gov
   *Attorneys for Defendant/Appellant California
8  Department of Health Care Services*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit foundation,<br><br>Debtor and Debtor in Possession,<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>Defendants. | Case No. 22-02384-LT11<br><br>Chapter 11 Case<br><br>Adv. Pro. No. 22-90056-LT<br><br>**APPELLANT CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES'S STATEMENT OF ISSUES ON APPEAL**<br><br>**[Fed. R. Bankr. P. 8009]** |

On November 7, 2022, Appellant California Department of Health Care Services (Department) filed a Notice of Appeal to the "Court Modified" Order on

1

Plaintiff's Emergency Motion, and accompanying Findings of Fact and Conclusions of Law, filed on October 26, 2022. The Department now hereby submits, pursuant to Federal Rule of Bankruptcy Procedure 8009, this statement of issues on appeal:

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in concluding that the payment suspension imposed by the California Department of Health Care Services is not exempt from the automatic stay pursuant to 11 U.S.C. § 362(b)(4).

2. Whether the Bankruptcy Court erred in concluding that the Debtor was not required to exhaust administrative remedies before seeking the relief in the Emergency Motion.

3. Whether the Bankruptcy Court erred in determining that the Patient Care Ombudsperson's (PCO) declarations were admissible and credible.

4. Whether the Bankruptcy Court erred in determining that the payment suspension would have a detrimental impact and cause irreparable harm to the Debtor and its patients, employees, and creditors.

Dated: November 21, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General

KENNETH K. WANG
GRANT LIEN
Deputy Attorneys General
*Attorneys for Defendant/Appellant
California Department of Health Care Services*

LA2022602345

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**300 South Spring Street, Room 1700**
**Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*): **APPELLANT CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES'S STATEMENT OF ISSUES ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 21, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Samuel R. Maizel, attorney for the Plaintiff Borrego Community Health Foundation at Samuel.maizel@dentons.com;
- Tania M. Moyron, attorney for Plaintiff Borrego Community Health Foundation at
- tania.moyron@dentons.com;
- David Ortiz, Esq., at the Office of the United States Trustee at david.a.ortiz@usdoj.gov;
- Regional 15 of the Office of the United States Trustee at ustp.region15@usdoj.gov;
- Steven Golden, Esq. attorney for the Unsecured Creditors Committee at sgolden@pszjlaw.com
- and INDIVIDUALS AND ENTITIES ON THE ATTACHED LIST

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE MAILING LIST**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2022 | NORMA L. HERRERA-GILBODY | /s/ Norma L. Herrera-Gilbody |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                    F 9013-3.1.PROOF.SERVICE

## INDIVIDUALS AND ENTITIES

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Secured Creditors | Ally Auto | | corporatefinance@ally.com |
| Secured Creditors | Ally Auto | | support@invest.ally.com |
| Top Creditor | Arthur Santos Smile Dental | Attn Arthur Santos | yoko_miyai@yahoo.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | olivia.scott3@bclplaw.com |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | Mark.Ghaly@chhs.ca.gov; Jared.Goldman@chhs.ca.gov |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | OPOLE_IFM_Bankruptcy@cms.hhs.gov |
| Top Creditor | Ehab Samaan | | ehabminerva@aol.com |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | mgottfried@elkinskalt.com; rzur@elkinskalt.com |
| Secured Creditors | Enterprise Fleet Management | | fleetquestions@erac.com |
| Secured Creditors | First American Equipment Finance | | mail@faef.com |
| Counsel for Premier Healthcare Management, Inc | Fitch Law Firm | Stephen J. Fitch & Bernard M. Hansen | bernardmhansen@sbcglobal.net; steve@fitchlawfirm.com |
| Top Creditor | Gallagher Benefit Services, Inc | Attn Michelle Gonzalez | Michelle_Gonzalez@ajg.com |
| Top Creditor | Greenway Health, LLC | Attn Karen Mulroe | karen.mulroe@greenwayhealth.com |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | Stephen.janes@greenwayhealth.com |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | Hanson Bridgett LLP | Anthony J. Dutra | adutra@hansonbridgett.com |
| Top Creditor | Internal Revenue Service | Attn Gregory S Moxley | gregory.s.moxley@irs.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Claims and Noticing Agent | KCC | P. Joe Morrow IV | BorregoHealthInfo@kccllc.com |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | dkirby@kirbymac.com |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | lgantney@klhipbiz.com; jharris@KLHIPBIZ.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | christine@baurbklaw.com |
| Top Creditor | McKesson Corporation | Attn Lori Schechter | lori.schechter@mckesson.com |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | Pamela.craik@McKesson.com |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | info@vistavillagefamilydentistry.com |
| Top Creditor | Mohamed Dowaidari | | dds1.upland@gmail.com |
| Top Creditor | MPower TelePacific | Attn Steve Wexler | Steve.Wexler@tpx.com |
| Top Creditor | Mustafa Bilal | | mbdds@sbcglobal.net |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | VillageDentalGrouponline@yahoo.com |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | AGelectronicservice@doj.ca.gov |
| Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Jennifer Kim | Jennifer.Kim@doj.ca.gov |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | Kenneth.Wang@doj.ca.gov |
| Top Creditor | Oz Group Inc | Attn Chris Rosales | chris.rosales@yourccsteam.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | firm@brinkmanlaw.com |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | Drhpemail@gmail.com |
| Top Creditor | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | doctor_pourshirazi@msn.com |
| Top Creditor | Premier Healthcare Management | Attn Daryl R Priest | daryl@priesthomes.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | kelly@smalllawcorp.com |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | astill@swlaw.com; mreynolds@swlaw.com |
| Top Creditor | Tejas Modi | | drtejasmodi@yahoo.com |
| Counsel for Daryl R. Priest (Top Creditor) | The Maul Firm PC | Anthony F Maul | afmaul@maulfirm.com |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | tiffany.l.carroll@usdoj.gov; david.a.ortiz@usdoj.gov; ustp.region15@usdoj.gov |
| Office of The United States Trustee | US Trustee for Southern District of CA | | Ustp.region15sop@usdoj.gov |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Secured Creditors | VAR Technology Finance | | info@vartechnologyfinance.com |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | info@vistavillagefamilydentistry.com |
| Top Creditor, Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Top Creditor, Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | agutierrez@weklean.org; nleal@weklean.org |