ROB BONTA
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General
GRANT LIEN
KENNETH K. WANG
Deputy Attorneys General
State Bar No. 201823
 300 S. Spring Street, No. 1702
 Los Angeles, CA 90013
 Telephone: (213) 269-6217
 Fax: (213) 731-2125
 E-mail: Kenneth.Wang@doj.ca.gov
*Attorneys for Defendant/Appellant California
Department of Health Care Services*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 22-02384-LT11 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit foundation, | Chapter 11 Case |
| | Adv. Pro. No. 22-90056-LT |
| Debtor and Debtor in Possession, | **APPELLANT CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES'S DESIGNATION OF RECORD ON APPEAL** |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation, | |
| Plaintiff, | |
| v. | |
| CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass, | |
| Defendants. | |

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellant California

Department of Health Care Services (Department) designates the following items

1

1  for inclusion in the record with respect to the Notice of Appeal, filed on November

2  7, 2022, of the "Court Modified" Order on Plaintiff's Emergency Motion, and

3  accompanying Findings of Fact and Conclusions of Law, filed on October 26,

4  2022.

5  **DESIGNATION OF RECORD**

6      **A.** **Items from the United States Bankruptcy Court for the Southern**
7            **District of California, Case No. 22-02384-LT11**

| Date of Filing | Docket Number | Description of Item |
|---|---|---|
| 9/12/22 | 1 | Chapter 11 Voluntary Petition for Non-Individual |
| 9/27/22 | 7 | Declaration of Isaac Lee in Support of Debtor's Emergency First Day Motions. |

11      **B.** **Items from the United States Bankruptcy Court for the Southern**
12            **District of California, Adv. Pro. No. 22-90056-LT**

| Date of Filing | Docket Number | Description of Item |
|---|---|---|
| 9/26/22 | 1 | Adversary Case Complaint. |
| 9/27/22 | 3 | Emergency Motion to Enforce Automatic Stay, or Alternatively, for Temporary Restraining Order; Points and Authorities in Support, Declarations in Support. |
| 9/27/22 | 4 | Declaration of Jacob Nathan Rubin in Support of Emergency Motion. |
| 9/27/22 | 8 | Supplemental Declaration of Rose MacIsaac in Support of Emergency Motion. |
| 9/27/22 | 9 | Supplemental Declaration(s) in Support of Emergency Motion. |
| 9/28/22 | 10 | Ex Parte Application Supplementing Emergency Motion. |
| 9/29/22 | 15 | Department's Opposition to Debtor's Ex Parte Application Supplementing Emergency Motion. |
| 9/29/22 | 16 | Objections and Motion to Strike Supplemental Declaration of Maizel. |
| 9/29/22 | 17 | Declaration of Dana Durham in Support of the Department's Opposition to Ex Parte Application Supplementing Emergency Motion. |
| 9/29/22 | 20 | Supplemental Declaration of Jacob Nathan Rubin in Support of Emergency Motion. |
| 9/30/22 | 21 | Supplemental Declaration of Lamagna in Support of Ex Parte Application Supplementing Emergency Motion. |
| 9/30/22 | 23 | Notice of Hearing and Briefing Deadlines on Emergency Motion. |
| 9/30/22 | 24 | Minute Order for Ex Parte Application Supplementing Emergency Motion |
| 9/30/22 | 25 | Order re: Issuance of Clarifying Letter by the Department to Health Plans. |

