TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Adversary Case Name:    BORREGO COMMUNITY HEALTH

FOUNDATION v. CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

Adversary Number:         22-90056

Case Number:              22-02384-LT11

Hearing:              02:00 PM  Wednesday, December 7, 2022

Motion:       PRE-TRIAL STATUS CONFERENCE

Hear as to status.