TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Adversary Case Name:    BORREGO COMMUNITY HEALTH FOUNDATION, v. CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

Adversary Number:    22-90056

Case Number:    22-02384-LT11

Hearing:    02:00 PM  Wednesday, January 18, 2023

Motion:    PRE-TRIAL STATUS CONFERENCE (fr 12/7/22)

Hear as to status.