# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

**ADV:** 22-90056

**BORREGO COMMUNITY HEALTH FOUNDATION, VS CALIFORNIA DEPARTMENT OF HEALTH CARE SER**

| | |
|---|---|
| **Debtor:** | BORREGO COMMUNITY HEALTH FOUNDATION, |
| **Case Number:** | 22-02384-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, JANUARY 18, 2023 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

PRE-TRIAL STATUS CONFERENCE (fr 12/7/22)

### Appearances:

SAMUEL RUVEN MAIZEL, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
SAM ALBERTS, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
ISAAC LEE, CHIEF RESTRUCTURING OFFICER FOR BORREGO COMMUNITY HEALTH FOUNDATION, PRESENT
STEVE GOLDEN, ATTORNEY FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS (video)
KELLY SINGER, ATTORNEY FOR INLAND EMPIRE HEALTH PLAN (video)
DARIN WESSEL, ATTORNEY FOR CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE

### Disposition:

Continued to 2/22/23 at 1:00 p.m.