SAMUEL R. MAIZEL (Bar No. 189301)
samuel.maizel@dentons.com
TANIA M. MOYRON (Bar No. 235736)
tania.moyron@dentons.com
REBECCA M. WICKS (Bar No. 313608)
rebecca.wicks@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213-623-9300
Facsimile: 213-623-9924

Attorneys for the Chapter 11 Debtor
and Debtor In Possession

Jeffrey N. Pomerantz (Bar No. 143717)
Teddy M. Kapur (Bar No. 242486)
Steven W. Golden (Admitted *Pro Hac Vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310-227-6910
Facsimile: 310-201-0760
Email: jpomerantz@pszjlaw.com
       tkapur@pszjlaw.com
       sgolden@pszjlaw.com

Attorneys to the Official Committee of Unsecured Creditors

ROB BONTA
Attorney General of California
RICHARD T. WALDOW
Supervising Deputy Attorney General
DARIN L. WESSEL (Bar No. 176220)
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619-738-9125
Facsimile: 619-645-2012
Email: Darin.wessel@doj.ca.gov

Attorneys for California Department of Health Care Services,
by and through its Director Michelle Baass

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| In re | Case No. 22-02384-11 |
|---|---|
| BORREGO COMMUNITY HEALTH FOUNDATION, | Chapter 11 Case |
| | Judge: Honorable Laura S. Taylor |

US_ACTIVE\123230010\V-1

|   |   |   |
|---|---|---|
| 1 | Debtor and Debtor In Possession. | **JOINT STATUS REPORT RE SETTLEMENT NEGOTIATIONS BETWEEN DEBTOR, THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

## JOINT STATUS REPORT

Borrego Community Health Foundation, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 bankruptcy case, the California Department of Health Care Services ("DHCS"), and the Official Committee of Unsecured Creditors (the "Committee," collectively with Debtor and DHCS (the "Parties") by and through their undersigned counsel, hereby file this *Joint Status Report* (the "Status Report") and state as follows:

### I. GENERAL BACKGROUND

1. On September 12, 2022 ("Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2. On September 26, 2022, the Debtor filed the *Debtor's Complaint For Declaratory Judgment And Preliminary And Permanent Injunctive Relief, Or In The Alternative, For Writ Of Mandate Under Code Of Civil Procedure 1085* (the "Complaint"), commencing *Borrego Community Health Foundation v. California Department of Health Care Services*, Adv. Pro. No. 22-90056. On the same day, the Debtor filed its *Emergency Motion: (I) To Enforce The Automatic Stay Pursuant To 11 U.S.C. § 362; Or, Alternatively (II) For Temporary Restraining Order* [Adv. Docket No. 3] (the "Motion to Enforce"), seeking (i) a ruling that DHCS' threatened payment suspension (the "Payment Suspension") violated the automatic stay imposed pursuant to § 362, or, alternatively, (ii) issuance of a temporary restraining order enjoining the Payment Suspension under Rule 7065.

3. DHCS filed an opposition to the Motion to Enforce [Adv. Docket No. 30], and the Debtor filed its reply in support of the same [Adv. Docket No. 47].

- 2 -

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

4. On October 26, 2022, the Court issued its *Findings Of Fact And Conclusions Of Law re: Emergency Motion To (I) Enforce The Automatic Stay Or (II) Alternatively For Temporary Restraining Order* [Adv. Docket No. 65]. That same day, the Court entered its *Order On Emergency Motion To (I) Enforce The Automatic Stay Or (II) Alternatively For Temporary Restraining Order* [Adv. Docket No. 66] (the "Order") granting, in part, the Motion to Enforce on the terms and conditions set forth in the Order.

5. On November 7, 2022, DHCS filed its *Notice Of Appeal And Statement Of Election* [Adv. Docket No. 75], appealing entry of the Order to the United States District Court.

6. The Parties agreed to a mediation before the Honorable Dennis Montali, United States Bankruptcy Judge [Adv. Docket Nos. 73, 74, 83]. The Parties have been diligently participating in the mediation process in an attempt to resolve the various disputes.

