UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

**ADV:** 22-90056

**BORREGO COMMUNITY HEALTH FOUNDATION, VS CALIFORNIA DEPARTMENT OF HEALTH CARE SER**

| | |
|---|---|
| **Debtor:** | BORREGO COMMUNITY HEALTH FOUNDATION, |
| **Case Number:** | 22-02384-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, FEBRUARY 22, 2023 01:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | NO REPORTER PRESENT |

### Matter:

PRE-TRIAL STATUS CONFERENCE (fr 1/18/23)

### Appearances:

NO APPEARANCES

### Disposition:

Continued to 3/1/23 at 10:00 a.m. pursuant to the Court's Tentative Ruling.