UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>Adv. Pro. No. 22-90056 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>    Defendant. | **CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE MINUTE ORDER AND TENTATIVE RULING**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Jonathan J. Thomson, do declare and state as follows:

    1.    I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

    2.    On February 22, 2023, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following documents to be served via Email upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- *Minute Order re: Hearing Held February 22, 2023* [Docket No. 124]
- *Procedural Tentative Ruling re: Notice of Pre-Trial Status Conference* [Docket No. 125]

1

1  3. On February 22, 2023, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document to be served via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- *Minute Order re: Hearing Held February 22, 2023* [Docket No. 124]

4. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 24th day of February, 2023, at El Segundo, CA.

/s/ *Jonathan J. Thomson*
Jonathan J. Thomson

# EXHIBIT A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Secured Creditors | Ally Auto | | corporatefinance@ally.com |
| Secured Creditors | Ally Auto | | support@invest.ally.com |
| Counsel for San Ysidro Health | Bienert Katzman Littrell Williams LLP | Anthony R. Bisconti | tbisconti@bklwlaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | olivia.scott3@bclplaw.com |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | Mark.Ghaly@chhs.ca.gov; Jared.Goldman@chhs.ca.gov |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | OPOLE_IFM_Bankruptcy@cms.hhs.gov |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | mgottfried@elkinskalt.com; rzur@elkinskalt.com |
| Secured Creditors | Enterprise Fleet Management | | fleetquestions@erac.com |
| Secured Creditors | First American Equipment Finance | | mail@faef.com |
| Counsel for Premier Healthcare Management, Inc, Inland Valley Investments, LLC & DRP Holdings, LLC, Promenade Square, LLC | Fitch Law Firm | Stephen J. Fitch | steve@fitchlawfirm.com |
| Counsel for Ramona Crossings, LLC | Franklin Soto Leeds LLP | Dean T. Kirby, Jr. | dkirby@fsl.law |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | Stephen.janes@greenwayhealth.com |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | Hanson Bridgett LLP | Anthony J. Dutra | adutra@hansonbridgett.com |
| Claims and Noticing Agent | KCC | P. Joe Morrow IV | BorregoHealthInfo@kccllc.com |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | lgantney@klhipbiz.com; jharris@KLHIPBIZ.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | christine@baurbklaw.com |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | Pamela.craik@McKesson.com |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | VillageDentalGrouponline@yahoo.com |
| California Attorney General | Office of the Attorney General | Darin L Wessel, Deputy Attorney General | Darin.Wessel@doj.ca.gov |
| Co-Counsel for U.S. Department of Health and Human Services | Office of the U.S. Attorney | Leslie M. Gardner; Christine M. Fitzgerald; Randy S. Grossman | leslie.gardner2@usdoj.gov; christine.fitzgerald@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for or Family Health Centers of San Diego | Polsinelli LLP | Randye B. Soref & Tanya Behnam | rsoref@polsinelli.com |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | firm@brinkmanlaw.com; office@brinkmanlaw.com |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | Drhpemail@gmail.com |
| Counsel for BETA Healthcare Group ("BETA") | Pyle Sims Duncan & Stevenson, APC | Gerald N. Sims, Susan C. Stevenson | jerrys@psdslaw.com; sstevenson@psdslaw.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | kelly@smalllawcorp.com |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | astill@swlaw.com; mreynolds@swlaw.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Helen H. Yang | helen.yang@squirepb.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Kelly E. Singer | kelly.singer@squirepb.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | tiffany.l.carroll@usdoj.gov; david.a.ortiz@usdoj.gov; ustp.region15@usdoj.gov |
| Secured Creditors | VAR Technology Finance | | info@vartechnologyfinance.com |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | info@vistavillagefamilydentistry.com |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | agutierrez@weklean.org; nleal@weklean.org |

