TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Adversary Case Name:   BORREGO COMMUNITY HEALTH FOUNDATION v. CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

| | |
|---|---|
| Adversary Number: | 22-90056 |
| Case Number: | 22-02384-LT11 |
| Hearing: | 10:00 AM  Wednesday, March 1, 2023 |
| Motion: | PRE-TRIAL STATUS CONFERENCE  (fr 2/22/23) |

Hear as to status. The Court understands that the Debtor, DHCS, and the Committee for Unsecured Creditors have moved for approval of a settlement agreement that would resolve this adversary proceeding.