# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

**ADV:** 22-90056

**BORREGO COMMUNITY HEALTH FOUNDATION, VS CALIFORNIA DEPARTMENT OF HEALTH CARE SER**

| | |
|---|---|
| **Debtor:** | BORREGO COMMUNITY HEALTH FOUNDATION, |
| **Case Number:** | 22-02384-LT11    **Chapter:** 11 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 01, 2023 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matter:

PRE-TRIAL STATUS CONFERENCE  (fr 2/22/23)

### Appearances:

SAMUEL MAIZEL, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
TANIA M. MOYRON, ATTORNEY FOR BORREGO COMMUNITY HEALTH FOUNDATION
DARIN L. WESSEL, ATTORNEY FOR CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

### Disposition:

Off calendar as resolved subject to restoration as set forth on the record.