UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Debtor and Debtor In Possession. | Case No. 22-02384-11<br><br>Chapter 11 Case<br><br>Adv. Pro. No. 22-90056 |
| BORREGO COMMUNITY HEALTH FOUNDATION, a California nonprofit public benefit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, by and through its Director, Michelle Baass,<br><br>    Defendant. | **CERTIFICATE OF SERVICE BY KURTZMAN CARSON CONSULTANTS, LLC RE TENTATIVE RULING**<br><br>**[No Hearing Required]**<br><br>Judge: Honorable Laura S. Taylor |

I, Jonathan J. Thomson, do declare and state as follows:

1. I am a Consultant at Kurtzman Carson Consultants, LLC, claims and noticing agent for the debtor and debtor-in-possession Borrego Community Health Foundation (the "Debtor"), in the referenced chapter 11 bankruptcy case.

2. On February 28, 2023, at my direction and under my supervision, employees of Kurtzman Carson Consultants caused the following document to be served via Email upon the service lists attached hereto as **Exhibit A** and **Exhibit B**:

- *Tentative Ruling re: Notice of Pre-Trial Status Conference* [Docket No. 129]

1

3. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that if called upon as a witness, I could and would competently testify thereto.

Executed this 2nd day of March, 2023, at El Segundo, CA.

/s/ *Jonathan J. Thomson*
Jonathan J. Thomson

# EXHIBIT A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Ally Bank , c/o AIS Portfolio Services, LLC | AIS Portfolio Services, LLC | Ally Bank Department | ECFNotices@aisinfo.com |
| Secured Creditors | Ally Auto | | corporatefinance@ally.com |
| Secured Creditors | Ally Auto | | support@invest.ally.com |
| Counsel for San Ysidro Health | Bienert Katzman Littrell Williams LLP | Anthony R. Bisconti | tbisconti@bklwlaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Kyle S. Hirsch | kyle.hirsch@bclplaw.com |
| Counsel for AB Staffing Solutions, LLC | Bryan Cave Leighton Paisner LLP | Olivia J. Scott | olivia.scott3@bclplaw.com |
| Counsel for Mckesson Corporation, on Behalf of itself and Certain Corporate Affiliates | Buchalter | Jeffrey K. Garfinkle | jgarfinkle@buchalter.com |
| Counsel for Creditor Oracle America, Inc., successor in interest to NetSuite, Inc. | Buchalter, A Professional Corporation | Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| California Department of Public Health | CA Department of Public Health | Stephanie Spich | stephanie.spich@cdph.ca.gov |
| California Health & Human Services Agency | CA Health & Human Services Agency (CalHHS) | Mark Ghlaly, Secretary & Jared Goldman, General Counsel | Mark.Ghaly@chhs.ca.gov; Jared.Goldman@chhs.ca.gov |
| Center for Medicare and Medicaid Services | Center for Medicare and Medicaid Services | | OPOLE_IFM_Bankruptcy@cms.hhs.gov |
| Counsel for Tower Energy Group, Inc. | Elkins Kalt Weintraub Reuben Gartside LLP | Michael I. Gottfried, Esq., Roye Zur, Esq. | mgottfried@elkinskalt.com; rzur@elkinskalt.com |
| Secured Creditors | Enterprise Fleet Management | | fleetquestions@erac.com |
| Secured Creditors | First American Equipment Finance | | mail@faef.com |
| Counsel for Premier Healthcare Management, Inc, Inland Valley Investments, LLC & DRP Holdings, LLC, Promenade Square, LLC | Fitch Law Firm | Stephen J. Fitch | steve@fitchlawfirm.com |
| Counsel for Ramona Crossings, LLC | Franklin Soto Leeds LLP | Dean T. Kirby, Jr. | dkirby@fsl.law |
| Committee Member | Greenway Health, LLC | Attn Stephen Janes | Stephen.janes@greenwayhealth.com |
| Counsel for Philip D. Szold, M.D., Inc. dba La Mesa Pediatrics | Hanson Bridgett LLP | Anthony J. Dutra | adutra@hansonbridgett.com |
| Claims and Noticing Agent | KCC | P. Joe Morrow IV | BorregoHealthInfo@kccllc.com |
| Counsel for Premier Healthcare Management, Inc (Top Creditor) | Kyle Harris LLP | Laura Kimberly Gantney, Jeffrey Harris | lgantney@klhipbiz.com; jharris@KLHIPBIZ.com |
| Counsel for Greenway Health, LLC | Law Office Of Christine E. Baur | Christine E. Baur, Esq. | christine@baurbklaw.com |
| Committee Member | McKesson Corporation | Attn Pamela M. Craik, Regional Credit Director | Pamela.craik@McKesson.com |
| Committee Member | Mustafa Bilal, DDS, Inc. | Attn Mustafa Bilala, DDS | VillageDentalGrouponline@yahoo.com |
| California Attorney General | Office of the Attorney General | Darin L Wessel, Deputy Attorney General | Darin.Wessel@doj.ca.gov |
| Co-Counsel for U.S. Department of Health and Human Services | Office of the U.S. Attorney | Leslie M. Gardner; Christine M. Fitzgerald; Randy S. Grossman | leslie.gardner2@usdoj.gov; christine.fitzgerald@usdoj.gov |
| Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Jeffrey N. Pomerantz, Esq., Teddy M. Kapur, Esq., Steven W. Golden, Esq. | jpomerantz@pszjlaw.com; tkapur@pszjlaw.com; sgolden@pszjlaw.com |
| Counsel for or Family Health Centers of San Diego | Polsinelli LLP | Randye B. Soref & Tanya Behnam | rsoref@polsinelli.com |
| Counsel for Creditor Pourshirazi & Youssefi Dental Corporation | Pourshirazi & Youssefi Dental | c/o Brinkman Law Group, PC | firm@brinkmanlaw.com; office@brinkmanlaw.com |
| Committee Member | Pourshirazi & Youssefi Dental Corporation | Attn Homayoun Pourshirazi | Drhpemail@gmail.com |
| Counsel for BETA Healthcare Group ("BETA") | Pyle Sims Duncan & Stevenson, APC | Gerald N. Sims, Susan C. Stevenson | jerrys@psdslaw.com; sstevenson@psdslaw.com |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel for Creditor Anna Navarro | Small Law PC | Kelly Ann Tran | kelly@smalllawcorp.com |
| Counsel for California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan, California Physicians Service dba Blue Shield of California and Blue Shield of California Promise Health Plan | Snell & Wilmer L.L.P. | Andrew B. Still & Michael B. Reynolds | astill@swlaw.com; mreynolds@swlaw.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Helen H. Yang | helen.yang@squirepb.com |
| Counsel for Inland Empire Health Plan | Squire Patton Boggs (US) LLP | Kelly E. Singer | kelly.singer@squirepb.com |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Office of The United States Trustee | US Trustee for Southern District of CA | Tiffany Carroll & David Ortiz | tiffany.l.carroll@usdoj.gov; david.a.ortiz@usdoj.gov; ustp.region15@usdoj.gov |
| Secured Creditors | VAR Technology Finance | | info@vartechnologyfinance.com |
| Committee Member | Vista Village Family Dentistry | Attn Mehrnaz Irani, DDS | info@vistavillagefamilydentistry.com |
| Committee Member | Vitamin D Public Relations, LLC | Attn Denise Gitsham | dgitsham@gmail.com |
| Committee Member | We Klean Inc. | Attn Aracelis Gutierrez | agutierrez@weklean.org; nleal@weklean.org |