| | 9/30/22 | 26 | Report by the Department re: Clarifying Letter to Health Plans. |
|---|---|---|---|
| | 10/3/22 | 30 | Department's Opposition to Emergency Motion. |
| | 10/3/22 | 31 | Declaration of Stuart Busby in Support of the Department's Opposition to Emergency Motion. |
| | 10/3/22 | 32 | Declaration of Bambi Cisneros in Support of the Department's Opposition to Emergency Motion. |
| | 10/3/22 | 33 | Declaration of Dana Durham in Support of the Department's Opposition to Emergency Motion. |
| | 10/3/22 | 34 | Department's Objections and Motion to Strike Initial Rubin Declaration in Support of Emergency Motion. |
| | 10/3/22 | 35 | Department's Objections and Motion to Strike Supplemental Rubin Declaration in Support of Emergency Motion. |
| | 10/3/22 | 36 | Department's Ex Parte Application to Exceed Page Limit for Opposition to Debtor's Emergency Motion. |
| | 10/4/22 | 37 | Statement of Official Committee of Unsecured Creditors in Support of Emergency Motion. |
| | 10/4/22 | 39 | Reply in Support of Emergency Motion and Declarations in Support Thereof. |
| | 10/4/22 | 40 | Debtor's Response to Objections and Motion to Strike Initial Rubin Declaration and Supplemental Rubin Declaration in Support of Emergency Motion. |
| | 10/5/22 | 41 | Declaration of Maizel in Support of Debtor's Response to Objections and Motion to Strike Initial and Supplemental Declarations of Rubin. |
| | 10/5/22 | 46 | Transcript hearing held on 9/30/22. |
| | 10/5/22 | 47 | Reply in Support of Emergency Motion. |
| | 10/6/22 | 55 | Minute Order re: Motion to Enforce Automatic Stay, or Alternatively, for Temporary Restraining Order. |
| | 10/15/22 | 61 | Department's Objection to Plaintiff's Proposed Findings of Fact for Court's Order on Emergency Motion. |
| | 10/26/22 | 65 | Order and Findings of Facts and Conclusions of Law re: Emergency Motion. |
| | 10/26/22 | 66 | Court Modified Order on Emergency Motion. |
| | 10/26/22 | 67 | Answer to Complaint by the Department. |
| | 10/31/22 | 69 | Notice of Pre-Trial Status Conference Hearing Scheduled for December 7, 2022 at 2 p.m. in Courtroom 3. |
| | 11/7/22 | 75 | Notice of Appeal and Statement of Election. |
| | 11/8/22 | 77 | Receipt of Notice of Appeal and Statement of Election. |
| | 11/9/22 | 80 | Notice of Referral of Appeal to the USDC, with Service of Notice of Appeal. |
| | 11/9/22 | 81 | Transmittal Memorandum to USDC, BK Appeal No. 1. |
| | 11/9/22 | 82 | Notice of Electronic Filing re: Appeal Transmitted to District Court, BK Appeal No. 1. |

/ / /

/ / /

Appellant DHCS's Designation of Record (Case No. 22-02384, Adv. Pro. No. 22-90056)

C. **Items from the United States District Court for the Southern District of California, Case No. 3:22-CV-01751 GPC MSB**

| Date of Filing | Docket Number | Description of Item |
|---|---|---|
| 11/9/22 | 1 | Notice of Appeal from Bankruptcy Court and Statement of Election. |
| 11/17/22 | 2 | Scheduling Order. |

Dated: November 21, 2022

Respectfully submitted,

ROB BONTA
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General

KENNETH K. WANG
GRANT LIEN
Deputy Attorneys General
*Attorneys for Defendant/Appellant*
*California Department of Health Care*
*Services*

LA2022602345

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**300 South Spring Street, Room 1700**
**Los Angeles, CA 90013**

A true and correct copy of the foregoing document entitled (*specify*):  **APPELLANT CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES'S DESIGNATION OF RECORD ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 21, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Samuel R. Maizel, attorney for the Plaintiff Borrego Community Health Foundation at Samuel.maizel@dentons.com;
- Tania M. Moyron, attorney for Plaintiff Borrego Community Health Foundation at tania.moyron@dentons.com;
- David Ortiz, Esq., at the Office of the United States Trustee at david.a.ortiz@usdoj.gov;
- Regional 15 of the Office of the United States Trustee at ustp.region15@usdoj.gov;
- Steven Golden, Esq. attorney for the Unsecured Creditors Committee at sgolden@pszjlaw.com
- and INDIVIDUALS AND ENTITIES ON THE ATTACHED LIST

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE MAILING LIST**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 21, 2022 | NORMA L. HERRERA-GILBODY | /s/ Norma L. Herrera-Gilbody |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                       **F 9013-3.1.PROOF.SERVICE**