7. On February 15, 2023, the Parties attended a status conference related to the Bidding Procedures Order[1] and informed the Court that the Parties were in the process of finalizing settlement terms and intended to file a motion to approve the settlement on an expedited basis to be heard in conjunction with the hearing on the Sale (the "Sale Hearing") [Docket No. 477]. The Court rescheduled the Sale Hearing to March 1, 2023, at 10:00 a.m. [Docket No. 476].

## II. STATUS OF NEGOTIATIONS

8. The Parties hereby file this Status Report to inform the Court and all interested parties that the Parties are continuing to negotiate the final terms of the

---

[1] All references to the "Bidding Procedures Order" are to the *Court Modified Order (I) (1) Approving Form of Asset Purchase Agreement; (2) Approving Auction Sale Format and Bidding Procedures; (3) Approving Process for Discretionary Selection of Stalking Horse Bidder and Bid Protections; (4) Approving Form of Notice to be Provided to Interested Parties; (5) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder; and (6) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) Authorizing the Sale of Property Free and Clear of All Claims Liens and Encumbrances* [Docket No. 321].

settlement.  The Parties have not reached a final agreement. In addition, the Parties have also had to revisit particular terms on which the Parties already had appeared to have reached a consensus, and it is anticipated that the Parties may continue to have to do that.  The Parties, however, wanted to provide the Court an update as to some of the salient terms tentatively to be included in a term sheet in short order:

- DHCS to receive an allowed unsecured claim (the "<u>DHCS Allowed Claim</u>"), with DHCS retaining the right to submit supplemental proofs of claim, and an agreed extended bar date as to DHCS; in addition, the Allowed Claim amount is subject to upward and downward adjustment.
- DHCS to be permitted to offset amounts it is withholding otherwise payable with respect to the Debtor against the DHCS Allowed Claim;
- DHCS to receive a percentage of the net proceeds (net of $16 million for the estimated administrative, priority, and secured claims) of the sale;
- DHCS to receive a share of third party litigation recoveries;
- DHCS' remaining unpaid DHCS Allowed Claim (after the application of the offset and sale proceeds recovery and litigation recoveries described above) to be subordinated in payment to other general unsecured claims;
- An independent monitor is to remain in place from approval of sale by the Bankruptcy Court and until the Transfer Effective Date (to mean both HRSA, and Medi-Cal, and Medicare change of ownership approvals have been obtained, and all of the terms of the Buyer's management services agreement with Debtor have been fulfilled);
- Medi-Cal Provider Agreements to be transferred as executory contracts pursuant to section 365 of the Bankruptcy Code;
- Resolution of the pending litigation between the Debtor and DHCS;

- 4 -

US_ACTIVE\123230010\V-1

- Appropriate releases; and
- All terms and any settlement agreement remain subject to DHCS and the Debtor obtaining necessary final approvals.

The Parties anticipate filing a motion pursuant to Federal Rule of Bankruptcy Procedure 9019 and a corresponding joint motion to shorten time no later than February 27, 2023.

Dated: February 20, 2023

DENTONS US LLP
SAMUEL R. MAIZEL
TANIA M. MOYRON
REBECCA M. WICKS

By  */s/ Tania M. Moyron*
    Tania M. Moyron

Attorneys for the Chapter 11 Debtor and Debtor In Possession

Dated: February 20, 2023

PACHULSKI STANG ZIEHL & JONES LLP
JEFFREY N. POMERANTZ
TEDDY M. KAPUR
STEVEN W. GOLDEN

By  */s/*
    Steven W. Golden

Attorneys for the Official Committee of Unsecured Creditors

|   |   |
|---|---|
| Dated: February 20, 2023 | ATTORNEY GENERAL OF CALIFORNIA<br>ROB BONTA<br>RICHARD T. WALDOW<br>DARIN L. WESSEL<br><br>By ___/s/_____<br>    Darin L. Wessel<br><br>Attorneys for the California Department of Health Care Services, by and through its Director Michelle Baass |

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

- 6 -

US_ACTIVE\123230010\V-1