# EXHIBIT B

**Exhibit B**
**Managed Care Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alpha Care Medical Group, Inc. | Brenda Benites | bbenites@networkmedicalmanagement.com |
| Blue Shield of California | Janeen Higbee | janeen.higbee@blueshieldca.com |
| Blue Shield of California Promise Health Plan | Attn Director, Provider Contracting | Bsproviderinfo@blueshieldca.com |
| BRAND NEW DAY - UNIVERSAL CARE | | Provider_Services@universalcare.com |
| Community Health Group | Attn David J. Ritchie, Director of Contract Administration | dritch@chgsd.com |
| Community Health Group | Attn Salim French, Director of Contract Administration | sfrench@chgsd.com; NDiaz@chgsd.com |
| Empire Physicians Medical Group, Inc. (Optum) | Jacqueline Garcia | jagarcia1@optum.nammcal.com |
| Health Net of California, Inc. | Kerry Mills | kerry.e.mills@healthnet.com |
| IEHP Health Access | Aletha Young, Susie White COO | young-a@iehp.org |
| Inland Empire Health Plan | Aletha Young, Susie White COO | white-s@iehp.org |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | a.serrato@lasallemedicalassociates.com |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | c.contreras@lasallemedicalassociates.com |
| LaSalle Medical Associates | Tin Kin Lee Law Offices | tlee@tinkinlee.com |
| Molina Healthcare of California | Abbie Totten - Plan President | abbie.totten@molinahealthcare.com |
| Molina Healthcare of California | Carlos Liciaga - San Diego | carlos.liciaga@molinahealthcare.com |
| Molina Healthcare of California | Jennifer Eisberg-VP Network Management | jennifer.eisberg@molinahealthcare.com |
| Molina Healthcare of California | Mary Hernandez - Inland Empire | mary.hernandez2@molinahealthcare.com |
| PROSPECT MEDICAL SYSTEMS (formerly Vantage Medical Group) | Jacquelyn Gray, Lourdes Alberto | jacquelyn.gray@prospectmedical.com; lourdes.alberto@prospectmedical.com |
| Regal Medical Group, Inc | Jeffrey Newman | jnewman@regalmed.com |
| UnitedHealthcare of California Community Plan | Brian Lopez | brian.lopez@uhc.com |

# EXHIBIT C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | 4515 N Santa Fe Ave. Dept. APS | Account: XXXXXXXX3052, XXXXXXXX5851, XXXXXX9419 | Oklahoma City | OK | 73118 |
| Secured Creditors | Ally Auto | | PO Box 78369 | | Phoenix | AZ | 85062-8369 |
| Secured Creditors | Ally Auto | | 6716 Grade Lane | Building No 9, Suite 910 | Louisville | KY | 40213 |
| Office of the Attorney General of the United States | Attorney General of the United States | US DOJ | 950 Pennsylvania Avenue, NW | | Washington | DC | 20530-0001 |
| Counsel for San Ysidro Health | Bienert Katzman Littrell Williams LLP | Anthony R. Bisconti | 360 E. 2nd Street, Suite 625 | | Los Angeles | CA | 90012 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | 2 North Central Avenue, Suite 2100 | | Phoenix | AZ | 85004 |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | 1920 Main Street, Suite 1000 | | Irvine | CA | 92614-7276 |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | 18400 Von Karman Ave., Suite 800 | | Irvine | CA | 92612 |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | 425 Market Street, Suite 2900 | | San Francisco | CA | 94105-3493 |
| California Department of Industrial Relations | CA Department of Industrial Relations | Labor Law Enforcement | 1550 West Main Street | | El Centro | CA | 92243-2105 |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | PO Box 997377, MS 0500 | | Sacramento | CA | 95899-7377 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Account Information Group, MIC 29 | PO Box 942879 | | Sacramento | CA | 94279-0029 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | Special Operations Bankruptcy Team, MIC 74 | PO Box 942879 | | Sacramento | CA | 94279-0074 |
| California Department of Tax & Fee Administration | CA Department of Tax & Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279 |
| California Division of Labor Standards Enforcement | CA Division of Labor Standards Enforcement | | 7575 Metropolitan Drive, Ste 210 | | San Diego | CA | 92108-4424 |
| California Employment Development Department | CA Employment Development Department | Bankruptcy Unit, MIC 92E | PO Box 826880 | | Sacramento | CA | 94280-0001 |
| California Employment Development Department | CA Employment Development Department | | PO Box 120831 | | San Diego | CA | 92112-0831 |
| California Employment Development Department | CA Employment Development Office | | 800 Capitol Mall | | Sacramento | CA | 95814 |
| California Franchise Tax Board | CA Franchise Tax Board | Bankruptcy Section | PO Box 2952 | MS A-340 | Sacramento | CA | 95812-2952 |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | 1215 O Street | | Sacramento | CA | 95814 |
| California State Board of Pharmacy | CA State Board of Pharmacy | | 1625 North Market Boulevard | | Sacramento | CA | 95834 |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | 90 - 7th Street, Suite 5-300 | | San Francisco | CA | 94103-6706 |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | 10345 W. Olympic Blvd. | | Los Angeles | CA | 90064 |
| Secured Creditors | Enterprise Fleet Management | | 6330 Marindustry Dr, Ste 210 | | San Diego | CA | 92121 |
| Secured Creditors | First American Equipment Finance | | 211 High Point Drive | | Victor | NY | 14564 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