# EXHIBIT B

**Exhibit B**
**Managed Care Parties Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Alpha Care Medical Group, Inc. | Brenda Benites | bbenites@networkmedicalmanagement.com |
| Blue Shield of California | Janeen Higbee | janeen.higbee@blueshieldca.com |
| Blue Shield of California Promise Health Plan | Attn Director, Provider Contracting | Bsproviderinfo@blueshieldca.com |
| BRAND NEW DAY - UNIVERSAL CARE | | Provider_Services@universalcare.com |
| Community Health Group | Attn David J. Ritchie, Director of Contract Administration | dritch@chgsd.com |
| Community Health Group | Attn Salim French, Director of Contract Administration | sfrench@chgsd.com; NDiaz@chgsd.com |
| Empire Physicians Medical Group, Inc. (Optum) | Jacqueline Garcia | jagarcia1@optum.nammcal.com |
| Health Net of California, Inc. | Kerry Mills | kerry.e.mills@healthnet.com |
| IEHP Health Access | Aletha Young, Susie White COO | young-a@iehp.org |
| Inland Empire Health Plan | Aletha Young, Susie White COO | white-s@iehp.org |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | a.serrato@lasallemedicalassociates.com |
| LaSalle Medical Associates | Alex Serrato, Celina Contreras | c.contreras@lasallemedicalassociates.com |
| LaSalle Medical Associates | Tin Kin Lee Law Offices | tlee@tinkinlee.com |
| Molina Healthcare of California | Abbie Totten - Plan President | abbie.totten@molinahealthcare.com |
| Molina Healthcare of California | Carlos Liciaga - San Diego | carlos.liciaga@molinahealthcare.com |
| Molina Healthcare of California | Jennifer Eisberg-VP Network Management | jennifer.eisberg@molinahealthcare.com |
| Molina Healthcare of California | Mary Hernandez - Inland Empire | mary.hernandez2@molinahealthcare.com |
| PROSPECT MEDICAL SYSTEMS (formerly Vantage Medical Group) | Jacquelyn Gray, Lourdes Alberto | jacquelyn.gray@prospectmedical.com; lourdes.alberto@prospectmedical.com |
| Regal Medical Group, Inc | Jeffrey Newman | jnewman@regalmed.com |
| UnitedHealthcare of California Community Plan | Brian Lopez | brian.lopez@uhc.com |

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Debtor.

BANKRUPTCY NO.

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, _____ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On _____ , I served the following documents:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On _____ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐   Chapter 7 Trustee:

☐   For Chpt. 7, 11, & 12 cases:      ☐ For ODD numbered Chapter 13 cases:      ☐ For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE            THOMAS H. BILLINGSLEA, JR., TRUSTEE        DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov          Billingslea@thb.coxatwork.com              admin@ch13.sdcoxmail.com
                                                                                dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on _____          _____
               (Date)                                                  (Typed Name and Signature)

                                                                               _____
                                                                               (Address)

                                                                               _____
                                                                               (City, State, ZIP Code)

CSD 3010