# INDIVIDUALS AND ENTITIES

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Secured Creditors | Ally Auto | | corporatefinance@ally.com |
| Secured Creditors | Ally Auto | | support@invest.ally.com |
| Top Creditor | Arthur Santos Smile Dental | Attn Arthur Santos | yoko_miyai@yahoo.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | olivia.scott3@bclplaw.com |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | Mark.Ghaly@chhs.ca.gov; Jared.Goldman@chhs.ca.gov |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | OPOLE_IFM_Bankruptcy@cms.hhs.gov |
| Top Creditor | Ehab Samaan | | ehabminerva@aol.com |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | mgottfried@elkinskalt.com; rzur@elkinskalt.com |
| Secured Creditors | Enterprise Fleet Management | | fleetquestions@erac.com |
| Secured Creditors | First American Equipment Finance | | mail@faef.com |
| Counsel for Premier Healthcare Management, Inc | Fitch Law Firm | Stephen J. Fitch & Bernard M. Hansen | bernardmhansen@sbcglobal.net; steve@fitchlawfirm.com |
| Top Creditor | Gallagher Benefit Services, Inc | Attn Michelle Gonzalez | Michelle_Gonzalez@ajg.com |
| Top Creditor | Greenway Health, LLC | Attn Karen Mulroe | karen.mulroe@greenwayhealth.com |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | Stephen.janes@greenwayhealth.com |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | Hanson Bridgett LLP | Anthony J. Dutra | adutra@hansonbridgett.com |
| Top Creditor | Internal Revenue Service | Attn Gregory S Moxley | gregory.s.moxley@irs.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Claims and No icing Agent | KCC | P. Joe Morrow IV | BorregoHealthInfo@kccllc.com |
| Counsel for Ramona Crossings, LLC | Kirby & McGuinn, A P.C. | Dean T. Kirby, Jr. | dkirby@kirbymac.com |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | lgantney@klhipbiz.com; jharris@KLHIPBIZ.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | chris ine@baurbklaw.com |
| Top Creditor | McKesson Corpora ion | Attn Lori Schechter | lori.schechter@mckesson.com |
| Committee Member | McKesson Corpora ion | Attn Pamela M. Craik, Regional Credit Director | Pamela.craik@McKesson.com |
| Top Creditor | Mehrnaz Irani | Vista Village Family Dentistry | info@vistavillagefamilydentistry.com |
| Top Creditor | Mohamed Dowaidari | | dds1.upland@gmail.com |
| Top Creditor | MPower TelePacific | Attn Steve Wexler | Steve.Wexler@tpx.com |
| Top Creditor | Mustafa Bilal | | mbdds@sbcglobal.net |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | VillageDentalGrouponline@yahoo.com |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy No ices | AGelectronicservice@doj.ca.gov |
| Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Jennifer Kim | Jennifer.Kim@doj.ca.gov |
| Deputy General Counsel for the California Department of Health Care Services | Office of the CA Attorney General | DOJ - Kenneth K Wang | Kenne h.Wang@doj.ca.gov |
| Top Creditor | Oz Group Inc | Attn Chris Rosales | chris rosales@yourccsteam.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | firm@brinkmanlaw.com |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | Drhpemail@gmail.com |
| Top Creditor | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | doctor_pourshirazi@msn.com |
| Top Creditor | Premier Healthcare Management | Attn Daryl R Priest | daryl@priesthomes.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | kelly@smalllawcorp.com |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | astill@swlaw.com; mreynolds@swlaw.com |
| Top Creditor | Tejas Modi | | drtejasmodi@yahoo.com |
| Counsel for Daryl R. Priest (Top Creditor) | The Maul Firm PC | Anthony F Maul | afmaul@maulfirm.com |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | tiffany.l.carroll@usdoj.gov; david.a.ortiz@usdoj.gov; ustp.region15@usdoj.gov |
| Office of The United States Trustee | US Trustee for Southern District of CA | | Ustp.region15sop@usdoj.gov |

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Secured Creditors | VAR Technology Finance | | info@vartechnologyfinance.com |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | info@vistavillagefamilydentistry.com |
| Top Creditor, Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Top Creditor, Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | agutierrez@weklean.org; nleal@weklean.org |