Page 1 of 3

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Counsel for Premier Healthcare Management, Inc, Inland Valley Investments, LLC & DRP Holdings, LLC, Promenade Square, LLC | Fitch Law Firm | Stephen J. Fitch | 3465 Camino Del Rio South, Suite 250 | | San Diego | CA | 92108-3905 |
| Counsel for Ramona Crossings, LLC | Franklin Soto Leeds LLP | Dean T. Kirby, Jr. | 444 West C Street | Suite 1750 | San Diego | CA | 92101 |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | 4301 W. Boy Scout Blvd. | Suite 800 | Tampa | FL | 33607 |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | Hanson Bridgett LLP | Anthony J. Dutra | 425 Market Street, 26th Floor | | San Francisco | CA | 94105 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | 2305 Historic Decatur Rd | Suite 100 | San Diego | CA | 92106 |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | 4653 Carmel Mountain Road | Suite 308 #332 | San Diego | CA | 92130 |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | 3775 Seaport Blvd. | | West Sacramento | CA | 95691 |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | 1210 S. Brookhurst St. | | Anaheim | CA | 92804 |
| California Attorney General | Office of the Attorney General | Consumer Protection Section, Attn Bankruptcy Notices | 455 Golden Gate Avenue, Suite 11000 | | San Francisco | CA | 94102-7004 |
| California Attorney General | Office of the Attorney General | Darin L Wessel, Deputy Attorney General | 600 West Broadway, Suite 1800 | P.O. Box 85266 | San Diego | CA | 92186-5266 |
| California Attorney General | Office of the Attorney General | | 1300 I Street | | Sacramento | CA | 95814-2919 |
| Co-Counsel for U.S. Department of Health and Human Services | Office of the U.S. Attorney | Leslie M. Gardner; Christine M. Fitzgerald; Randy S. Grossman | 880 Front Street, Room 6293 | | San Diego | CA | 92101-8893 |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | 10100 Santa Monica Blvd., 13th Floor | | Los Angeles | CA | 90067-4100 |
| Counsel for or Family Health Centers of San Diego | Polsinelli LLP | Randye B. Soref & Tanya Behnam | 2049 Century Park East, Suite 2900 | | Los Angeles | CA | 90067 |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | 543 Country Club Drive, Suite B | | Wood Ranch | CA | 93065 |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | 31569 Canyon Estates Dr. | Suite 120 | Lake Elsinore | CA | 92532 |
| Counsel for BETA Healthcare Group ("BETA") | Pyle Sims Duncan & Stevenson, APC | Gerald N. Sims, Susan C. Stevenson | 1620 Fifth Avenue, Suite 400 | | San Diego | CA | 92101 |
| Counsel for Ramona Crossings, LLC | Ramona Crossings, LLC | Carrie Arendt | 14908 Gavan Vista Road | | Poway | CA | 92064 |
| Secured Creditors | Ricoh USA | | PO Box 31001-0850 | | Pasadena | CA | 91110 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | Washington | DC | 20549 |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | 501 W. Broadway, Suite 1360 | | San Diego | CA | 92101 |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | 600 Anton Blvd, Suite 1400 | | Costa Mesa | CA | 92626-7689 |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Helen H. Yang | 555 South Flower Street, 31st Floor | | Los Angeles | CA | 90071 |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Kelly E. Singer | 2325 E. Camelback Road, Suite 700 | | Phoenix | AZ | 85016 |

In re Borrego Community Health Foundation,
Case No. 22-02384 (LT)

Page 2 of 3

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| US Department of Health and Human Services | US Department of Health and Human Services | Office of the General Counsel, Region IX | 90 - 7th Street, Suite 4-500 | | San Francisco | CA | 94103-6705 |
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | 880 Front Street, Suite 3230 | Edward J Schwartz Office Building | San Diego | CA | 92101 |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | 950 Civic Center Dr. | Suite B | Vista | CA | 92083 |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | 2534 Mankas Corner Rd. | | Fairfield | CA | 94534 |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | 1444 Main Street | #581 | Ramona | CA | 92065 |
| Secured Creditors | Wells Fargo Dealer Services | | PO Box 51963 | | Los Angeles | CA | 90051-6263 |
| Secured Creditors | Wells Fargo Dealer Services | | 420 Montgomery Street | | San Francisco | CA | 94104 |

# EXHIBIT D

**Exhibit D**
**Managed Care Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alpha Care Medical Group, Inc. | Brenda Benites | 1668 S. Garfield Ave, 2nd Floor | | Alhambra | CA | 91801 |
| Blue Shield of California | Janeen Higbee | 6300 Canoga Avenue, 12th Floor | | Woodland Hills | CA | 91367 |
| Blue Shield of California Promise Health Plan | Attn Director, Provider Contracting | 601 Potrero Grande Drive | | Monterey Park | CA | 91755 |
| BRAND NEW DAY - UNIVERSAL CARE | | 5455 Garden Grove Blvd, Suite 500 | | Westminster | CA | 92683 |
| CALIFORNIA HEALTH & WELLNESS PLAN | | 7700 Forsyth Boulevard | | St Louis | MO | 63105 |
| California Health and Wellness Plan | | PO Box 1558 | | Sacramento | CA | 95812-1558 |
| California Health and Wellness Plan | | 1740 Creakside Oaks Drive | | Sacramento | CA | 95833 |
| Community Health Group | Attn David J. Ritchie, Director of Contract Administration | 2420 Fenton Street, Suite 100 | | Chula Vista | CA | 91914 |
| Community Health Group | Attn Salim French, Director of Contract Administration | 2420 Fenton Street, Suite 100 | | Chula Vista | CA | 91914 |
| Empire Physicians Medical Group, Inc. (Optum) | Jacqueline Garcia | 34-160 Gateway Dr., Ste. 100 | | Palm Desert | CA | 92211 |
| Health Net Federal Services | Attn Legal Department | 2025 Aerojet Road | | Rancho Cordova | CA | 95742 |
| Health Net of California, Inc. | Kerry Mills | 3131 Camino del Rio North, Suite 200 | | San Diego | CA | 92108 |
| Health Net of California, Inc. | | 155 Grand Avenue | | Oakland | CA | 94612 |
| IEHP Health Access | Aletha Young, Susie White COO | Attn Director of Provider Contracting | PO Box 1800 | Rancho Cucamonga | CA | 91729-1800 |
| Inland Empire Health Plan | Aletha Young, Susie White COO | 10801 Sixth Street, Suite 120 | | Rancho Cucamonga | CA | 91730 |
| Inland Empire Health Plan | Attn Legal | 10801 Sixth Street, Suite 120 | | Rancho Cucamonga | CA | 91730 |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | 1680 S Garfield Avenue Suite 205 | | Alhambra | CA | 91801 |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | 1855 Redlands Blvd 2nd Floor | | Redlands | CA | 92373 |
| LaSalle Medical Associates | Tin Kin Lee Law Offices | 1811 Fair Oaks Avenue | | South Pasadena | CA | 91030 |
| Molina Healthcare of California | Abbie Totten - Plan President | 200 Oceangate, Suite 100 | | Long Beach | CA | 90802 |
| Molina Healthcare of California | Carlos Liciaga - San Diego | 9665 Chesapeake Drive, Suite 305 | | San Diego | CA | 92123 |
| Molina Healthcare of California | Jennifer Eisberg-VP Network Management | 9275 Sky Park Court, Suite 400 | | San Diego | CA | 92123 |
| Molina Healthcare of California | Mary Hernandez - Inland Empire | 200 Oceangate, Suite 100 | | Long Beach | CA | 90802 |

In re Borrego Community Health Foundation, Case No. 22-02384 (LT)

Page 1 of 2

**Exhibit D**
**Managed Care Parties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| PROSPECT MEDICAL SYSTEMS (formerly Vantage Medical Group) | Jacquelyn Gray, Lourdes Alberto | 600 City Parkway West, Suite 800 | | Orange | CA | 92868 |
| Regal Medical Group | Contracting Department | 8510 Balboa Boulevard, Suite 275 | | Northridge | CA | 91325 |
| Regal Medical Group, Inc | Jeffrey Newman | 600 City Parkway West, Suite 400 | | Orange | CA | 92868 |
| UnitedHealthcare of California Community Plan | Brian Lopez | 5757 Plaza Dr. | CA124 - C115 | Cypress | CA | 90630 |

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re | | |
|---|---|---|
| | Debtor. | BANKRUPTCY NO. |
| | Plaintiff(s) | ADVERSARY NO. |
| v. | | |
| | Defendant(s) | |

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐    Chapter 7 Trustee:

☐    For Chpt. 7, 11, & 12 cases:        ☐ For ODD numbered Chapter 13 cases:        ☐ For EVEN numbered Chapter 13 cases:
UNITED STATES TRUSTEE                    THOMAS H. BILLINGSLEA, JR., TRUSTEE           DAVID L. SKELTON, TRUSTEE
ustp.region15@usdoj.gov                  Billingslea@thb.coxatwork.com                 admin@ch13.sdcoxmail.com
                                                                                        dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____    _____
            (Date)                     (Typed Name and Signature)

                                       _____
                                       (Address)

                                       _____
                                       (City, State, ZIP Code)

CSD 3010